— EXHIBIT  6 —

In The Matter Of:

# CARE

vs.

# Cow Palace

# Deposition of
# Robert Lawrence, M.D.
# October 23, 2014



**Central Court Reporting**
800.442.DEPO
Support@centralcourtreporting.com
www.centralcourtreporting.com

1                    IN THE UNITED STATES DISTRICT COURT

2                 FOR THE EASTERN DISTRICT OF WASHINGTON

3

4     COMMUNITY ASSOCIATION FOR       )
      RESTORATION OF THE ENVIRONMENT,  )
5     INC., a Washington Non-Profit   )
      Corporation,                    )    NO. CV-13-3016 TOR
6                                     )
              and                     )
7                                     )
      CENTER FOR FOOD SAFETY, INC., a )
8     Washington, D.C. Non-Profit     )
      Corporation,                    )
9                                     )
                    Plaintiffs,       )    **CERTIFIED COPY**
10                                    )
              vs.                     )
11                                    )
      COW PALACE, LLC, a Washington   )
12    Limited Liability Company, THE  )
      DOLSEN COMPANIES, a Washington  )
13    Corporation, and THREE D        )
      PROPERTIES, LLC, a Washington   )
14    Limited Liability Company,      )
                                      )
15                    Defendants.     )

16

17

18    DEPOSITION UPON ORAL EXAMINATION OF ROBERT LAWRENCE, M.D.

19

20                        October 23, 2014
                            8:45 a.m.
21              300 East Lombard Street, Suite 840
                      Baltimore, Maryland
22

23          TAKEN AT THE INSTANCE OF THE DEFENDANTS

24
      REPORTED BY:
25    CAPPY HALLOCK, RPR, CRR, CLR

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

Page 2

1           A P P E A R A N C E S

2

3       ON BEHALF OF THE PLAINTIFFS:

4           CHARLIE TEBBUTT, ESQUIRE

5           Law Offices of Charles M. Tebbutt, P.C.

6           941 Lawrence Street

7           Eugene, Oregon 97401

8           541-344-3505 (P)  541-344-3516 (F)

9           charlie.tebbuttlaw.com

10

11

12      ON BEHALF OF THE DEFENDANTS:

13          BRENDAN V. MONAHAN, ESQUIRE

14          Stokes Lawrence Velikanje

15          Moore & Shore

16          120 North Naches Avenue

17          Yakima, Washington 98901

18          509-853-3000 (P)  509-895-0060 (F)

19          brendan.monahan@stokeslaw.com

20

21

22

23

24

25   Reported by:  Cappy Hallock, RPR, CRR, CLR

Page 3

1                   INDEX

2        Deposition of Robert S. Lawrence, M.D.

3                October 23, 2014

4

5    Examination by:                          Page

6       By Mr. Monahan                          6

7

8                    -oOo-

9

10

11               E X H I B I T S

12   Exhibit    Description                   Page

13   320    Expert Report of Robert S.          28

14          Lawrence, M.D., provided

15          9/20/14

16   321    Water SA article, 10/2009,          91

17          J. Schoeman, Nitrate-Nitrogen

18          Removal with Small-Scale

19          Reverse Osmosis, Electrodialysis

20          and Ion-Exchange Units in

21          Rural Areas

22   322    Pew Report, Putting Meat on        103

23          the Table:  Industrial Farm

24          Animal Production in America

25                    -oOo-

Page 4

1           P R O C E E D I N G S

2              -   -   -   -   -

3   WHEREUPON,

4           ROBERT S. LAWRENCE, M.D.,

5        A Witness called for examination,

6   having been first duly sworn, was examined and

7   testified as follows:

8                   EXAMINATION

9   BY MR. MONAHAN:

10      Q.   Good morning, Dr. Lawrence.

11      A.   Good morning.

12      Q.   My name is Brendan Monahan.  I'm an

13   attorney for Cow Palace and Dairy.  I'm taking your

14   deposition today in the context of a lawsuit that has

15   been commenced by two citizen groups against Cow

16   Palace Dairy, and I understand you have been retained

17   as an expert in this case.

18      A.   Yes.

19      Q.   What I would like to do at the very outset

20   today is to determine just precisely which opinions

21   you intend to offer at trial in the context or in your

22   capacity as an expert.

23           Okay?

24           I've read your report and it is

25   comprehensive and touches on a wide range of issues.

Page 5

1   However, I am only inclined to discuss with you today

2   those topics and those opinions that you are prepared

3   to offer to a reasonable degree of scientific

4   certainty.

5      A.   Okay.

6      Q.   So let's start with what I think is a

7   fairly straightforward one.  I do understand --

8           MR. MONAHAN:  And Charlie, I would invite

9   you, by the way, I don't mean to necessarily corral

10   Dr. Lawrence into specific opinions.  I would invite

11   you to help out, just so we are very clear on the

12   record, what is and what is not going to be offered.

13           MR. TEBBUTT:  All right.

14      Q.   But Dr. Lawrence, I understand that you are

15   going to be offering an opinion to a reasonable degree

16   of scientific certainty that the nitrates that appear

17   in the Lower Yakima Valley residential water drinking

18   wells or residential wells constitute a substantial

19   and imminent threat to public health and the

20   environment.  Is that accurate?

21      A.   Yes.

22      Q.   You are not, however, prepared to offer an

23   opinion that the pharmaceuticals that appear in the

24   Lower Yakima Valley residential wells constitute an

25   imminent and substantial threat to public health and

DECLARATION OF CHARLES M. TEBBUTT - 372

http://www.yeslaw.net/help

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 6

1 the environment on a reasonably -- to a reasonable
2 degree of scientific certainty.  Excuse me.
3      A.    I would say that the presence of
4 pharmaceuticals in groundwater is indeed a significant
5 public health threat as part of the larger problem of
6 antibiotic resistance and the problems associated with
7 that that have arisen through industrial food animal
8 production activities.
9           Eighty percent of the antibiotics sold in
10 the United States are used in industrial food animal
11 production.  We have a significant public health
12 problem of resistant infections in humans.  CDC
13 reports on 2 million cases in 2013, 23,000 deaths.  So
14 I think in the sense that the presence in the
15 groundwater in the Yakima Valley is a signal that this
16 problem, that we recognize as a national problem, is
17 also present in Yakima.
18      Q.    I understand that and I respect that.  I
19 understand there is a national issue that the science
20 is developing and that Yakima, like many places in the
21 United States, has this public health concern, right?
22      A.    Yes.
23      Q.    That is something different, however, than
24 saying, than offering an opinion to a reasonable
25 degree of scientific certainty that the

Page 7

1 pharmaceuticals that exist in the Lower Yakima Valley
2 today present a substantial and imminent threat to
3 public health, right?
4      A.    Well, I understand the distinction that
5 you're making.  I think from a public health
6 perspective, I guess I would argue that the presence
7 is part of this larger problem and whether it's going
8 to create a bacterial resistant infection in a Yakima
9 Valley resident tomorrow versus next year versus five
10 years, I'm not prepared to say that that's within the
11 realm of scientific certainty.
12      Q.    Well, maybe I will phrase it a different
13 way.  What are you prepared to say to a reasonable
14 degree of scientific certainty?  Because it sounds --
15 I'm not sure that you and I are saying different
16 things, but I will offer you the opportunity to tell
17 me exactly what it is that you are willing to say to a
18 reasonable degree of scientific certainty presents a
19 substantial and imminent threat to public health or
20 the environment in the Lower Yakima Valley.
21      A.    I believe, based on work that I have been
22 involved with for a decade now, that wherever you see
23 antibiotics of importance to human medicine in the
24 groundwater coming from a source of excess
25 concentrations of animal manure, that that is a signal

Page 8

1 that there is antibiotic resistance as a threat to
2 people who are exposed to those antibiotics.  So in
3 that sense I guess I would by my definition say yes,
4 an imminent public health threat.
5      Q.    That gives us an extra thing to talk about
6 today.
7      A.    Okay.
8      Q.    And I believe I phrased my question in the
9 context of pharmaceuticals.
10      A.    Well, pharmaceuticals include bacterial
11 agents, antibacterial agents as well as other drugs.
12      Q.    Okay.
13      A.    So I was answering in the broad sense.
14      Q.    All right, so was your answer inclusive
15 also of hormones?
16      A.    Hormones that may have the potential to act
17 as endocrine disruptors, which is an area of ongoing
18 debate, scientifically, so I would say that the
19 scientific certainty for hormones is not as clear as
20 it is with antibiotics.
21      Q.    So again, what I would like to do is
22 catalog the opinions and then I'm going to drill into
23 each of them.
24      A.    Okay.
25      Q.    Are you or are you not prepared to offer an

Page 9

1 opinion to a reasonable degree of scientific certainty
2 that the hormones identified in testing in the Lower
3 Yakima Valley residential wells constitute an imminent
4 and substantial threat to public health or the
5 environment?
6      A.    I am not.
7      Q.    Are you or are you not prepared to offer an
8 opinion to a reasonable degree of scientific certainty
9 that the phosphorus that appears in tests in the Lower
10 Yakima Valley residential wells constitutes an
11 imminent or substantial threat to public health or the
12 environment?
13      A.    To the environment for sure, not to public
14 health.
15      Q.    And as I see it, or at least as I
16 understand your testimony today you are prepared to
17 offer an opinion that the antibiotics and
18 pharmaceuticals that you have observed in the testing
19 for Lower Yakima Valley wells to a reasonable degree
20 of scientific certainty does present an imminent
21 substantial threat to health and the environment?
22      A.    Yes.
23      Q.    Okay.
24            One of the --
25            MR. TEBBUTT:  Before we go on, can we go

DECLARATION OF CHARLES M. TEBBUTT - 373

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 10

1  off the record for just a minute?
2         MR. MONAHAN:  Sure.
3         (Discussion off the record.)
4         MR. MONAHAN:  Back on the record.
5  BY MR. MONAHAN:
6     Q.  Dr. Lawrence, we just had a few minutes off
7  the record to chat and I think I have some helpful
8  distinctions now and I will try to narrow down my
9  question.
10        I understand that the level of usage at Cow
11 Palace of pharmaceuticals and antibiotics concerns you
12 on a global level in terms of what communities are
13 facing across the United States regarding -- regarding
14 just problems and health threats associated with large
15 scale use of pharmaceuticals and antibiotics, right?
16    A.  Well, especially the antibiotics.
17    Q.  Okay.
18    A.  That's where we have compelling evidence
19 that routine use of low dose antibiotics in animals
20 raised in confinement creates the perfect condition
21 for the emergence of resistance genes through
22 spontaneous mutation and that those resistance genes
23 in bacteria that are also capable of causing human
24 disease spread into the general population.  So that's
25 my concern.  The actual levels of the antibiotics in

Page 11

1  the groundwater of Yakima Valley do not constitute a
2  direct threat to human health.
3     Q.  Got it.  So I'm just going to rephrase that
4  for the purpose of the record, and that is you are not
5  prepared to offer an opinion to a reasonable degree of
6  scientific certainty that the levels of antibiotics
7  and pharmaceuticals as found in the groundwater in
8  Yakima County constitute an imminent and substantial
9  threat to health or the environment, correct?
10    A.  That's correct.
11    Q.  Okay.
12        MR. MONAHAN:  Thank you, that saved a lot
13 of time.
14        MR. TEBBUTT:  My pleasure.
15    Q.  So now let's talk about the concept of
16 causation and, as I understand it, and I read through
17 your report, you are of the belief or you are
18 operating from the premise that the nitrates in
19 particular that appear in the residential well tests
20 in the EPA report, in the AOC reports, in the ARCADIS
21 Report, were related to or in part caused by the
22 operations at Cow Palace, right?
23    A.  I was presented with data obtained by the
24 EPA showing elevated levels of nitrates in the
25 groundwater.  It was not -- I was not asked to

Page 12

1  attribute causation.  I believe there are other expert
2  opinions who are going to be talking about water flows
3  and the dynamics of soil and so forth.
4     Q.  Very good.  And so I was prepared to ask
5  you a lot of questions about your background as a
6  hydrologist or a geologist, but as long as you're
7  leaving that to the other experts, I don't need to
8  inquire at that level.
9     A.  Correct.
10    Q.  So you are not offering an opinion to a
11 reasonable degree of scientific certainty as to
12 whether or not the nitrates as they appear in the EPA
13 tests or any other testing were caused or -- caused by
14 Cow Palace Dairy?
15    A.  Correct.
16    Q.  Okay.
17        MR. MONAHAN:  Off the record.
18        (Discussion off the record.)
19 BY MR. MONAHAN:
20    Q.  Well, let's talk about your report.  You
21 wrote this report, or rather I'm not sure when you
22 wrote it, but it was provided to me on or about
23 September 20.
24    A.  Yes.
25    Q.  And since September 20 there have been a

Page 13

1  flurry of other expert reports.  Are you aware of
2  that?
3     A.  Yes.
4     Q.  Have you been provided with those reports?
5     A.  I have been provided with the rebuttal
6  reports from Paul Anderson and from Mr. Pleus.
7     Q.  Have you seen a rebuttal report from a
8  James Maul?
9     A.  Yes.  I have.
10    Q.  The Anderson rebuttal in large part
11 addresses the antibiotic and pharmaceutical issue.
12 And so given your testimony today, I don't think I
13 need to ask you any questions about that.  Mall in
14 large part challenges some of your assumptions, what
15 he believes your assumptions were regarding causation
16 and also has some concerns about pharmaceuticals and
17 antibiotics, so I don't think I need to ask you about
18 that one.
19    A.  Okay.
20    Q.  Is there anything about the Pleus report
21 that you take issue with?
22    A.  I read with interest his concern about the
23 fact that he felt that I had not done a proper risk
24 assessment.  I'm surrounded by people who specialize
25 in risk assessment.  We have a Center for Risk

DECLARATION OF CHARLES M. TEBBUTT - 374

http://www.yeslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 14

1  Assessment at the School of Public Health. One of my
2  principal staff members teaches on risk assessment, so
3  I'm familiar with the issues that Mr. Pleus raised.
4          However, it is my belief that the risk
5  assessment was actually conducted by the EPA when it
6  established its MCL levels back in 1991, and it was
7  not my task to conduct, nor would I have the necessary
8  depth of experience and background to do it myself.
9  But having had the EPA risk assessment then, as a
10  public health person I can say these levels that
11  exceed MCL create the hazard for the following medical
12  conditions with which I am very familiar.
13      Q.    Okay, and I have read some of your
14  materials. For example, you chaired the committee for
15  the FDA trying to establish a risk ranking model.
16      A.    Yes.
17      Q.    So I understand you do have some background
18  in that area. And so for the purposes of the Pleus
19  report, it is your belief that the EPA engaged in the
20  proper toxicological risk assessment when it
21  established the MCL for nitrate?
22      A.    I do believe that, although I would say
23  that my work with FDA and EPA, the political process
24  that is involved in federal regulatory agencies makes
25  it very different from the academic risk assessment

Page 15

1  that my colleagues attempted to carry out.
2          I believe that the issue with regard to
3  Mr. Pleus' concerns, first of all, I think he lays out
4  a very credible and consistent description of what
5  risk assessment is all about, and it's almost as
6  though he was just sort of got off at the wrong exit
7  before recognizing that I was going to be relying on a
8  previous body of work, which I believe is credible,
9  and until it is refuted by additional scientific
10  evidence it is the best we have to go on.
11      Q.    Based on your background and history and
12  familiarity with risk assessment, have you -- have you
13  undertaken any effort to judge the EPA report on
14  nitrates that everyone has been citing to and relying
15  on in this case?
16          Do you think that that was -- what kind of
17  grade does that receive as an effort to assess risk?
18      MR. TEBBUTT: Objection, vague and
19  ambiguous.
20      A.    Let me respond by saying that I read the
21  WHO report carefully, which arrived at a different
22  assessment based again on a different set of
23  circumstances, different countries. And looking at
24  the way in which the EPA arrived at its figures and
25  the way the WHO arrived at its figures, I think the

Page 16

1  EPA did a very credible job given the limitations.
2          You always look to have more resources,
3  more data points. The challenge for the EPA with
4  regard to establishing MCLs for nitrate is very
5  similar to the challenge that they had for beach
6  closures and public water supplies. That, again, was
7  derived from two sample sites and then extrapolated
8  for the whole country. The EPA, using its nitrate
9  risk assessment, had a few more sample sites, but
10  nonetheless --
11      MR. TEBBUTT: Can I interrupt for just a
12  second? I know this is one of those ones where you
13  are going the tell me to shut up. I understand your
14  question to be the EPA report on Yakima Valley, not
15  the MCL; is that correct?
16      MR. MONAHAN: That is correct, but I was
17  fascinated by the answer, and would invite him to
18  finish. But you are right. I want to focus on the
19  EPA report for nitrates in the Yakima Valley.
20      A.    It's easy to finish, because I was about
21  there.
22      Q.    Okay.
23      A.    And that is, it's sort of the last refuge
24  of the academic scoundrel to ask for more research,
25  and I guess all of us would say of the EPA that it has

Page 17

1  been chronically underfunded, that it has to develop
2  guidelines and standards based on what often is not an
3  optimal number of data points and sample sizes.
4          But given all those caveats, I believe that
5  the 1991 report is credible, is the law of the land
6  and we should abide by it until it is demonstrated by
7  more comprehensive scientific data to either confirm
8  it or perhaps raise questions about its validity.
9      Q.    I'm unfamiliar with the WHO report that you
10  referenced. Can you tell me a little bit more about
11  that?
12      A.    They simply arrived at an MCL of 50 rather
13  than 10, and they had even fewer data points, and it
14  was largely based on what we called descriptive
15  epidemiology, not specific analytic epidemiology where
16  you actually follow a population over a period of time
17  and document the exposure to a particular level of
18  toxin.
19      Q.    And WHO is World Health Organization?
20      A.    World Health Organization.
21      Q.    Was that an international study?
22      A.    Most of the data were from European
23  studies, but it speaks internationally.
24      Q.    And what's the timing of that report, do
25  you recall? Is it in or around the time of the 1991

http://www.ymslaw.net/belp

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 18

1  EPA regulation?
2      A.    It's a little more recent, but late '90s,
3  perhaps.
4      Q.    Okay.
5            We can spend some time with this in your
6  report, if you like, but you do spend some time
7  talking about the potential for MCLs of less than 10
8  raising health concerns.
9      A.    Um-hmm.
10     Q.    And there are a number of reports and
11 studies, as I see, back and forth on that.  I want to
12 make sure you are not offering an opinion today, are
13 you, to a reasonable degree of medical certainty that
14 MCLs of less than 10 are likely to cause a substantial
15 or imminent public health concern?
16     A.    No.
17     Q.    Okay.
18     A.    I think it's important to recognize that
19 there are credible examples of, raising question about
20 whether MCL of 10 is too high rather than is it too
21 low.  And so I believe that that's the exact kind of
22 information that we need more of.
23           We need more research about exactly what
24 the risk levels are for some of these lower levels
25 which are deemed safe, but I think there is enough

Page 19

1  concern that it should be explored, but I'm not
2  prepared to say that today it's an imminent threat to
3  the health of the people of Yakima Valley.
4      Q.    Okay, very good.  Thank you.
5            Okay, so let's go back and let's just talk
6  about the EPA report that did find the nitrates in the
7  residential wells in Lower Yakima Valley.  You have
8  had a chance to study that report?
9      A.    I have read it, yes.
10     Q.    And have you seen the 2013 amendments or
11 updates to the report?
12     A.    I believe so.
13     Q.    I'm not suggesting to you that they are
14 dynamic or that impressive or substantive.
15     A.    I've read a lot of stuff and I think -- but
16 back in August I believe I did see the updates, yes.
17     Q.    Okay.  Well, I want to talk about the
18 report itself.  As I understand it, there were 331
19 wells originally tested?
20     A.    Yes.
21     Q.    That's consistent with your understanding?
22     A.    Yes.
23     Q.    What is your understanding about how those
24 wells were identified or selected?
25     A.    They were selected geographically in and

Page 20

1  around the three dairies in question, and what has
2  been described as downstream from the dairies.  I
3  believe the most distant well was about a mile and a
4  half away.
5      Q.    Okay.
6      A.    So they were residential wells scattered in
7  that general area of the Yakima Valley.  So we would
8  consider that convenience sampling rather than a
9  specific plot of randomized bore holes into the
10 groundwater, and -- but the distribution looked to me
11 to be a pretty adequate sample of what was going on in
12 the groundwater.
13     Q.    But from a risk assessment standpoint, is
14 that a reasonable approach, to target wells that are
15 already in the vicinity of business operations that
16 you suspect of contamination?
17     A.    If your purpose is to determine whether or
18 not people drinking, who live in the area drinking
19 from their wells, yes, it seems like a highly
20 appropriate approach.
21     Q.    Highly appropriate to determine whether or
22 not there are nitrates in the water of the people in
23 that region.
24     A.    If they are at risk of exposure to elevated
25 nitrates, yes.

Page 21

1      Q.    But in terms of trying to actually
2  determine whether the dairies or the other sources,
3  other operations are the sources of the nitrates, that
4  wouldn't be a proper risk assessment approach, would
5  it?
6      A.    I would defer to the hydrologist for that.
7      Q.    Okay.
8      A.    I don't know enough about the different
9  soil characteristics of the Yakima Valley.
10     Q.    Okay.  I guess the purpose of the question
11 is, just from a statistical standpoint, and for the
12 purpose of coming to a scientifically reasonable or
13 reliable conclusion, wouldn't one want to have random
14 sampling throughout the valley and not target an area
15 where you know there are dairies and grow crops or
16 other farming enterprises?
17     A.    From a public health perspective --
18           MR. TEBBUTT:  Objection, improper
19 hypothetical, and doesn't state the facts of the
20 report.
21     A.    From the public health perspective it would
22 be nice to have a surveillance program that anybody on
23 a private well in the state of Washington ought to
24 periodically have the quality of their well water
25 tested.

DECLARATION OF CHARLES M. TEBBUTT - 376

http://www.ymslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 22

1    Q.    Are you aware or did you learn from reading
2  any of the materials how many unregulated private
3  wells there are in the Yakima Valley?
4    A.    No.
5    Q.    I think I saw a number of 24,000.  Does
6  that number ring any bells with you?
7    A.    No, but it sounds reasonable.
8    Q.    And out of that 24,000, there were some 331
9  in the EPA report, right?
10    A.    Yes.
11    Q.    And out of those 331, 67 tested above the
12  10 MCL threshold?
13    A.    Yes.
14    Q.    Which means, by my math, 264 wells tested
15  below the MCL threshold, right?
16    A.    At or below.  I think there were some that
17  were right around 10.
18    Q.    But as we have already discussed, something
19  below 10 you're not prepared to offer an opinion to a
20  degree of reasonable scientific certainty that that
21  presents an imminent substantial health threat, right?
22    A.    Yes.
23    Q.    And it's okay, if this is not an area of
24  your expertise that's fine, but as I roll up my
25  sleeves and try to make sense of all this information,

Page 23

1  I want to pose questions to the first qualified public
2  health expert that I have met in this case to see what
3  your thoughts are.
4         When we have 264 out of 331 wells testing
5  below the minimum nitrate threshold, what does that
6  tell us from a public health perspective?
7    A.    It tells us --
8    MR. TEBBUTT:  Objection, vague and
9  ambiguous.
10    A.    It tells us that the consumers who rely on
11  the 65 wells where it is above MCL are confronting a
12  significant health hazard.
13    Q.    And how those numbers may play into any
14  conclusions about causation, that's outside of your
15  purview as I understand it, right?
16    MR. TEBBUTT:  Objection, vague and
17  ambiguous.
18    Q.    Well, let me be more clear.
19         When two out of three wells that are south
20  and west of the dairies, in an area that the EPA has
21  described as downgradient from a groundwater
22  perspective, test at or below the MCL threshold for
23  nitrates, do you believe that gives us any insights
24  into causation and into why and how and from where
25  those nitrates derived?

Page 24

1    MR. TEBBUTT:  Objection to the extent it
2  mischaracterizes the EPA report.
3    A.    I would say that without really knowing,
4  and I don't know soil characteristics, flow
5  characteristics, that you could have a common source
6  of a hazardous material and it could show up in
7  different parts of the groundwater in different
8  concentrations.  So my own feeling as a belief as a
9  public health person is that when you see
10  contamination and you see it at a level that is
11  injurious to the health of the people using and
12  exposed to that contaminant, that's what you focus on.
13         The details of how it got there and where
14  it comes from and so forth require delving into that
15  whole other area that I'm not an expert in.
16    Q.    Okay.  Fair enough.
17    MR. MONAHAN:  Let's go off the record.
18    (Recess taken -- 9:20 a.m.)
19    (After recess -- 9:31 a.m.)
20    MR. MONAHAN:  Let's go back on the record.
21  BY MR. MONAHAN:
22    Q.    Let's walk through your report a little
23  bit.
24    A.    Okay.
25    (Lawrence Deposition Exhibit No. 320 was

Page 25

1  marked for identification.)
2  BY MR. MONAHAN:
3    Q.    On the cover page I see the report has been
4  prepared for Mr. Tebbutt, Center for Food Safety and
5  an organization called Public Justice.  To your
6  knowledge, what role does Public Justice have in this
7  case?
8    A.    I have related to Mr. Tebbutt and to the
9  Center for Food Safety primarily, and I have to pause
10  and ask whether Public Justice is the CARE.
11    MR. TEBBUTT:  I think we can clear this up
12  by saying my office prepared the cover page.
13    MR. MONAHAN:  Well, counsel, we can have
14  this on or off the record.  Doesn't matter to me.
15  What role does Public Justice have in this report or
16  this case?
17    MR. TEBBUTT:  Jessica Culpepper is counsel
18  for Public Justice in the case.
19    MR. MONAHAN:  Clears it up for me.
20    THE WITNESS:  And for me, does CARE work
21  exclusively with you and not with --
22    MR. TEBBUTT:  Off the record.
23    (Discussion off the record.)
24  BY MR. MONAHAN:
25    Q.    Let's just start with Paragraph 1 of your

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                        Robert Lawrence, M.D. 10/23/2014

Page 26

1  report, sir.  You talk about, in the final sentence,
2  how, where your opinions are focused, but indicate you
3  also have opinions about other potential pathways.  Do
4  you see that?
5      A.    Yes.
6      Q.    You understand that this is a case about
7  soil and groundwater, right?
8      A.    Yes.
9      Q.    And that any airborne or other contaminants
10  or health risks are not something that we are arguing
11  about in this case.  Do you understand that?
12      A.    Yes.
13      Q.    So for the purposes of this case, you're
14  not prepared to offer any opinions about how the
15  operations of the Cow Palace may affect the air or
16  other potential avenues of health risks other than
17  water and soil, right?
18      MR. TEBBUTT:  Objection, vague and
19  ambiguous.  Misstates the expert report.
20      A.    Can you repeat that, please?
21      Q.    This is a RCRA case, and it's a case that
22  involves allegations of disposal of solid wastes to
23  soil and water, and my questions to you so far have
24  been primarily focused on residential wells.  I'm
25  going to ask you if you have any opinions about the

Page 27

1  soil and whether any alleged contamination of soil
2  constitutes a health risk.  But when you say in your
3  first paragraph that your opinions include health
4  impacts and risks associated with exposure to nitrates
5  and other compounds, hormones, pathogens, diseases,
6  primarily through water but also through other
7  potential pathways.  I just want to make sure that I'm
8  not missing something.  So let me ask you, what did
9  you mean by "other potential pathways"?
10      A.    As you saw from my report, later on I do
11  refer to the fact that my center supported, and one of
12  my staff members participated in a study, of airborne
13  dust and the relationship between levels of
14  contamination and households around the Yakima Valley
15  and asthma and other respiratory disease.  So when you
16  talk about contamination of soil there are lots of
17  pathways.  One pathway is the contaminated soil, as
18  water leaches through, down into the groundwater, it
19  may carry some of those contaminants into the drinking
20  water.  But the other is that airborne pathways of the
21  same contaminant in the case of the study done by
22  Breysse and Williams, what they found is, inside
23  the homes as well as exterior where samples of dust
24  that contained cell wall, bacterial cell wall
25  endotoxin from bacteria that had been windborne from

Page 28

1  dried manure.  So the whole complexity of the
2  operation, the focus is on the nitrate in the
3  groundwater, yes.
4      But from a public health perspective it has
5  to be seen in the context of other risks to the people
6  who are drinking the groundwater, being exposed to
7  contaminants in the soil.  But I'm not here to talk
8  about the airborne problems, mainly to cite them as
9  part of this broader picture of health risks.
10      Q.    I understand.  So while the results of your
11  colleagues' studies provides some context for you in
12  which to assess the overall health risks presented to
13  this community, you are not prepared to offer an
14  opinion today to a degree of reasonable medical or
15  scientific certainty that the operations of the Cow
16  Palace are causing a substantial and imminent threat
17  to public health by way of airborne pathogens or
18  contaminants, correct?
19      A.    That's correct.
20      Q.    In Paragraph 2, just to be clear, you
21  indicate that the residents of Lower Yakima Valley are
22  exposed to significant risks to their health and
23  well-being resulting from manure loading and nitrate
24  contamination of groundwater used as the source of
25  drinking water.

Page 29

1      I just want to be clear, when you use the
2  term groundwater is that supposed to have any
3  particular scientific or hydrological meaning?
4      MR. TEBBUTT:  Objection, vague and
5  ambiguous.
6      Q.    Is that a term of art for you?
7      A.    Groundwater is a term that I use in, as a
8  lay person in hydrology, to mean that if you have a
9  shallow well and you're drawing your drinking water
10  source from that, it's coming up from the groundwater.
11      Q.    Okay.
12      A.    I'm not distinguishing between various
13  types of aquifers and so forth.
14      Q.    So whether the nitrates have contaminated
15  one particular aquifer or a particular source of water
16  beneath an individual well, you just don't know.
17      A.    I don't know.
18      Q.    You talk about in Paragraph 2, manure
19  loading.  What does that term mean?
20      A.    The term is meant to convey that with the
21  problem of nitrate many, many cases have shown that it
22  comes either from nonpoint source contamination of
23  excess use of synthetic fertilizers or of
24  concentrations of animal waste and manure.
25      And given my background understanding of

http://www.ynslaw.net/help

Pages 26..29

Central Court Reporting   800.442.3376

DECLARATION OF CHARLES M. TEBBUTT - 378

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 30

1  the Yakima Valley and its operations, the size of the
2  dairy herds, the constraints under which they operate,
3  dispose of excess manure, I am drawing the conclusion
4  that the nitrate present is most likely from that
5  source rather than from excess application of
6  synthetic fertilizer.
7      Q.    This is where I want to make sure that we
8  are not tripping backward into a causation opinion.
9  As an expert in public health, I understand that given
10  the totality of circumstances surrounding these
11  nitrate results in the residential well tests, that
12  you are of the opinion and belief that it is related
13  to the manure disposal operations on nearby dairy
14  operations, correct?
15      A.    Yes.
16      Q.    But you are not prepared to offer an expert
17  opinion that in fact the dairy operations are causing
18  the elevated nitrate levels that were seen in the
19  residential well tests and the surrounding area,
20  correct?
21      A.    I'm saying it's more along the lines of if
22  it flies like a duck and quacks like a duck, it must
23  be a duck.  If you have a very large concentration of
24  animals, and with the Pew Commission I made site
25  visits to large dairies, to feedlot operations, to

Page 31

1  poultry and swine operations, and the very definition
2  of a CAFO is that you end up with high concentrations
3  of animal waste that needs to be disposed of in some
4  way.
5          So it's really if you find in a report from
6  the EPA that there are high levels of nitrate in wells
7  in an area that also has a large concentration of
8  dairy operations, I'm making that as a general opinion
9  about the likely source of the nitrate being manure
10  loading.
11      Q.    Okay, but you do understand my distinction,
12  correct?
13      A.    I do.
14      Q.    And you are not offering an opinion as to
15  the actual cause of the nitrates, right?
16      A.    Correct.
17      Q.    I said nitrates, I mean the nitrates found
18  by the EPA to be in the wells that the EPA has
19  characterized as downgradient of the dairies, right?
20      A.    Correct.
21      MR. TEBBUTT:  And for the record, it's not
22  just what the EPA has found but what the
23  Administrative Order on Consent has also found.
24      MR. MONAHAN:  Let me make sure I understand
25  what you're suggesting, counsel.

Page 32

1      MR. TEBBUTT:  I'm not suggesting anything.
2      MR. MONAHAN:  Well, you say that the AFC
3  has found?
4      MR. TEBBUTT:  The well work that has been
5  done under the AFC verifies the presence of high
6  nitrates in the groundwater in that area.
7      MR. MONAHAN:  No question.  No question.
8  Okay.  I thought you were suggesting that --
9      MR. TEBBUTT:  That's all.  I'm not
10  suggesting anything else.
11      MR. MONAHAN:  And again, I'm perhaps being
12  too cautious here, and I don't mean to revisit the
13  same ground over and over --
14  BY MR. MONAHAN:
15      Q.    -- but in the end of Paragraph 2, or rather
16  the end of Page 2, Paragraph 2, you state, "The
17  defendants' contributions to groundwater
18  contamination, as established by the EPA, the data
19  generated by the dairies under the 2013 AOC and the
20  plaintiffs' other experts," so three topics.
21          You are not offering an opinion, are you,
22  that the AOC, for example, establishes that Cow Palace
23  contributed to the nitrate contamination, are you?
24      MR. TEBBUTT:  Objection, vague and
25  ambiguous.

Page 33

1      MR. MONAHAN:  All right, I will start over.
2      Q.    Sir, you are not offering an expert opinion
3  to a reasonable degree of scientific certainty, are
4  you, that the data arising from the 2013
5  Administrative Order on Consent establishes, again as
6  a matter of reasonable scientific certainty, that the
7  Cow Palace contributed nitrates to the wells that were
8  being tested, right?
9      A.    You mean the manure loading from the Cow
10  Palace?
11      Q.    Correct.
12      A.    They certainly didn't inject nitrate into
13  the well water if that's what you're --
14      Q.    No.  No.  No.
15      A.    Well, as I understand the Administrative
16  Order on Consent, it was a judgment, based on EPA's
17  findings, that this relationship occurred and was,
18  therefore, the responsibility of Cow Palace to help
19  with remediation, with reverse osmosis, treatment at
20  the household level and so on.
21      Q.    Absolutely true.  The EPA made a judgment,
22  and the parties entered an Administrative Order on
23  Consent.  No question about that.
24          What I don't want to do, doctor, is show up
25  at trial in February and have you tell the judge that

Central Court Reporting    800.442.3376

DECLARATION OF CHARLES M. TEBBUTT - 379

http://www.ynslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

Page 34

1  you have reviewed the AOC testing and that you've
2  reviewed the EPA original nitrate report and you've
3  reviewed the plaintiffs' other expert reports and
4  therefore you are offering your expertise as a public
5  health professional and expert to say that to a
6  reasonable degree of scientific certainty Cow Palace
7  contributed to the groundwater contamination.
8       A.    That was not my task.  My task is to say is
9  there nitrate above the MCL in the groundwater being
10 used by shallow wells as the source of drinking water
11 by families living in the Yakima Valley.  And this
12 context is a statement of why, in my opinion, the
13 problem of nitrate, why I'm going to be talking about
14 nitrate, not that I'm going to be the person tracing
15 that causal pathway from Cow Palace to manure loading
16 to nitrate filtering down into the groundwater,
17 getting into the well and posing a health risk.
18       I'm talking about, when there is nitrate at
19 that level, it's a health risk to people consuming
20 that water.
21      Q.    Perfect.  Thank you.
22            All right Center for a Liveable Future.
23      A.    Yes.
24      Q.    Tell me about that.  What is that
25 organization and how does it operate?

Page 35

1       A.    The Center for a Liveable Future is an
2  academic center within the university.  It's housed in
3  the Department of Environmental Health Sciences.  I
4  established it in 1996 to explore the connections, the
5  interrelationships between  the way in which we have
6  shifted our food production toward more and more of an
7  industrialized model and the way that the impact of
8  that industrialization of the food supply has impacted
9  the environment, on the one hand, and the quality of
10 the diet on the other hand.  And both of those changes
11 then influence public health.
12            So it includes people who are working on
13 everything from issues on the supply side of the food
14 system to the demand side.  And we support people who
15 are bench scientists working on antibiotic resistant
16 organisms, to social scientists who are out in the
17 community trying to figure out how to encourage people
18 to make wiser purchases at the grocery store.
19      Q.    How is CLF funded?
20      A.    It's funded predominantly through a series
21 of private foundations.  We do have some federal grant
22 money.  We've had USDA grants, we've had EPA grants,
23 and I don't believe -- we currently do not have any
24 state funding, but we have had some state funding in
25 the past.

Page 36

1       Q.    Is CLF involved at any level in this case?
2       A.    No.  Only through my participation as an
3  expert witness.
4       Q.    But you're not wearing your CLF hat for
5  this.
6       A.    No.
7       Q.    You indicate at Paragraph 7A that CLF has
8  supervised, conducted and funded a wide range of
9  research.  And I want to see if I can narrow down some
10 of the particular projects that CLF has worked on and
11 have you identify for me where I might find some of
12 these studies or research projects.
13            Starting on Page 5, the first full sentence
14 where it says "CLF conducts, supervises and funds
15 research on such topics as," and then we go down three
16 lines, "organic wastes such as ammonia and other
17 nitrogen compounds."
18            Do you see that?
19      A.    Yes.
20      Q.    And then the next line down, "The adverse
21 effects of excess nutrients such as nitrogen and
22 phosphorus from wastes produced by animals raised in
23 confinement operations."
24            I have looked for those studies.  Can you
25 tell me what studies those are and where I might find

Page 37

1  them?
2       A.    We have -- now, one of our current staff
3  members, Jillian Fry, did her Ph.D. thesis on the
4  development of advocacy coalitions on the Eastern
5  Shore of Maryland with regard to the poultry industry
6  and excess phosphorus and nitrogen loading of surface
7  waters leading to eutrophication of streams into the
8  Chesapeake Bay.  Her thesis is still in the gray
9  literature.  We are urging her to contribute to the
10 peer-reviewed literature.  She is working on papers
11 related to that.
12      Q.    Okay.
13      A.    We have had -- I'm trying to think of
14 other, but that particular phrase has been mostly
15 related to impact on the environment rather than
16 directly on public health.
17      Q.    Okay.
18      A.    We have had -- there is a paper by Sapkota,
19 et al. that dealt with some of the problems related to
20 excess nitrogen and environmental contamination.
21 She's an associate professor at the University of
22 Maryland School of Public Health and was a fellow with
23 us early in her career.
24      Q.    Do you know where that paper was published?
25      A.    No, but I can get the information for you.

http://www.yeslaw.net/help



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 38

1    Q.    The final part of that sentence references
2  the impact of industrial dairy production on air and
3  water quality.  I'm familiar with the air quality
4  study.
5          Is there -- are you aware of a CLF study or
6  report or any type of publication regarding impact of
7  industrial dairy production on water quality?
8    A.    I believe that was part of the Pew
9  Commission report.
10   Q.    Other than the Pew Commission report and
11 was it Sapkota?
12   A.    Sapkota, S-a-p-k-o-t-a.
13   Q.    And the Sapkota paper, are you aware of any
14 other published reports that I might be able to
15 review --
16   A.    No.
17   Q.    Let me finish the question.
18         -- that relate to the adverse effects of
19 excess nutrients such as nitrogen or phosphorus or the
20 impact of industrial dairy production on the water
21 quality.
22   A.    No.
23   Q.    So let's talk about the Pew Charitable
24 Trust project.  You indicate that you served first as
25 the assistant principle investigator and later the

Page 39

1  principle investigator on the project?
2    A.    Yes.
3    Q.    And how would you describe the scope of the
4  project and how you became involved in it?
5    A.    The environment program of The Pew
6  Charitable Trust had actually initially approached
7  Iowa State University College of Agronomy to organize
8  the commission and to oversee it.  And the dean of
9  that college decided, after hearing from some of the
10 large industrial agricultural interests in Iowa, that
11 it probably would not be a good idea for them to
12 proceed, that they should withdraw.
13         Whereupon, the program officer of the
14 environment program at The Pew Charitable Trust called
15 Johns Hopkins and asked whether we would be willing to
16 take this on despite the fact that we are not an
17 agricultural college or not a land grant university,
18 but because of the work of the Center for a Liveable
19 Future had a familiarity with these issues.
20         The charge to me and my co-PI, initially,
21 and then ultimately just to me was to recruit and hire
22 the executive director of the commission and then in
23 collaboration with The Pew Charitable Trust to
24 identify commissioners.  And we spent about six months
25 doing that.

Page 40

1          Once we had the executive director and the
2  commissioners on board, then we laid out about a
3  two-year timetable of a dozen or so meetings of the
4  commission, usually in association with the site
5  visit.  And we went from North Carolina to Arkansas to
6  California to Colorado to Minnesota and gathered
7  information about industrial food animal production.
8          The commission was chaired by John Carlin,
9  former governor of Kansas, and it had a range of
10 people who were both involved on the policy and
11 political side of agriculture as well as various
12 people from academia.  Professor of philosophy at
13 Colorado State, for example, who has written widely on
14 animal welfare issues; an infectious disease expert
15 from the Harvard School of Public Health; nutritionist
16 Marion Nestle from NYU.  So it was a very diverse
17 group.
18         And the terms under which the commissioners
19 agreed to serve was that we would reach decisions by
20 consensus.  So in the final analysis, the report was
21 issued in April or May of 2008, and with about 20 plus
22 major recommendations.
23         And there were a few things that some
24 commissioners wanted that others didn't feel that they
25 could provide consensus.  So it's -- it was an

Page 41

1  accurate, I think, and very comprehensive assessment
2  of fairly expert opinion by senior people on issues in
3  public health, environment, animal welfare, and the
4  impact on rural communities of the change in
5  agriculture.
6    Q.    What role, if any, did you have in drafting
7  the report?
8    A.    I was involved in a lot of editing, but the
9  primary drafting responsibility was a scientific
10 writer hired by the commission.
11   Q.    At the end of the project did you agree
12 with the conclusions and recommendations --
13   A.    Yes.
14   Q.    -- included -- okay.
15         MR. TEBBUTT:  Off the record.
16         (Discussion off the record.)
17 BY MR. MONAHAN:
18   Q.    Let's move to Paragraph 10.  And again, I
19 know I'm sort of beating a dead horse here, but the
20 way this is phrased in your written opinion is that
21 you are saying that "It is clear that the defendant's
22 manure management practices not only cause, but are
23 and have been causing an imminent and substantial
24 endangerment."
25         As I understand it, doctor, you are not

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 42

1  going so far as to offer an opinion on cause, you are
2  deferring in this case to the EPA report and other
3  experts to determine whether or not Cow Palace's
4  operations are the cause of the nitrate levels that
5  cause you great concern, right?
6      A.    Can you restate?  I know this is a very
7  important part, so I want to be sure that I'm
8  addressing specifically what you are asking about.
9      Q.    Okay.
10         As I read Paragraph 10 where you indicate
11  that it is your opinion that "It is clear that the
12  defendant," meaning Cow Palace, "defendant's manure
13  management practices not only cause, but are and have
14  been causing an imminent and substantial endangerment
15  to human health or the environment, and to protect
16  public health actions must be immediately implemented
17  to curb the amount of contaminants reaching
18  groundwater and remediate the contamination caused by
19  defendant's practices."
20         That is what is on Page 8, Paragraph 10 of
21  your report.  That to me in written form is a much
22  broader and more expansive articulation of your
23  opinion than the one that you have offered here today.
24         And, again, just so I'm prepared when you
25  and I have this conversation again at trial, I want to

Page 43

1  make sure where we are drawing the lines on your
2  opinion.  Okay?
3      A.    Yes.
4      Q.    So as I understand it, whether or not the
5  defendant's manure management practices are the cause
6  of the nitrates that cause you concern from a public
7  health perspective is an issue that you defer to EPA
8  and other experts, right?
9      A.    I defer to their having connected the dots,
10  but my opinion is that their methods were sound, that
11  the whole overall picture makes it my judgment, my
12  opinion, that the problem starts with Cow Palace with
13  manure management, goes through all the processes that
14  the hydrologist opined about, that the EPA testing
15  provided data about.  And that when I look at that
16  from a public health professional perspective, I
17  accept those as valid and scientifically sound
18  arguments.  So the sum total is this is the problem
19  and this is what needs to happen in order to alleviate
20  the public health threat.
21      MR. MONAHAN:  Let's go off the record.
22      (Discussion off the record.)
23      MR. MONAHAN:  Back on the record.
24  BY MR. MONAHAN:
25      Q.    Okay, I will be asking some questions --

Page 44

1      MR. MONAHAN:  Do you want to --
2      MR. TEBBUTT:  No, there is no question
3  pending right now.  No.  Wait for a question.
4      THE WITNESS:  I was going to say something
5  while we were off the record but we are now back on
6  the record so I won't.
7      MR. MONAHAN:  Let's go off.
8      (Discussion off the record.)
9      MR. MONAHAN:  Back on the record.
10  BY MR. MONAHAN:
11      Q.    Doctor, have you read the expert reports
12  offered by the hydrologist and geologist retained by
13  Cow Palace?
14      A.    Yes.
15      Q.    So you've read the Stewart Melvin report,
16  James Maul, Mr. Steven's.  Have you read those
17  reports?
18      A.    Mr. Steven's?  The first two I recognize.
19  I'm not sure.
20      Q.    There is also a Mr. Trainor, Mr. Backe.
21  Have you read those reports?
22      A.    Yes.
23      Q.    So you understand there is a robust debate
24  among the experts as to whether or not the EPA report
25  itself is reliable, correct?

Page 45

1      MR. TEBBUTT:  Objection to the
2  characterization, robust.
3      A.    Repeat that last part of the question,
4  please.
5      Q.    Yes.  You understand that there is a, I
6  will call it a spirited debate among the experts in
7  this case as to whether or not the conclusions reached
8  by the EPA are scientifically valid or reliable.
9      A.    Yes.
10      Q.    Are you offering an opinion, sir, are you
11  volunteering to join that debate, are you offering an
12  opinion that the EPA report is, in fact, a reasonable,
13  and includes reasonable and valid conclusions about
14  the cause of the nitrates that you were asked to
15  assess from a public health perspective?
16      A.    Yes.
17      Q.    All right.  And so tell me then why, to a
18  reasonable degree of medical or scientific certainty,
19  you believe the EPA report constitutes valid, reliable
20  science.
21      A.    It strikes me as having been conducted with
22  appropriate sampling frame.  They have well water
23  samples and upgradient, downgradient.
24         It all points in the direction of a
25  plausible and scientifically valid interpretation of

DECLARATION OF CHARLES M. TEBBUTT - 382

http://www.yeslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

Page 46

1 why you would have less contamination upgradient of a
2 presumptive source and greater contamination
3 downgradient.
4        I guess there is also my general belief as
5 a sometime critic of our federal regulatory process,
6 that I also have a good deal of confidence in the
7 professionalism of the people who are doing the actual
8 field work for agencies like the EPA and the FDA.
9     Q.    Anything else you would like to offer as to
10 why you believe the EPA report and its conclusions
11 regarding causation of the nitrates found in the tests
12 constitutes valid, reliable science?
13    A.    No.  I think my summary captures how I
14 interpret that report.
15    Q.    Okay.
16        You are not a hydrologist, are you?
17    A.    No.
18    Q.    So whether or not there are -- let me
19 rephrase that.
20        You haven't done any research into the
21 hydraulic dynamics of the Yakima Valley?
22    A.    No.
23    Q.    Have you ever been to the Yakima Valley?
24    A.    No.
25    Q.    So you have never been to Cow Palace in

Page 47

1 particular?
2    A.    No.
3    Q.    Have you ever spoken to any of the members
4 of Community Association for Restoration of the
5 Environment?
6    A.    Yes.
7    Q.    Who?
8    A.    Helen Reddout.
9    Q.    Is that in the context of this case?
10    A.    No.
11    Q.    You know her before this case?
12    A.    Yes.
13    Q.    In what context?
14    A.    She was interviewed by the Pew Commission.
15    Q.    That's right, I remember seeing her quote
16 in the report.  So that was a telephone conversation?
17    A.    You know, I can't recall.  I think, no.  I
18 think she actually attended a commission meeting, when
19 the commission met on the west coast, not in
20 Washington.
21    Q.    I see.  So she traveled to meet with you?
22    A.    Yes.
23    Q.    As I recall her quote, and I can get it for
24 you if you like.  She had observed -- her quote was
25 that she smelled manure oozing through her window and

Page 48

1 then saw a spray gun outside her window; is that
2 right?
3    A.    Yes.
4    Q.    Do you recall when that was?
5    A.    I don't.  It would have had to have been
6 prior to 2007.
7    Q.    And the Pew Commission report indicates
8 that there was subsequent elevated nitrate levels in
9 her drinking well, right?
10    A.    Yes.
11    Q.    And that's what she told the Pew Commission
12 prior to 2007?
13    A.    I would have to check that, but I think
14 that sounds reasonable.
15    Q.    I'm going to go back and double-check that
16 one and we will cross that off my list before we leave
17 today.
18        So you're not in any position to tell the
19 court which hydrologists are right or wrong about the
20 manner in which groundwater may move throughout the
21 Yakima Valley, right?
22    A.    Correct.
23    Q.    And you're not in any position to tell the
24 judge which expert might be right or wrong about how
25 nitrates may move through the soil in the Yakima

Page 49

1 Valley, right?
2    A.    Correct.
3    Q.    And whether or not there is any hydraulic
4 connectivity between the Cow Palace lagoons and any of
5 the wells that have been tested in this case, you're
6 not in any position to offer an opinion, are you?
7    A.    Restate.
8    Q.    Yes.  Whether or not there is any hydraulic
9 connectivity between the Cow Palace lagoons and any of
10 the well water that was tested in this case, you just
11 don't know, do you?
12    A.    I don't.
13    Q.    You would have to defer to the experts on
14 that one?
15    A.    Yes.
16    Q.    How many upgradient wells were tested by
17 the EPA?
18    A.    Of that 260 odd, the best I recall half a
19 dozen or so.
20    Q.    Is that a guess?
21    A.    Yes.
22        MR. TEBBUTT:  One important thing, if
23 you're going to guess, say you're going to guess.
24 Otherwise, don't guess.
25    A.    I'm estimating, but I don't recall

DECLARATION OF CHARLES M. TEBBUTT - 383

http://www.ynslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 50

1  precisely.
2      Q.   Out of 24,000 unregulated wells in the
3  Yakima Valley, is 331 a statistically valid sampling?
4      MR. TEBBUTT:  Objection incomplete
5  hypothetical.  Vague and ambiguous.
6      A.   Repeat, please.
7      Q.   Well, do you have any expertise or formal
8  training in statistics?
9      A.   I do.
10     Q.   And in your background and history in
11  assessing risk, if one is to reach any valid
12  statistical inferences from information, one must be
13  operating from a statistically valid sample size,
14  right?
15     A.   Yes.
16     Q.   Is the EPA selection of 331 out of 24,000
17  unregulated wells in the Yakima Valley a statistically
18  significant sample size?
19     MR. TEBBUTT:  Objection, incomplete
20  hypothetical.  Vague and ambiguous.
21     A.   Sampling is an overall term for obtaining
22  an adequate statistical sample.  Stratified random
23  sampling focuses on different aspects, and if you are
24  specifically looking for the prevalence of pregnancy
25  in the human population, you wouldn't bother testing

Page 51

1  the male population.  You would stratify by gender.
2  So if you're looking for potential nitrate exceedances
3  of the MCL you would go to that part of the valley
4  where you have other reasons to be concerned about
5  excess loading of nitrogen in the soil.  So without
6  knowing the details of how the EPA chose to use those
7  260 wells, it appears to me that it was an appropriate
8  statistical stratification and sampling in an area of
9  concern.
10     So to use the 22,000 as the denominator
11  here would probably not be appropriate.
12     Q.   To use your example in stratified random
13  sampling, you can exclude men from the pregnancy rate,
14  because they are biologically incapable of becoming
15  pregnant, right?
16     A.   Right.
17     Q.   But you're not suggesting that it's
18  impossible to have an elevated nitrate level unless
19  you are near a dairy, are you?
20     A.   No.
21     Q.   In fact, you would agree there are hundreds
22  if not thousands of wells in the Yakima Valley that
23  have elevated nitrate levels that have nothing to do
24  with dairies, right?
25     MR. TEBBUTT:  Objection, calls for

Page 52

1  speculation.
2      A.   As I stated earlier, sources of nitrate
3  contamination come from application of synthetic
4  fertilizers in amounts that exceed the uptake of the
5  crop, leaky latrines, and concentrated manure, whether
6  manure open cesspits or spray fields or application of
7  dried manure.
8      So I think the issue here is really that
9  the EPA would use reasonable approaches to say where
10  are we likely to see excess amounts of nitrogen,
11  without necessarily restricting that to dairy
12  operations.  But certainly dairy operations in the
13  Lower Yakima Valley are a major part of nitrogen
14  loading.
15     Q.   So you read the final report from the
16  Yakima County Public Services on its nitrate treatment
17  pilot program, didn't you?
18     A.   Yes.
19     Q.   That's not listed in your report as
20  something that you had read.
21     A.   Yes.
22     Q.   And that included a number of positive
23  nitrate test results.  When I say positive I mean they
24  exceeded the 10 MCL threshold, right?
25     A.   Yes.

Page 53

1      Q.   Did you make any assessment of that report
2  in terms of whether or not those positive results were
3  located by or near dairies?
4      A.   No.
5      Q.   Do you remember that there were dozens of
6  nitrate test results in excess of 10, some in excess
7  of 50, that were nowhere near dairies?
8      A.   Yes.
9      MR. TEBBUTT:  Objection to the extent it
10  mischaracterizes the record --
11     Q.   You do recall.  Okay.  So you agree that
12  it's entirely not possible but in fact a fact that
13  there are elevated levels of nitrates throughout the
14  Yakima Valley that have no relation to dairies, right?
15     MR. TEBBUTT:  Objection, calls for
16  speculation.
17     A.   As I said, if you have a shallow well and
18  an aging pit privy on your own property you can be
19  your own source of contamination.
20     Q.   Correct, and if someone is trying to
21  ascertain cause, we are going to want to look at
22  whether or not you've got a septic tank in a drain
23  field, right?
24     A.   Yes.
25     MR. TEBBUTT:  Objection, incomplete

http://www.yeslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 54

1  hypothetical.
2      Q.    We are going to want to look at whether or
3  not there are other agricultural operations nearby
4  that may be using manure or other nitrogen based
5  additives, right?
6      A.    I have not been to the Yakima Valley.  My
7  understanding, however, is that the wells at issue
8  here are located within an area that is either
9  occupied by the dairy or land owned by the dairy where
10  fodder, corn, grass is grown and manure application,
11  either in liquid form or dried manure, is applied.
12          I also known because Helen Reddout is an
13  orchardist that there are cherry orchards and you just
14  gave an example of a pear orchard, so yes, there are
15  other agricultural operations.  The question is how
16  are they distributed around the site of these wells.
17      Q.    Okay.  How are they distributed around the
18  site of these wells?
19      A.    The wells are, the downgradient wells, some
20  of the distant ones are beyond the confines of the
21  land owned by the dairies, but the majority of them
22  are actually in the area of the three dairies.
23      Q.    Well, you're not in any position to offer
24  an opinion, are you, as to whether or not the wells
25  that were tested in this case are, as a matter of

Page 55

1  fact, downgradient from the groundwater movement
2  perspective, are you?
3      A.    The term downgradient is the term that the
4  hydrologists are using, so I'm relying on their
5  judgment about that.
6      Q.    You understand that even the EPA said
7  whether it is downgradient or not would require an
8  analysis of things like topography, pumpage, drains,
9  ditches, any number of other hydraulic dynamics,
10  right?
11          MR. TEBBUTT:  Objection, vague and
12  ambiguous.
13      A.    What is the question?
14      Q.    The question is, when you use the term
15  downgradient, I understand what the term means.  But I
16  want to make sure you're not offering an opinion as to
17  whether or not the actual wells tested in the case
18  were, in fact, downgradient, because as you
19  understand, or you do understand, that that's a matter
20  of debate between the experts, right?
21      A.    It's a matter of debate, but the EPA stated
22  that the general movement of water is from the
23  northeast to the southwest.
24      Q.    Okay.
25          But the EPA also recognized that in order

Page 56

1  to determine whether in fact there was a hydrological
2  connection between the lagoons or the dairy operations
3  and the wells located to the south and west, one would
4  have to do more research, right?
5          MR. TEBBUTT:  Objection to the extent it
6  mischaracterizes the records.
7      A.    I guess my best response would be that I
8  would defer to the hydrologists on that.
9      Q.    Okay.  And, again, I apologize if I'm
10  pushing back too hard on this.  To simply say that you
11  defer to the EPA and the hydrologists is one thing,
12  but to say that you are blessing their reports and
13  finding them to be valid and choosing them as more
14  reliable or credible than the defendants' reports,
15  that's where I need to examine the basis of your
16  opinion.
17      A.    Um-hmm.
18      Q.    Okay?
19      A.    Yes.
20      Q.    So you're not offering an independent
21  opinion as to which hydrologist makes a more
22  persuasive case, are you?
23      A.    If I had three hydrologists to choose
24  among, an EPA hydrologist, a hydrologist for the
25  plaintiff, and a hydrologist for the defendant, it has

Page 57

1  been my experience that I would probably get a more
2  objective assessment from the EPA hydrologist.
3      Q.    That is your bias.
4      A.    That's my bias.
5      Q.    Okay.  But in terms of you making an
6  objective assessment of the credibility of their
7  respective reports, you're just not qualified to offer
8  that, are you?
9      A.    I'm not qualified.
10      Q.    Are you aware of, from the 67 wells out of
11  331 that tested above the 10 parts per million
12  threshold for nitrates, are you aware where any of
13  those wells were located in relation to septic tanks
14  or drainage fields?
15      A.    No.
16      Q.    Are you aware of how deep the wells were?
17      A.    No.
18      Q.    Are you aware of how the wells were
19  constructed?
20      A.    No.
21      Q.    Are you aware of when the wells were
22  constructed?
23      A.    No.
24      Q.    Are you aware of whether there was anything
25  in the construction or screening capacities of the

DECLARATION OF CHARLES M. TEBBUTT - 385

http://www.yeslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                              Robert Lawrence, M.D. 10/23/2014

Page 58

1  wells that might protect those wells from any local
2  contamination?
3      A.    By local, what do you mean by local?
4      Q.    Let me be more specific.
5            Do you know whether any of the well
6  dynamics were such that they could actually provide a
7  conduit for contaminants to reach the source water?
8            MR. TEBBUTT:  Objection, calls for
9  speculation.
10     A.    I don't -- I don't follow that.
11     Q.    Okay.  You don't know anything about the
12 particular dynamics of any of these wells, correct?
13     A.    Just that they are shallow wells drawing
14 from groundwater.  That's --
15     Q.    What is your definition of shallow?
16     A.    Fifty to 200 feet.
17     Q.    And so whether they draw from the salt
18 aquifer or the alluvial aquifer, you don't know?
19     A.    No.
20     Q.    Whether they are even drawing from the same
21 aquifer, you don't know.
22     A.    No.
23     Q.    Whether that aquifer has any hydrological
24 connectivity to the water -- well, to the Cow Palace
25 wastewater lagoons, you don't know.

Page 59

1      A.    No.
2      Q.    I want to get back to your concept of
3  stratified random sampling and just explore that a
4  little bit more.
5            What type of farm operations are upgradient
6  from Cow Palace?
7      A.    I don't know.
8      Q.    Do you know anything about the acreage and
9  soil or water that is upgradient of Cow Palace?
10     A.    No.
11     Q.    In the EPA report, the EPA relied on one
12 upgradient well, right?
13           MR. TEBBUTT:  Objection to the extent it
14 mischaracterizes the record.
15     A.    I believe there were more than that
16 upgradient wells.
17     Q.    How many do you believe there were?
18     A.    I thought -- I would have to go back but I
19 thought it was a handful.
20     Q.    Do you think that's in your report?  I'm
21 happy to walk through it with you if you'd like?
22     A.    No.  I don't know whether it was in the
23 reading of the hydrologist expert opinion or the EPA
24 report, but what sticks in my mind is that there were
25 several upgradient well samples.

Page 60

1      Q.    And what is your, for the purposes of you
2  blessing the EPA report, what is your recollection of
3  those upgradient tests?
4      A.    That the nitrate levels were lower than the
5  ones that were described as downgradient.
6      Q.    Now, the ones that were described as
7  downgradient, you understand for the EPA report those
8  were taken from a series of wells that had already
9  tested for high nitrates, right?
10     A.    Yes.
11     Q.    And that out of the 67 wells that tested
12 for high nitrates the EPA actually selected the 25
13 highest testing wells, correct?
14           MR. TEBBUTT:  Objection to the extent it
15 mischaracterizes the record.
16     A.    I'm not sure I follow the question.
17     Q.    Well, let me make sure you and I understand
18 the EPA report the same way.
19           Out of the 331 wells that were selected for
20 testing in the first place --
21     A.    Yes.
22     Q.    -- some 67 tested for elevated nitrate
23 levels?
24     A.    Yes.
25     Q.    And out of those 67 the EPA selected 25 for

Page 61

1  multiparameter testing, right?
2      A.    Yes.
3      Q.    And those 25 were the highest nitrates of
4  the 67, were they not?
5      A.    Yes.
6      Q.    Okay, so when the EPA compares those 25
7  wells to the, as you recall it, a handful of
8  upgradient wells they already knew what the results
9  were, right?
10           MR. TEBBUTT:  Objection.
11     A.    They had actually selected wells that they
12 knew were the highest testing wells in the lower
13 valley, right?
14           MR. TEBBUTT:  Objection, calls for
15 speculation.
16     Q.    Right?
17     A.    You know, I -- this isn't about random
18 sampling.
19     Q.    Right.  It's about targeted sampling.
20     A.    But when you're trying to characterize an
21 exposure, if, as some of my colleagues do, we are
22 looking at, there is a real serious problem with the
23 HIV, HIV epidemic, that an increasing number of young
24 MSMs, men having sex with men, we do not know their
25 HIV status, so the state health department through its

DECLARATION OF CHARLES M. TEBBUTT - 386

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                           Robert Lawrence, M.D. 10/23/2014

Page 62

1  surveillance program does what is called oversampling.
2  It's a perfectly legitimate statistical methodology,
3  where you think you know where the problem is then you
4  go and oversample in that population to be sure that
5  you get a sufficient number.
6         So not being a hydrologist, it still makes
7  sense to me that if I were overseeing a project
8  conducted by the EPA and concerned about exceedances
9  of the MCL in well water, I would go back to the
10  places where that exceedance had occurred and collect
11  as much additional information, try to find out
12  whether it's an episodic contamination, whether it's
13  repeated, sample over time and all those other things.
14         So that's -- it has nothing to do with the
15  old saw about the inebriated person looking for his
16  lost car keys under the streetlight, and the policeman
17  said where did you lose them.  I lost them over there.
18  Why are you looking over here?  Because the light's
19  better.
20         That's not the issue here.  The issue is
21  you go back to where you have a problem and you
22  explore it in greater depth.
23     Q.   I totally appreciate that.  And again, we
24  have had a couple of discussions off the record that
25  we have been meaning to have on the record about the

Page 63

1  distinction between trying to track down a public
2  health concern and responsibly address a public health
3  concern, and proving causation in a federal courtroom.
4         I would suggest to you that those are
5  different things.  And so for when we talk about
6  targeted sampling versus any type of stratified random
7  sampling or random sampling at all, I'm trying to get
8  at the reliability of this report.  Okay?  So let's
9  back up.
10         We know that there were 331 wells selected
11  and they were selected because of a predisposition or
12  presumption, or as a lawyer I would call it bias, that
13  there were likely to be concerns in the area of
14  dairies, right?  Are you aware of any random sampling
15  that was done in areas that were not near dairies?
16     A.   I'm not aware, but I do want to remind you
17  that I was asked to render an opinion, a judgment,
18  about whether or not these high levels of nitrate
19  constituted a public health threat.
20     Q.   Correct.
21     A.   And I already stated that I'm deferring to
22  the experts in hydrology and so on to deal with issues
23  of movement and so forth.
24         I have not looked at the rest of the Yakima
25  Valley.  I don't have any sense of what kind of other

Page 64

1  agricultural practices except in a general way I know
2  that the overapplication of animal waste in CAFOs and
3  the overapplication of synthetic nitrogen fertilizers
4  in grow cropping in the midwest is a big problem for
5  the environment and ultimately for human health.
6         But beyond that the details of why the EPA
7  did or did not sample from the other 22,000 wells in
8  the Yakima Valley, I really don't have any information
9  on that.
10     Q.   I appreciate that, and I'm not trying to
11  create topics on which you are not offering an opinion
12  and then trying to attack the opinion you're not
13  giving.
14         But when an expert of your stature and your
15  expertise tells the judge that the -- or if an expert
16  of your stature and expertise tells the judge that the
17  EPA report is a valid exercise of science, that
18  carries a tremendous amount of weight.  And that's why
19  I want to explore the basis of the opinion.
20         If you simply say I'm accepting it as true
21  for the purposes of my report, or that I defer to the
22  EPA and other experts on causation, that's one thing.
23  But saying I find it to be a valid reliable conclusion
24  of causation, I think is something different.
25         Are you with me there?

Page 65

1     A.   Yes.
2         MR. MONAHAN:  Let's go off the record.
3         (Recess taken -- 10:39 a.m.)
4         (After recess -- 10:54 a.m.)
5         MR. MONAHAN:  All right, ready to go back
6  on.
7  BY MR. MONAHAN:
8     Q.   So, doctor, we have gone a little bit round
9  and round on the issue of how far your opinion may go
10  regarding the reliability of the EPA report, and I am
11  concerned that we may be talking past each other to a
12  certain level.  And, again, my concern is
13  distinguishing between what a public health expert
14  like yourself may customarily and traditionally rely
15  on for the purposes of addressing public health risks
16  and what an expert witness may rely upon for the
17  purposes of offering expert testimony to a reasonable
18  degree of scientific certainty in a courtroom.  So I'm
19  going to see if I can't parse this down a little
20  further.
21         As I understand it, the EPA report in this
22  case is the type of public agency document and report
23  that you traditionally rely upon in carrying out your
24  duties as a public health expert and in assessing and
25  addressing public health risks, right?

http://www.yeslaw.net/help

DECLARATION OF CHARLES M. TEBBUTT - 387

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

Page 66

1    A.    Yes.
2    Q.    But in terms of rolling up your sleeves and
3 assessing all of the specific elements of the EPA
4 report regarding its statistical modeling, for
5 example, hydrological conclusions, things like that,
6 you're not offering an opinion as to whether or not
7 those meet any specific scientific standard, right?
8    A.    That's correct.
9    Q.    Would you agree with me that if one wanted
10 to conclude to a reasonable degree of scientific
11 certainty that the Cow Palace manure management
12 operations were the source of elevated nitrates in any
13 particular well one would want to know whether, for
14 example, there were other sources of contamination for
15 that well?
16       MR. TEBBUTT: Objection, vague and
17 ambiguous.
18    Q.    Do you understand the question, doctor?
19    A.    Try it again.
20    Q.    I'm trying. I'm putting on my judge hat
21 here.
22    A.    Yes.
23    Q.    And if I'm the judge or the finder of fact,
24 whomever that may be, and I'm trying to determine
25 whether or not the Cow Palace was the source of

Page 67

1 elevated nitrates in a given well, and I'm listening
2 to medical or scientific experts, wouldn't you agree
3 it would be relevant whether or not there were other
4 sources of contamination on that well?
5    A.    Yes, but as a nonhydrologist, I look at a
6 map like this, and there were seven upgradient wells,
7 not six as I had estimated. And I see that the well
8 is right in the center of a map that shows that this
9 is the Cow Palace operation, its fields, its barns and
10 so forth. I probably wouldn't look too far for other
11 sources of contamination.
12    Q.    You wouldn't.
13    A.    No.
14    Q.    Okay.
15       You did read the Trainor report, did you
16 not?
17    A.    Yes.
18    Q.    And you know that under the AOC there was a
19 new well drilled upgradient or north and east of the
20 Cow Palace Dairy, right? Right?
21    A.    Yes. Yes.
22    Q.    And you're aware that that upgradient well
23 tested for elevated levels of nitrates, right?
24       MR. TEBBUTT: Objection to the extent it
25 mischaracterizes the record.

Page 68

1    Q.    I can go through the Trainor report with
2 you if you'd like, doctor.
3    A.    Just tell me the level.
4    Q.    10, 11, 12, parts per million?
5       MR. TEBBUTT: Again, objection, vague and
6 ambiguous.
7    Q.    Does that square with your recollection?
8    A.    Yes.
9    Q.    Okay.
10       Do you have any opinions as to the source
11 of nitrates for elevated nitrates in the AOC
12 upgradient well DC 01?
13    A.    No.
14       But, as I said before, there is a lot going
15 on in the Yakima Valley. When you see what might be
16 an outlier, without more data it would be hard to
17 interpret that single upgradient well, which is
18 already lower than most of the 66 downgradient wells
19 that the EPA report focused on.
20       But higher than the 264 downgradient wells
21 that had MCL levels below that 10, right?
22    A.    Yes.
23    Q.    So, I mean, this is just my whole concern
24 about the statistical modeling. When we cherry pick
25 67 wells out of 24,000 with a -- and we are beginning

Page 69

1 with the bias that the dairies are the cause, aren't
2 we just confirming our own bias?
3       MR. TEBBUTT: Objection, compound and
4 mischaracterizes prior testimony.
5    A.    I would say that the sampling in this area
6 on the map, and I don't know where those other 22,000
7 are distributed, but I wouldn't regard that as cherry
8 picking. I think that's a mischaracterization of what
9 a stratified random sample would be about.
10       Not knowing the hydrology, not knowing the
11 details of water flow, et cetera, it doesn't surprise
12 me to see a few aberrant data points. That's the
13 reality of the statistical world in which we often
14 operate.
15    Q.    Are 264 wells that test below 10 part per
16 million aberrant data points in your opinion?
17       MR. TEBBUTT: Objection, incomplete
18 hypothetical.
19    A.    The distribution of an elevated nitrate,
20 the fact that there are a substantial number of wells
21 with levels that exceed the MCL, that's what I was
22 asked to focus on as a public health expert, and it
23 continues to alarm me as a substantial threat to the
24 health of the public.
25    Q.    So whether or not the prevalence of

DECLARATION OF CHARLES M. TEBBUTT - 388

http://www.ymslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 70

1  contaminated wells, and by contaminated wells I mean
2  wells with a nitrate level in excess of -- 10 or
3  higher I should say, whether or not the prevalence of
4  contaminated wells in the area that we have been
5  discussing as downgradient of Cow Palace, is any
6  higher than it might be in Moxee, Washington, Selah
7  Washington, Harrah, Washington.
8         You just don't know, do you?
9     A.  I don't know those places.
10    Q.  Don't you agree as a physician, and as a
11 medical expert who has spent a lot of time in this
12 field, that in order to determine to a degree of
13 reasonable scientific certainty whether or not the Cow
14 Palace was the source of the elevated nitrates we need
15 more data?
16        Don't we need to know what the prevalence
17 of contaminated wells in other areas is, before we can
18 draw causal connections?
19    MR. TEBBUTT:  Objection, compound.  Vague
20 and ambiguous.  Incomplete hypothetical.
21    A.  I was asked to render an opinion on whether
22 or not exceedances of the MCL was a public health
23 threat and that's what I'm prepared to render a
24 judgment about.  I do rely on agency reports in my
25 work, and if the EPA has reported that there is a

Page 71

1  significant problem that they have found in
2  relationship to the three large dairies, I have no
3  reason not to believe their recommendations.
4     Q.  Okay.  Fair enough.
5         Let's look at Paragraph 15 -- actually, I'm
6  sorry just so we are clear on the record -- don't lose
7  that -- you were referring to a map, doctor?
8     A.  Yes.
9     Q.  The map appears where?
10    A.  Figure 15, dairy cluster, total nitrogen
11 concentration in water wells, lagoons, manure piles
12 and application fields.
13    Q.  And is that page 30 of your report?
14    A.  That's Page 30 of my report.
15    Q.  Okay, thank you.
16        Let's look at Paragraph 15 of your report.
17 At Paragraph 15 and Paragraph 16 you talk about a
18 number of studies that associate adverse health
19 effects with varying degrees of nitrate contamination,
20 right?
21    A.  Right.
22    Q.  You reference in particular, in a number of
23 footnotes, the Burkholder report from 2007.
24    A.  Yes.
25    Q.  Do you know Dr. Burkholder?

Page 72

1     A.  I do not.
2     Q.  Actually, do you know if it's a Ms. -- it's
3  a Joanne Burkholder.  Do you know if Ms. Burkholder is
4  a physician or M.D.?
5     A.  I don't.
6     Q.  Have you done any analysis on her report to
7  render an opinion as to its reliability or scientific
8  validity?
9     A.  Similar to my comment about EPA, I'm very
10 familiar with Environmental Health Perspectives.
11 Several of my colleagues have published in that
12 journal in recent years.
13        I know they have a very tight editorial
14 policy, so I tend to accept their peer-reviewed
15 publications as sound.
16    Q.  Is the Burkholder report peer-reviewed?
17    A.  Yes.
18    Q.  What is the -- do you know anything about
19 the reports that were performed by Dr. Burkholder for
20 the purposes of the conclusions that she reached?
21    A.  As best I recall from the paper it was a
22 series of actual measurements of water in and around
23 various CAFOs.
24    Q.  Okay.  Are you aware of whether it included
25 any actual medical diagnoses where specific adverse

Page 73

1  health effects were determined by a physician because
2  they were related to nitrate ingestion?
3     A.  No, I'm not aware.
4     Q.  In terms of the Yakima population, are you
5  aware, doctor, of any adverse medical effects that
6  have been determined by a physician to be causally
7  related to the consumption of water with high nitrate
8  levels?
9     A.  No.
10    Q.  We read a lot about, or I hear multiple
11 references to blue baby syndrome.  Are you, doctor,
12 from your review of this case, aware of any blue baby
13 syndromes that are causally related to consumption of
14 water with elevated nitrate levels in the Yakima
15 Valley?
16    A.  No.
17    Q.  You reference in Paragraph 16, and I
18 believe later in the report, about a report on neural
19 tube defects in the Yakima Valley --
20    A.  Yes.
21    Q.  -- and the fact that there are
22 statistically higher neural tube defects in the Yakima
23 Valley than elsewhere in Washington?
24    A.  Yes.
25    Q.  You are not, however, rendering an opinion

DECLARATION OF CHARLES M. TEBBUTT - 389

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 74

1  to a degree of reasonable medical certainty that the
2  neural tube defects observed in Yakima County are
3  causally related to consumption of water with elevated
4  nitrates, are you?
5      A.   No, but I was putting on my former EIS,
6  Epidemic Intelligence Service hat, that when you have
7  clusters of unusual cases and there are known past
8  associations of environmental exposures that have been
9  connected to neural tube defects, it raises my general
10  concern that this would be for more study and more
11  research as opposed to saying that there is any
12  definitive causative relationship established.
13      Q.   Understood.
14          You referenced, you used the term chronic
15  exposure a number of times in your report.  Do you
16  recall using that term?
17      A.   Yes.
18      Q.   When you talk about chronic consumption, I
19  think, of water with elevated nitrates --
20      A.   Yes.
21      Q.   -- what does the term chronic mean?
22      A.   Repeated over time, multiple exposures.
23      Q.   How much time?
24      A.   It can range from weeks to years.  We
25  generally talk about chronic environmental exposure

Page 75

1  for people in a given geographic location or a given
2  occupational exposure.
3      Q.   Well, with respect to the folks in the
4  Yakima Valley and Lower Yakima Valley who are in the
5  general geographic area covered by the EPA report, and
6  given the level of nitrates that were found in the
7  tests of their wells, in that context does chronic
8  have any particular meaning for you?
9      A.   Yes.  If you're -- we consume water every
10  day.  If you're predominantly, a predominant source of
11  drinking water is from your household supply and that
12  household supply is contaminated, then that would be a
13  chronic exposure as opposed to an episodic exposure
14  because you happen to be traveling to an area where
15  you happen to be camping in the mountains and drinking
16  from a stream that is contaminated by a beaver dam
17  upstream.
18      Q.   I understand.
19          But is there any particular time component
20  of your definition of chronic given this context?
21      A.   Well, I guess I would -- when I said weeks
22  to years --
23      Q.   Yes.
24      A.   -- I would probably put this into the frame
25  of months to years.

Page 76

1      Q.   Okay, so if one, if a person in a
2  geographic area covered by the EPA report were to
3  consume water with the elevated levels of nitrates
4  that are reported in the EPA report for a matter of
5  months, you would consider that to be a chronic
6  situation?
7      A.   Chronic exposure, yes.
8      Q.   Chronic exposure.  Very good.  All right.
9          And in offering that opinion regarding
10  chronic exposure under those circumstances, do you
11  have an assumption as to the level of water one would
12  customarily consume over this period?
13      A.   Depends whether it was summer, winter, a
14  lot of other factors --
15      Q.   Okay.
16      A.   -- but generally people consume between a
17  liter and three liters a day.  Little difference,
18  obviously, related to work activity, exercise levels,
19  humidity, a lot of factors.
20      Q.   Other than ingestion of drinking water, is
21  there any other manner in which the folks who live in
22  this area might come into contact with water with
23  elevated level of nitrates that would pose, in your
24  opinion, a substantial and imminent threat to their
25  health?

Page 77

1      A.   It depends on the source of the drinking
2  water.  People are out working in the yard and they
3  drink from the hose as opposed to getting a glass of
4  water from the kitchen sink.  Children playing in
5  wading pools, running through a sprayer.  There are
6  multiple ways that people do get exposed to
7  contaminated water.  I assume that the major source of
8  chronic exposure would be the actual water supply in
9  the household.
10      Q.   Well, and again forgive me, my question is
11  probably much more naive and uninformed than you
12  suspect.
13          What I'm trying to get at is, are there any
14  health care risks associated with things like washing
15  your hands, taking a shower, boiling a potato.  Are
16  those avenues by which elevated nitrates in the
17  residential well water may pose a substantial and
18  imminent threat to the affected families, or rather is
19  your opinion limited to ingestion through drinking
20  water?
21      A.   You gave three totally different examples.
22      Q.   Okay, help me break them down.
23      A.   Hand washing, nitrates do not get absorbed
24  across the skin, so that's not a risk unless the
25  person is in the habit of after rinsing, cupping the

DECLARATION OF CHARLES M. TEBBUTT - 390

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 78

1 water and taking a drink, which I have certainly done
2 myself when I felt thirsty.
3          Showering, some people do indeed rinse
4 their mouth and swallow some water so that's a
5 potential source of exposure.
6          I'm not familiar with whether a boiled
7 potato takes up nitrate from the water in which it is
8 boiled, so I have to pass on that.
9     Q.   So at least from those three examples
10 everything comes back to oral consumption of water.
11    A.   Yes.
12    Q.   When I read through the Pew Commission
13 report and when I read through some of the other
14 materials that you have cited that recognize or at
15 least assert a connection between large animal
16 feeding -- I'm trying to remember -- IFAP, industrial
17 food animal production.  In many of those instances
18 there appears to be issues relating to fecal coliform
19 and E-coli.
20    A.   Among other bacteria, yes.
21    Q.   Yes.  Does it surprise you at all or does
22 it have any significance to you that in this case the
23 residences with the highest nitrate readings did not
24 have any fecal coliform present?
25          MR. TEBBUTT:  Objection to the extent it

Page 79

1 calls for speculation.
2     A.   The pathways of movement of bacteria
3 through water and soil is very, very different from an
4 inorganic small molecule like nitrates, so it does not
5 surprise me.
6     Q.   The EPA report had a section dedicated to
7 water aging.  Did you see that?
8     A.   Water?
9     Q.   Age dating?
10    A.   Age dating.
11    Q.   Did you read that part?
12    A.   I did not.
13    Q.   With all of your experience with Industrial
14 Farm Animal Production facilities, have you ever
15 encountered the concept of age dating water?
16    A.   No.
17    Q.   Do you have any idea, really, what it means
18 or what purpose it is intended to serve?
19    A.   I don't.
20    Q.   Did the results of the age dating process
21 in the EPA report have any impact whatsoever on the
22 conclusions that you have reached in this case?
23    A.   No.
24    Q.   Do you know if it's possible, when one sees
25 a nitrate result like the ones that have caused you so

Page 80

1 much concern in this case, to determine how long those
2 nitrates have been in water?
3     A.   I'm not aware of a method, no.
4     Q.   In the conclusion of your report you talk
5 about reverse osmosis systems?
6     A.   Yes.
7     Q.   From the perspective, from your perspective
8 as an expert in this case who is testifying about
9 public health risks associated with the presence of
10 nitrates, is it fair to say that your concern, your
11 health care concern would be alleviated by the
12 installation of reverse osmosis in the homes that have
13 elevated levels of nitrates?
14    A.   In preventive medicine we talk about
15 primary, secondary and tertiary prevention.
16    Q.   Okay.
17    A.   Primary is you stop the problem before it
18 emerges.  You educate school aged children not to
19 smoke.
20          Secondary prevention, you screen people for
21 presymptomatic conditions, Pap smears for cervical
22 cancer, measuring blood pressure in the population to
23 catch and begin treating early.
24          Tertiary is what all of clinical medicine
25 is about, trying to minimize the long-term impact.

Page 81

1          I would say that reverse osmosis is a
2 tertiary prevention measure.  It's not satisfactory as
3 a means of primary prevention.  Primary prevention I
4 would recommend as a public health person is to stop
5 the production of nitrate flowing into the wells.
6 There are some significant issues with reverse
7 osmosis, and I speak more from the perspective of a
8 public health person recognizing the human factor that
9 is involved in so much of what we try to do to reduce
10 risk.
11          If the filter gets clogged and the flow of
12 water begins to slow down, human nature suggests that
13 the person will go to the tap in the bathroom to fill
14 up the cooking pot rather than wait for the RO
15 installed place to fill.  So those are some of my
16 general concerns.
17          I did, after submitting my expert report,
18 come upon a peer-reviewed article from South Africa,
19 Nitrate, Nitrogen Removal with Small Scale Reverse
20 Osmosis Electrodialysis and Ion Exchange Units in
21 Rural Areas, and they were concerned about water
22 quality in clinics and these were mostly in
23 agricultural areas of the Limpopo Province.  And they
24 concluded that RO was, of the three, the most rugged
25 and practical.  So that's the good news.

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                                    Robert Lawrence, M.D. 10/23/2014

Page 82

1          The bad news was they had one case where
2    repeated measures had 54 to 72 milligrams per liter of
3    nitrate and the RO only was able to get it down to 12
4    to 17.  So it's not a panacea.  It's harm reduction
5    which -- in public health we often rely on harm
6    reduction, so I would endorse RO as an intermediary
7    step while organizing for primary prevention.
8        Q.    So if RO systems were installed into all of
9    the affected households in the area under study in
10   this case, that would be a first step, and it may
11   reduce overall levels of nitrates, but it would not,
12   from your perspective, eliminate the imminent
13   substantial harm posed by the presence of nitrates in
14   the groundwater?
15       A.    It would be a mitigating step, but not
16   eliminate.
17       Q.    And if the Cow Palace was shuttered
18   tomorrow and lagoons emptied, all spray activities
19   ceased, pens scraped and so on, do you have any idea
20   one way or the other how that may affect the presence
21   of nitrates in groundwater over the next ten years?
22       A.    I would be speculating, but I think it's
23   going to be a long, slow process.  Unfortunately,
24   that's what -- when you have contaminated groundwater,
25   whether it's nitrates or atrazine or other resistant

Page 83

1    organic pollutants from an industrial chemical site,
2    that's why we work so hard to protect groundwater in
3    aquifers.
4        Q.    So to answer my question whether there
5    would be any measurable reduction, certainly in the
6    short-term you just can't say?
7            MR. TEBBUTT:  Objection, calls for
8    speculation.
9        A.    Can't say.
10           (Discussion off the record.)
11           (Lawrence Deposition Exhibit No. 321 was
12   marked for identification.)
13           MR. MONAHAN:  Thank you for bringing the
14   South Africa study to my attention, doctor, and we
15   will make that part of the record today as
16   Exhibit 321.
17   BY MR. MONAHAN:
18       Q.    Doctor, you had earlier testified that the
19   presence of phosphorus in the EPA test results
20   constituted, in your opinion to a degree of reasonable
21   scientific certainty, an imminent and substantial
22   threat to the environment.
23       A.    Yes.
24       Q.    Can you please describe for me the basis of
25   that opinion?

Page 84

1        A.    We have seen in many circumstances, let's
2    say part of the current debate with redefining the
3    Clean Water Act now that the waters in the United
4    States -- that excess phosphate from overapplication
5    of synthetic fertilizers and phosphates has
6    contributed to algal blooms in surface water, rivers,
7    bays, estuaries off the Gulf of Mexico and these algae
8    blooms, once the algae die as they soak up the oxygen,
9    create these so-called dead zones where other
10   oxygen-dependent species; fish, crustations, other
11   plants, die.
12           It's a broad systemic problem related to
13   overapplication of phosphates and wherever it appears
14   it interferes with the health of the ecosystem.
15       Q.    So are the excess phosphates that concern
16   you the phosphates that you have seen in soil studies
17   or in groundwater studies?
18       A.    In groundwater.
19       Q.    Okay, and what is the groundwater level of
20   phosphate that you have seen that in your opinion
21   triggers this substantial and imminent threat?
22       A.    Well, it's the -- phosphate shouldn't be
23   present in water.
24       Q.    At all.
25       A.    At all.

Page 85

1        Q.    At any level.
2        A.    No.
3        Q.    Okay, so in your opinion if phosphate
4    appears in any water, that constitutes a substantial
5    and imminent threat to the environment?
6        A.    It is an indicator that there is a problem
7    of overapplication of fertilizer.  And it is like the
8    canary in the mine, if there is phosphate in the water
9    we need to trace down its source and try to prevent
10   further pollution.
11       Q.    Are you aware of any algal blooms occurring
12   in the Lower Yakima Valley?
13       A.    No.
14       Q.    Are you aware of any of these dead zones
15   that you have described anywhere in central
16   Washington?
17       A.    No.
18       Q.    Is there -- in your opinion is the safe
19   threshold for phosphates in water zero?
20       A.    I don't think -- I really haven't thought
21   in terms of the safe threshold of phosphate.  I would
22   have to think about that.
23       Q.    Can you point me to the EPA test result
24   that is the basis of your concern?
25       A.    Well, it was in the EPA report that

DECLARATION OF CHARLES M. TEBBUTT - 392

http://www.yeslaw.net/help

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 86

1 phosphate was -- I don't remember the exact levels,
2 however.
3     Q.    I'm going to take a minute and see if I can
4 find it.  I just want to see what the number is, and
5 how that plays into your opinion.
6         MR. MONAHAN:  Off the record.
7         (Discussion off the record.)
8         MR. MONAHAN:  Back on the record.
9 BY MR. MONAHAN:
10     Q.    Doctor, I have handed you -- not you,
11 doctor, the other doctor -- I have handed you a copy
12 of the EPA report titled Relation Between Nitrate and
13 Water Wells and Potential Sources in the Lower Yakima
14 Valley, Washington.  It's the updated March 2013
15 report which Mr. Tebbutt and I both believe is already
16 an exhibit and if it is not we will cure that through
17 a subsequent entry.
18         I have asked you, with the document in
19 front of you, to please identify for me the phosphorus
20 or phosphate test results that cause you concern and
21 are the basis of your opinion that phosphorus in
22 groundwater in Lower Yakima Valley constitutes a
23 substantial and imminent threat to the environment.
24         MR. MONAHAN:  Off the record.
25         (Discussion off the record.)

Page 87

1         MR. MONAHAN:  Back on the record.
2 BY MR. MONAHAN:
3     Q.    Doctor, you have now had a few minutes to
4 review the 2013 EPA report.  I've been looking through
5 it myself as well, trying to find references to tests
6 for phosphorus.
7         Have you been able to find anything?
8     A.    No.  The only reference that I see is F5 in
9 the appendix, a general statement about contaminants
10 such as nutrients, nitrogen or phosphorus.  And I
11 suspect what I am reflecting is the fact that in our
12 part of the country phosphorus is the big contaminant
13 from the poultry industry on the Eastern Shore, partly
14 related to the way in which poultry but not cows
15 metabolize seed containing, feed containing
16 phosphorus.  And chicken liver is very, very high in
17 phosphorus.
18         It is applied on agricultural fields, runs
19 off and is a really significant problem here and it is
20 a significant problem in the midwest, Mississippi
21 Valley and down into the Gulf of Mexico.  But I can't
22 find anything specific in this report --
23     Q.    Okay.
24     A.    -- other than that reference.
25     Q.    The reference in F5 is just the general

Page 88

1 statement that animal waste has the potential to
2 contribute phosphorus to groundwater or surface water?
3     A.    Yes.
4     Q.    But in this case, as I understand it now,
5 you are unable to offer an opinion that there, in
6 fact, is phosphorus in the groundwater in the Yakima
7 Valley at the levels that would constitute to a
8 reasonable degree of medical and scientific certainty
9 a substantial and imminent threat to the environment?
10         MR. TEBBUTT:  Objection to the extent it
11 mischaracterizes testimony.
12     A.    I welcome the opportunity to go back
13 through in greater detail, but as of this point I have
14 not been able to identify that source of my opinion.
15     Q.    So if we go back through the EPA report and
16 are able to find an incident of a phosphorus,
17 phosphorus existing in the groundwater, is there a
18 level at which you believe the phosphorus would need
19 to be in order to trigger a substantial and imminent
20 threat to the environment?
21     A.    That is so geographic specific, so I would
22 have to say that where there is nitrogen, there is
23 going to be phosphorus.  All we appear to have are
24 these elevated nitrate levels.
25         If the phosphorus levels are consistent

Page 89

1 with the nitrate levels then yes, I would say that is
2 a threat to the ecosystem.
3     Q.    What would consistent be, because there is
4 no MCL for phosphorus, is there?
5     A.    No.
6     Q.    So what do you mean by consistent?
7     A.    The reason there is no MCL for phosphorus
8 is we are really now talking about environmental
9 rather than human health ingestion.
10     Q.    I understand, but when you say that there
11 are levels consistent with nitrates, the nitrates in
12 many of these tests are 4, 5, 6, 7 times beyond what
13 the EPA considers safe --
14     A.    Right.
15     Q.    -- for human consumption?
16     A.    My point is phosphorus generally trends
17 with nitrogen since they are both products of the same
18 agricultural practices.
19     Q.    Is there a part per million threshold that
20 you have in mind?
21     A.    No.
22         MR. TEBBUTT:  Off the record.
23         (Discussion off the record.)
24         MR. MONAHAN:  Let's go back on the record.
25 BY MR. MONAHAN:

DECLARATION OF CHARLES M. TEBBUTT - 393

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

Page 90

1    Q.    Doctor, my trusty assistant Mr. Tebbutt has
2  helped us locate in the EPA report some test results
3  that do indicate the presence of phosphorus starting
4  at Table C6, which is the Phase 3 Analytical Results
5  for Major and Minor Ions and Trace Inorganic Elements
6  in Wells, Dairy Lagoons and Wastewater Treatment Plant
7  Influents.
8         Do you see that?
9    A.    Yes.
10   Q.    And it looks like the phosphorus total in
11 the upgradient well is .0292.  Do you see that?
12   A.    Milligrams per liter, yes.
13   Q.    And in the dairy supply well .0926
14 milligrams per liter.  Do you see that?
15   A.    Yes.
16   Q.    And then there are also a range of other
17 values for downgradient or what are characterized as
18 downgradient and upgradient wells.
19        I will ask you at the outset, does the
20 presence of phosphorus in the upgradient wells cause
21 you concern?
22   A.    Yes.  I think phosphorus as a contaminant
23 of water is the essence of the environmental threat.
24   Q.    And are these levels, where we are talking
25 less than one-tenth of one part per million, are those

Page 91

1  at the level that you would consider to be consistent
2  with the nitrate levels that we are seeing in this
3  report?
4    A.    Well, if you look on Page 3 of 7, well 21,
5  it's 0.101, and if you then look also at -- we would
6  have to go to another table to find the nitrate for
7  that well.
8    Q.    In looking at these levels, doctor, and
9  seeing that -- I apologize I haven't studied these
10 before this morning -- but with the exception of one
11 well that is characterized as downgradient, I don't
12 see any others where the presence of phosphorus
13 exceeds one-tenth of one part per million, do you?
14   A.    Other than the open cesspits labeled dairy
15 lagoon 01, 02, 03, 04, 05 on Page 47 --
16   Q.    It shouldn't surprise us to see phosphorus
17 in a wastewater management lagoon, would it?
18   A.    No.  And those -- it's the application of
19 phosphorus in those concentrations that creates the
20 environmental threat.  So I'm making a distinction
21 between groundwater presence and the fact that you
22 have this phosphorus load in the Yakima Valley.  And I
23 would reframe my earlier responses to say that in
24 terms of a general observation about protection of the
25 environment from concentrated animal feeding

Page 92

1  operations, what would concern me more are the
2  substantial amounts of phosphorus that are being
3  applied in the fields and so on.  But from the
4  groundwater perspective, I would have to dig deeper
5  because this is not an area of my expertise in terms
6  of how significant the level ought to be before you
7  start worrying about it in groundwater.
8    Q.    At least from looking at it in Table 6 it
9  appears that phosphorus is appearing both upgradient
10 and downgradient?
11   A.    Yes.
12   Q.    So to close my loop, you are not prepared
13 to say today that Cow Palace's operations are
14 introducing phosphorus into the Yakima Valley
15 groundwater at levels that, in your opinion, to a
16 degree of reasonable scientific certainty, pose an
17 imminent and substantial threat to the environment,
18 correct?
19   A.    I would like to reserve judgment about that
20 until I dug a little deeper because, quite honestly,
21 this is not an area that I focused on in preparing my
22 report.  It does seem as though these are very low
23 levels, but we do know that in nature sometimes very
24 low levels cause big problems.  So I would defer my
25 response to that.

Page 93

1    Q.    However, today you haven't seen enough
2  information that would allow you to render that
3  opinion, correct?
4    A.    Correct.
5         MR. MONAHAN:  Let's go off the record.
6         (Discussion off the record.)
7         (Recess taken -- 11:59 a.m.)
8         (After recess -- 12:06 p.m.)
9  BY MR. MONAHAN:
10   Q.    Doctor, you and I have spoken to some
11 degree about the Pew Commission on Industrial Farm
12 Animal Production and the report where you acted as an
13 investigator and were one of the editors?
14   A.    Yes.
15   Q.    I thought I would complete the record by
16 making it an exhibit.
17        If you can confirm for me that what I'm
18 handing you is, in fact, the Pew report, I will make
19 that Exhibit 322.
20   A.    Yes, it is.
21        (Lawrence Deposition Exhibit Number 322 was
22 marked for identification.)
23 BY MR. MONAHAN:
24   Q.    And as long as we have it, this is the
25 document with which you agree with its findings and

DECLARATION OF CHARLES M. TEBBUTT - 394

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

Page 94
1  conclusions --
2       A.    Yes.
3       Q.    -- as well as its recommendations for what
4  should be done with respect to CAFOs and other IFAPs,
5  right?
6       A.    Yes.
7       Q.    Look at Page 29, if you would.  At least I
8  thought it was 29.  It talked about the statement from
9  Ms. Reddout?
10      A.    Yes.
11      Q.    At the bottom of Page 29 there is a brief
12 narrative about a story told to the commission by
13 Ms. Reddout, and I just want to confirm from you that
14 in fact that information would have been provided to
15 the commission by Ms. Reddout sometime before the end
16 of 2008.
17      A.    That's correct.  Well, actually, sometime
18 before April of 2008 because the report was released
19 in early May of 2008.
20      Q.    The report references water testing that
21 Ms. Reddout had performed, and I don't have the report
22 in front of me, doctor.  I'm sorry, you will have to
23 help me with the verbiage, but I believe it says that
24 there were elevated levels of nitrates -- excuse me.
25 Let me be precise.  "Subsequent tests revealed that

Page 95
1  her drinking well, Ms. Reddout's drinking well, was
2  contaminated with nitrates."
3             Do you see that?
4       A.    Yes.
5       Q.    As one of the editors of this report, do
6  you know if the term contaminated was meant to convey
7  that the well had in excess of ten parts per million
8  of nitrates?
9             MR. TEBBUTT:  Objection to the extent it
10 calls for speculation.
11      A.    I don't recall that discussion in the
12 commission got to the levels of talking about MCL.
13      Q.    Were the testimonials provided by persons
14 such as Ms. Reddout recorded?
15      A.    I believe they were.
16      Q.    Do you know if those recordings may still
17 be archived someplace?
18      A.    They might be archived at The Pew
19 Charitable Trusts.
20      Q.    Which is located where?
21      A.    In Washington, D.C.
22      Q.    So that is the first place you would look
23 if you wanted to determine if in fact there still were
24 archived recordings of materials presented by persons
25 such as Ms. Reddout?

Page 96
1       A.    The first thing I would do would be to
2  speak with Robert Martin who was the executive
3  director of the Pew Commission.
4       Q.    Do you know where he is now?
5       A.    He works for the Center for a Liveable
6  Future.  He directs our food system policy and public
7  health program.
8       Q.    So when you say you talked to him you might
9  run into him in the hallway?
10      A.    Two doors down.
11      Q.    Okay.
12      A.    And he is the repository of all details
13 about the commission.  He would know whether A, they
14 were all recorded; and B, whether they were archived;
15 and C, if so, where.
16      Q.    Very well.
17            I would ask if you could make that inquiry
18 and report back to Mr. Tebbutt?
19      A.    I will do that.
20      Q.    And I will follow up with Mr. Tebbutt.
21            Paragraph 7A of your report --
22      A.    On Page?
23      Q.    On Page 5 about halfway down --
24      A.    Yes.
25      Q.    -- you state, "I have co-authored policy

Page 97
1  papers" and so on, end quote.  I have looked through
2  your CV and tried to identify policy papers that you
3  are describing here in Paragraph 7A.
4       A.    Um-hmm.
5       Q.    And I'm unable to find anything other than
6  perhaps the Pew Commission report.  As you sit here
7  today, doctor, can you identify for me policy papers
8  that you have co-authored that describe the harmful
9  effects of industrialization of agriculture as they
10 pertain to degradation of air, water, et cetera?
11      A.    The Horrigan, Walker, Lawrence paper of --
12 let me see when that would have been.  About ten years
13 ago.  How Sustainable Agriculture Can Address the
14 Environmental and Human Health Harms of Industrial
15 Agriculture environmental reports.
16      Q.    You are reading from your CV?
17      A.    Yes.
18      Q.    What page, sir?
19      A.    Ten of Attachment A, last entry on that
20 page.
21      Q.    Thank you.
22      A.    And by policy, a lot of the discussion
23 section of papers and next step sections and so forth
24 often get into policy recommendations, so the Walker
25 Rhubart, Berg, McKenzie, Kellig, Lawrence, Public

DECLARATION OF CHARLES M. TEBBUTT - 395

http://www.yeslaw.net/help

Page 98

1  Health Implications of Meat Production and
2  Consumption, Journal of Public Health Nutrition, I
3  would suspect that we had some comments in there, too,
4  about the impact of meat production on human health.
5      Q.    Any other policy papers you can identify,
6  doctor?
7      A.    I would be surprised if the Neff, Palmer,
8  McKenzie, Lawrence paper on Page 9, Food Systems and
9  Public Health Disparities, Journal of Hunger and
10 Environmental Nutrition, didn't have some reference to
11 it, but I can't recall precisely.
12     Q.    I'm afraid it feels like a quiz.
13     A.    No, I understand.
14     Q.    So those three you think would be the
15 probable sources?  Yes?
16     A.    Yes, and this is kind of the major --
17     Q.    The Pew Commission report?
18     A.    Right.
19     Q.    I read the letter and Phase 1 report that
20 you wrote for the FDA.
21     A.    Yes.
22     Q.    -- in which you were identifying the best
23 model to rank the risks associated with certain food
24 products.
25     A.    Yes.

Page 99

1      Q.    And that was Phase 1 of what was intended
2  to be a multiphase project, right?
3      A.    Yes.
4      Q.    Were there ever any subsequent phases
5  completed?
6      A.    Yes.  The Phase 2 report was also published
7  by the National Academy of Press, I would guess
8  something like two years after the Phase 1 report,
9  maybe not quite two years.
10     Q.    Did you participate in Phase 2?
11     A.    Yes, I chaired that committee.  Let me see
12 if I can quickly find it -- on Page 20.  So the Letter
13 report, second from the bottom --
14     Q.    That's the one I read.
15     A.    -- and then the one above that, A Risk
16 Characterization Framework for Decisionmaking with the
17 Food and Drug Administration is the final report.
18     Q.    Thank you.  Very good.
19           MR. MONAHAN:  I thank you for your time and
20 your patience.  You have answered all the questions I
21 have today.
22           THE WITNESS:  Thank you.
23           THE REPORTER:  Would you like a copy.
24           MR. TEBBUTT:  Yes.
25           Are you ordering?

Page 100

1           MR. MONAHAN:  Yes.
2           MR. TEBBUTT:  Yes, I will take a copy.
3           (Thereupon, signature having not been
4  waived, the examination of ROBERT S. LAWRENCE, M.D.
5  was concluded at 12:18 p.m.)
6             -    -    -    -    -    -    -

Page 101

1  UNITED STATES OF AMERICA )
2  STATE OF MARYLAND         )
3
4          I, CAPPY HALLOCK, the reporter before whom
5  the foregoing deposition was taken, do hereby certify
6  that the witness whose testimony appears in the
7  foregoing deposition was sworn by me; that said
8  deposition is a true record of the testimony given by
9  said witness.
10         I further certify that I am neither counsel
11 for, related to, nor employed by any of the parties to
12 the action in which this deposition was taken; and
13 further that I am not a relative or employee of any
14 attorney or counsel employed by the parties hereto, or
15 financially or otherwise interested in the outcome of
16 this action.
17
18
19
20
21         _____
22              Cappy Hallock, RPR, CRR, CLR
23
24 My Commission expires January 19, 2017
25


Central Court Reporting   800.442.3376

DECLARATION OF CHARLES M. TEBBUTT - 396

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

```
                                      Page 102
 1   CHANGES IN FORM AND SUBSTANCE REQUESTED BE MADE
     IN THE FOREGOING ORAL EXAMINATION TRANSCRIPT:
 2
     (NOTE:  If no changes desired, please sign and date where
 3   indicated below.)
 4
     PAGE     LINE           CORRECTION AND REASON
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
     I, ROBERT LAWRENCE, M.D., hereby declare under penalty
18   of perjury that I have read the foregoing deposition
     that the testimony contained therein is a true and
19   and correct transcript of my testimony, noting the
     corrections above.
20
21               ROBERT LAWRENCE, M.D.
22         Date
23
     See:  Wash. Reports 34A, Rule 30(e)
24         USCA 28, Rule 30(e)
       PLEASE RETURN TO:  Central Court Reporting,
25     P.O. Box 8029, Yakima, WA  98908
```

Central Court Reporting    800.442.3376

DECLARATION OF CHARLES M. TEBBUTT - 397

Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                      Robert Lawrence, M.D. 10/23/2014

**0**

**0.101** 91:5

**01** 68:12 91:15

**02** 91:15

**0292** 90:11

**03** 91:15

**04** 91:15

**05** 91:15

**0926** 90:13

**1**

**1** 25:25 98:19 99:1,8

**10** 17:13 18:7,14,20 22:12,17,19
41:18 42:10,20 52:24 53:6 57:11
68:4,21 69:15 70:2

**10:39** 65:3

**10:54** 65:4

**11** 68:4

**11:59** 93:7

**12** 68:4 82:3

**12:06** 93:8

**15** 71:5,10,16,17

**16** 73:17

**17** 82:4

**1991** 14:6 17:5,25

**1996** 35:4

**2**

**2** 6:13 28:20 29:18 32:15,16 99:6,
10

**20** 12:23,25 40:21 99:12

**200** 58:16

**2007** 48:6,12 71:23

**2008** 40:21 94:16,18,19

**2013** 6:13 19:10 32:19 33:4 86:14
87:4

**21** 91:4

**22,000** 51:10 64:7 69:6

**23,000** 6:13

**24,000** 22:5,8 50:2,16 68:25

**25** 60:12,25 61:3,6

**260** 49:18 51:7

**264** 22:14 23:4 68:20 69:15

**29** 94:7,8,11

**3**

**3** 91:4

**30** 71:13,14

**320** 24:25

**321** 83:11,16

**322** 93:19,21

**331** 19:18 22:8,11 23:4 50:3,16
57:11 60:19 63:10

**4**

**4** 89:12

**47** 91:15

**5**

**5** 36:13 89:12 96:23

**50** 17:12 53:7

**54** 82:2

**6**

**6** 89:12 92:8

**65** 23:11

**66** 68:18

**67** 22:11 57:10 60:11,22,25 61:4
68:25

**7**

**7** 89:12 91:4

**72** 82:2

**7A** 36:7 96:21 97:3

**8**

**8** 42:20

**9**

**9** 98:8

**90s** 18:2

**9:20** 24:18

**9:31** 24:19

**A**

**a.m.** 24:18,19 65:3,4 93:7

**aberrant** 69:12,16

**abide** 17:6

**Absolutely** 33:21

**absorbed** 77:23

**academia** 40:12

**academic** 14:25 16:24 35:2

**Academy** 99:7

**accept** 43:17 72:14

**accepting** 64:20

**accurate** 5:20 41:1

**acreage** 59:8

**act** 8:16 84:3

**acted** 93:12

**actions** 42:16

**activities** 6:8 82:18

**activity** 76:18

**actual** 10:25 31:15 46:7 55:17
72:22,25 77:8

**additional** 15:9 62:11

**additives** 54:5

**address** 63:2 97:13

**addresses** 13:11



DECLARATION OF CHARLES M. TEBBUTT - 398

Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                                    Robert Lawrence, M.D. 10/23/2014

**addressing** 42:8 65:15,25

**adequate** 20:11 50:22

**Administration** 99:17

**Administrative** 31:23 33:5,15, 22

**adverse** 36:20 71:18 72:25 73:5

**advocacy** 37:4

**AFC** 32:2,5

**affect** 26:15 82:20

**affected** 77:18 82:9

**afraid** 98:12

**Africa** 81:18 83:14

**age** 79:9,10,15,20

**aged** 80:18

**agencies** 14:24 46:8

**agency** 65:22 70:24

**agents** 8:11

**aging** 53:18 79:7

**agree** 41:11 51:21 53:11 66:9 67:2 70:10 93:25

**agreed** 40:19

**agricultural** 39:10,17 54:3,15 64:1 81:23 89:18

**agriculture** 40:11 41:5 97:9,13, 15

**Agronomy** 39:7

**air** 26:15 38:2,3 97:10

**airborne** 26:9 27:12,20 28:8,17

**alarm** 69:23

**algae** 84:7,8

**algal** 84:6 85:11

**allegations** 26:22

**alleged** 27:1

**alleviate** 43:19

**alleviated** 80:11

**alluvial** 58:18

**ambiguous** 15:19 23:9,17 26:19 29:5 32:25 50:5,20 55:12 66:17

68:6 70:20

**amendments** 19:10

**ammonia** 36:16

**amount** 42:17 64:18

**amounts** 52:4,10 92:2

**analysis** 40:20 55:8 72:6

**analytic** 17:15

**Analytical** 90:4

**Anderson** 13:6,10

**animal** 6:7,10 7:25 29:24 31:3 40:7,14 41:3 64:2 78:15,17 79:14 88:1 91:25 93:12

**animals** 10:19 30:24 36:22

**answering** 8:13

**antibacterial** 8:11

**antibiotic** 6:6 8:1 13:11 35:15

**antibiotics** 6:9 7:23 8:2,20 9:17 10:11,15,16,19,25 11:6 13:17

**AOC** 11:20 32:19,22 34:1 67:18 68:11

**apologize** 91:9

**appearing** 92:9

**appears** 9:9 51:7 71:9 78:18 84:13 85:4 92:9

**appendix** 87:9

**application** 30:5 52:3,6 54:10 71:12 91:18

**applied** 54:11 87:18 92:3

**approach** 20:14,20 21:4

**approached** 39:6

**approaches** 52:9

**April** 40:21 94:18

**aquifer** 29:15 58:18,21,23

**aquifers** 29:13 83:3

**ARCADIS** 11:20

**archived** 95:17,18,24 96:14

**area** 8:17 14:18 20:7,18 21:14 22:23 23:20 24:15 30:19 31:7 32:6 54:8,22 63:13 69:5 70:4

75:5,14 76:2,22 82:9 92:5,21

**areas** 63:15 70:17 81:21,23

**argue** 7:6

**arguing** 26:10

**arguments** 43:18

**arisen** 6:7

**arising** 33:4

**Arkansas** 40:5

**arrived** 15:21,24,25 17:12

**art** 29:6

**article** 81:18

**articulation** 42:22

**ascertain** 53:21

**aspects** 50:23

**assert** 78:15

**assess** 15:17 28:12 45:15

**assessing** 50:11 65:24 66:3

**assessment** 13:24,25 14:1,2,5, 9,20,25 15:5,12,22 16:9 20:13 21:4 53:1 57:2,6

**assistant** 38:25 90:1

**associate** 37:21 71:18

**association** 47:4

**associations** 74:8

**assume** 77:7

**assumption** 76:11

**assumptions** 13:14,15

**asthma** 27:15

**atrazine** 82:25

**Attachment** 97:19

**attack** 64:12

**attempted** 15:1

**attended** 47:18

**attention** 83:14

**attorney** 4:13

**attribute** 12:1



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**August** 19:16

**avenues** 77:16

**aware** 22:1 38:5,13 57:10,12,16, 18,21,24 63:14,16 67:22 72:24 73:3,5,12 80:3 85:11,14

**B**

**baby** 73:11,12

**back** 10:4 14:6 18:11 19:5,16 24:20 43:23 44:5,9 48:15 56:10 59:2,18 62:9,21 63:9 65:5 78:10 86:8 87:1 88:12,15 89:24 96:18

**Backe** 44:20

**background** 12:5 14:8,17 15:11 29:25 50:10

**backward** 30:8

**bacteria** 10:23 27:25 78:20 79:2

**bacterial** 7:8 8:10 27:24

**bad** 82:1

**barns** 67:9

**based** 7:21 15:11,22 17:2,14 33:16 54:4

**basis** 56:15 64:19 85:24 86:21

**bathroom** 81:13

**Bay** 37:8

**bays** 84:7

**beach** 16:5

**beating** 41:19

**beaver** 75:16

**begin** 80:23

**beginning** 68:25

**begins** 81:12

**belief** 11:17 14:4,19 24:8 30:12 46:4

**believes** 13:15

**bells** 22:6

**bench** 35:15

**beneath** 29:16

**Berg** 97:25

**bias** 57:3,4 63:12 69:1,2

**big** 64:4 87:12 92:24

**biologically** 51:14

**bit** 17:10 24:23 59:4 65:8

**blessing** 56:12 60:2

**blood** 80:22

**blooms** 84:6,8 85:11

**blue** 73:11,12

**board** 40:2

**body** 15:8

**boiled** 78:6,8

**boiling** 77:15

**bore** 20:9

**bother** 50:25

**bottom** 94:11 99:13

**break** 77:22

**Brendan** 4:12

**Breysse** 27:22

**bringing** 83:13

**broad** 8:13 84:12

**broader** 28:9 42:22

**Burkholder** 71:23,25 72:3,16,19

**business** 20:15

**C**

**C6** 90:4

**CAFO** 31:2

**CAFOS** 64:2 72:23 94:4

**California** 40:6

**call** 45:6 63:12

**called** 4:5 17:14 25:5 39:14 62:1

**calls** 51:25 53:15 58:8 61:14 79:1 83:7 95:10

**camping** 75:15

**canary** 85:8

**cancer** 80:22

**capable** 10:23

**capacities** 57:25

**capacity** 4:22

**captures** 46:13

**car** 62:16

**care** 25:10,20 77:14 80:11

**career** 37:23

**carefully** 15:21

**Carlin** 40:8

**Carolina** 40:5

**carries** 64:18

**carry** 15:1 27:19

**carrying** 65:23

**case** 4:17 15:15 23:2 25:7,16,18 26:6,11,13 27:21 36:1 42:2 45:7 47:9,11 49:5,10 54:25 55:17 65:22 73:12 79:22 80:1,8 82:1,10 88:4

**cases** 6:13 29:21 74:7

**catalog** 8:22

**catch** 80:23

**causal** 34:15 70:18

**causally** 73:6,13 74:3

**causation** 11:16 12:1 13:15 23:14,24 30:8 46:11 63:3 64:22, 24

**causative** 74:12

**caused** 11:21 12:13 42:18 79:25

**causing** 10:23 28:16 30:17 41:23 42:14

**cautious** 32:12

**caveats** 17:4

**CDC** 6:12

**ceased** 82:19

**cell** 27:24

**center** 13:25 25:4,9 27:11 34:22 35:1,2 39:18 67:8 96:5

**central** 85:15



Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

certainty 5:4,16 6:2,25 7:11,14, 18 8:19 9:1,8,20 11:6 12:11 18:13 22:20 28:15 33:3, 34:6 65:18 66:11 70:13 74:1 83:21 88:8 92:16

cervical 80:21

cesspits 52:6 91:14

cetera 69:11 97:10

chaired 14:14 40:8 99:11

challenge 16:3,5

challenges 13:14

chance 19:8

change 41:4

characteristics 21:9 24:4,5

characterization 45:2 99:16

characterize 61:20

characterized 31:19 90:17 91:11

charge 39:20

Charitable 38:23 39:6,14,23 95:19

Charlie 5:8

chat 10:7

check 48:13

chemical 83:1

cherry 54:13 68:24 69:7

Chesapeake 37:8

chicken 87:16

children 77:4 80:18

choose 56:23

choosing 56:13

chose 51:6

chronic 74:14,18,21,25 75:7,13, 20 76:5,7,8,10 77:8

chronically 17:1

circumstances 15:23 76:10 84:1

cite 28:8

cited 78:14

citing 15:14

citizen 4:15

Clean 84:3

clear 5:11 8:19 23:18 25:11 28:20 29:1 41:21 42:11 71:6

Clears 25:19

CLF 35:19 36:1,4,7,10,14 38:5

clinical 80:24

clinics 81:22

clogged 81:11

close 92:12

closures 16:6

cluster 71:10

clusters 74:7

co-authored 96:25 97:8

co-pi 39:20

coalitions 37:4

coast 47:19

coliform 78:18,24

collaboration 39:23

colleagues 15:1 61:21 72:11

colleagues' 28:11

collect 62:10

college 39:7,9,17

Colorado 40:6,13

commenced 4:15

comment 72:9

comments 98:3

commission 30:24 38:9,10 39:8, 22 40:4,8 41:10 47:14,18,19 48:7, 11 78:12 93:11 94:12,15 95:12 96:3,13 97:6 98:17

commissioners 39:24 40:2,18, 24

committee 14:14 99:11

common 24:5

communities 10:12 41:4

community 28:13 35:17 47:4

compares 61:6

compelling 10:18

complete 93:15

completed 99:5

complexity 28:1

component 75:19

compound 69:3 70:19

compounds 27:5 36:17

comprehensive 4:25 17:7 41:1

concentrated 52:5 91:25

concentration 30:23 31:7 71:11

concentrations 7:25 24:8 29:24 31:2 91:19

concept 11:15 59:2 79:15

concern 6:21 10:25 13:22 18:15 19:1 42:5 43:6 51:9 63:2,3 65:12 68:23 74:10 80:1,10,11 84:15 85:24 86:20 90:21 92:1

concerned 51:4 62:8 65:11 81:21

concerns 10:11 13:16 15:3 18:8 63:13 81:16

conclude 66:10

concluded 81:24

conclusion 21:13 30:3 64:23 80:4

conclusions 23:14 41:12 45:7, 13 46:10 66:5 72:20 79:22 94:1

condition 10:20

conditions 14:12 80:21

conduct 14:7

conducted 14:5 36:8 45:21 62:8

conducts 36:14

conduit 58:7

confidence 46:6

confinement 10:20 36:23

confines 54:20

confirm 17:7 93:17 94:13

confirming 69:2



DECLARATION OF CHARLES M. TEBBUTT - 401

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**confronting** 23:11

**connected** 74:9

**connection** 56:2 78:15

**connections** 35:4 70:18

**connectivity** 49:4,9 58:24

**consensus** 40:20,25

**Consent** 31:23 33:5,16,23

**considers** 89:13

**consistent** 15:4 19:21 88:25
  89:3,6,11 91:1

**constitute** 5:18,24 9:3 11:1,8
  88:7

**constituted** 63:19 83:20

**constitutes** 9:10 27:2 45:19
  46:12 85:4 86:22

**constraints** 30:2

**constructed** 57:19,22

**construction** 57:25

**consume** 75:9 76:3,12,16

**consumers** 23:10

**consuming** 34:19

**consumption** 73:7,13 74:3,18
  78:10 89:15 98:2

**contact** 76:22

**contained** 27:24

**contaminant** 24:12 27:21 87:12
  90:22

**contaminants** 26:9 27:19 28:7,
  18 42:17 58:7 87:9

**contaminated** 27:17 29:14 70:1,
  4,17 75:12,16 77:7 82:24 95:2,6

**contamination** 20:16 24:10
  27:1,14,16 28:24 29:22 32:18,23
  34:7 37:20 42:18 46:1,2 52:3
  53:19 58:2 62:12 66:14 67:4,11
  71:19

**context** 4:14,21 8:9 28:5,11
  34:12 47:9,13 75:7,20

**continues** 69:23

**contribute** 37:9 88:2

**contributed** 32:23 34:7 84:6

**contributions** 32:17

**convenience** 20:8

**conversation** 42:25 47:16

**convey** 29:20 95:6

**cooking** 81:14

**copy** 86:11 99:23

**corn** 54:10

**corral** 5:9

**correct** 11:9,10 12:9, 16:15,16
  28:18,19 30:14,20 31:12,16,20
  33:11 44:25 48:22 49:2 53:20
  58:12 60:13 63:20 66:8 92:18
  93:3,4 94:17

**counsel** 25:13,17 31:25

**countries** 15:23

**country** 16:8 87:12

**County** 11:8 52:16 74:2

**couple** 62:24

**court** 48:19

**courtroom** 63:3 65:18

**cover** 25:3,12

**covered** 75:5 76:2

**Cow** 4:13,15 10:10 11:22 12:14
  28:15 32:22 33:7,9,18 34:6,15
  42:3, 43:12 44:13 46:25 49:4,9
  58:24 59:6,9 66:11,25 67:9,20
  70:5,13 82:17 92:13

**cows** 87:14

**create** 7:8 64:11 84:9

**creates** 10:20 91:19

**credibility** 57:6

**credible** 15:4,8 16:1 17:5 18:19
  56:14

**critic** 46:5

**crop** 52:5

**cropping** 64:4

**crops** 21:15

**cross** 48:16

**crustations** 84:10

**Culpepper** 25:17

**cupping** 77:25

**curb** 42:17

**cure** 86:16

**current** 84:2

**customarily** 65:14 76:12

**CV** 97:2,16

---

**D**

**D.C.** 95:21

**dairies** 20:1, 21:2,15 23:20 30:25
  32:19 51:24 53:3,7,14 54:21,22
  63:14,15 69:1 71:2

**dairy** 4:13,16 12:14 30:2,13,17
  31:8 38:2,7,20 51:19 52:11,12
  54:9 56:2 67:20 71:10 90:6,13
  91:14

**damn** 75:16

**data** 11:23 17:3,7,13,22 32:18
  33:4 43:15 68:16 69:12,16 70:15

**dating** 79:9,10,15,20

**day** 75:10 76:17

**DC** 68:12

**dead** 41:19 84:9 85:14

**deal** 46:6 63:22

**dealt** 37:19

**dean** 39:8

**deaths** 6:13

**debate** 8:18 44:23 45:6,11 55:20,
  21 84:2

**decade** 7:22

**decided** 39:9

**Decisionmaking** 99:16

**decisions** 40:19

**dedicated** 79:6

**deemed** 18:25

**deep** 57:16


DECLARATION OF CHARLES M. TEBBUTT - 402

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**deeper** 92:4,20

**defects** 73:19,22 74:2,9

**defendant** 42:12 56:25

**defendant's** 41:21 42:12,19 43:5

**defendants'** 32:17 56:14

**defer** 21:6 43:7,9 49:13 56:8,11 64:21 92:24

**deferring** 42:2 63:21

**definition** 8:3 31:1 58:15 75:20

**definitive** 74:12

**degradation** 97:10

**degree** 5:3,15 6:2,25 7:14,18 9:1, 8,19 11:5 12:11 18:13 22:20 28:14 33:3 34:6 65:18 66:10 70:12 74:1 83:20 88:8 92:16 93:11

**degrees** 71:19

**delving** 24:14

**demand** 35:14

**demonstrated** 17:6

**denominator** 51:10

**department** 35:3 61:25

**depends** 76:13 77:1

**deposition** 4:14 24:25 83:11 93:21

**depth** 14:8 62:22

**derived** 16:7 23:25

**describe** 39:3 83:24 97:8

**describing** 97:3

**description** 15:4

**descriptive** 17:14

**detail** 88:13

**details** 24:13 64:6 69:11 96:12

**determine** 4:20 20:17,21 21:2 42:3 56:1 66:24 70:12 80:1 95:23

**determined** 73:1,6

**develop** 17:1

**developing** 6:20

**development** 37:4

**diagnoses** 72:25

**die** 84:8,11

**diet** 35:10

**difference** 76:17

**dig** 92:4

**direct** 11:2

**direction** 45:24

**directly** 37:16

**director** 39:22 40:1 96:3

**directs** 96:6

**discuss** 5:1

**discussed** 22:18

**discussing** 70:5

**discussion** 10:3 12:18 25:23 41:16 43:22 44:8 83:10 86:7,25 89:23 93:6 95:11 97:22

**discussions** 62:24

**disease** 10:24 27:15 40:14

**diseases** 27:5

**Disparities** 98:9

**disposal** 26:22 30:13

**dispose** 30:3

**disposed** 31:3

**disruptors** 8:17

**distant** 20:3 54:20

**distinction** 7:4 31:11 63:1 91:20

**distinctions** 10:8

**distinguishing** 29:12 65:13

**distributed** 54:16,17 69:7

**distribution** 20:10 69:19

**ditches** 55:9

**diverse** 40:16

**doctor** 33:24 41:25 44:11 65:8 66:18 68:2 71:7 73:5,11 83:14,18 86:10,11 87:3 90:1 91:8 93:10 94:22 97:7 98:6

**document** 17:17 65:22 86:18

93:25

**doors** 96:10

**dose** 10:19

**dots** 43:9

**double-check** 48:15

**downgradient** 23:21 31:19 45:23 46:3 54:19 55:1,3,7,15,18 60:5,7 68:18,20 70:5 90:17,18 91:11 92:10

**downstream** 20:2

**dozen** 40:3 49:19

**dozens** 53:5

**drafting** 41:6,9

**drain** 53:22

**drainage** 57:14

**drains** 55:8

**draw** 58:17 70:18

**drawing** 29:9 30:3 43:1 58:13,20

**dried** 28:1 52:7 54:11

**drill** 8:22

**drilled** 67:19

**drink** 77:3 78:1

**drinking** 5:17 20:18 27:19 28:6, 25 29:9 34:10 48:9 75:11,15 76:20 77:1,19 95:1

**Drug** 99:17

**drugs** 8:11

**duck** 30:22,23

**dug** 92:20

**duly** 4:6

**dust** 27:13,23

**duties** 65:24

**dynamic** 19:14

**dynamics** 12:3 46:21 55:9 58:6, 12

**E**

**E-coli** 78:19


DECLARATION OF CHARLES M. TEBBUTT - 403

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                                Robert Lawrence, M.D. 10/23/2014

earlier 52:2 83:18 91:23

early 80:23 94:19

east 67:19

Eastern 37:4 87:13

easy 16:20

ecosystem 84:14 89:2

editing 41:8

editorial 72:13

editors 93:13 95:5

educate 80:18

effects 36:21 38:18 71:19 73:1,5 97:9

effort 15:13,17

Eighty 6:9

EIS 74:5

Electrodialysis 81:20

elements 66:3 90:5

elevated 20:24 30:18 48:8 51:18, 23 53:13 60:22 66:12 67:1,23 68:11 69:19 73:14 74:3,19 76:3, 23 77:16 80:13 94:24

eliminate 82:12,16

emergence 10:21

emerges 80:18

emptied 82:18

encountered 79:15

encourage 35:17

end 31:2 32:15,16 41:11 94:15 97:1

endangerment 41:24 42:14

endocrine 8:17

endorse 82:6

endotoxin 27:25

engaged 14:19

entered 33:22

enterprises 21:16

entry 86:17 97:19

environment 5:20 6:1 7:20 9:5,

12,13,21 35:9 37:15 39:5,14 41:3 42:15 64:5 83:22 85:5 86:23 88:9, 20 91:25 92:17

environmental 35:3 37:20 72:10 74:8,25 89:8 90:23 91:20 97:14, 15 98:10

EPA 11:20,24 12:12 14:5,9,19,23 15:13,24 16:1,3,8,14,19,25 18:1 19:6 22:9 23:20 24:2 31:6,18,22 32:18 33:21 34:2 35:22 42:2 43:7, 14 44:24 45:8,12,19 46:8,10 49:17 50:16 51:6 52:9 55:6,21,25 56:11,24 57:2 59:11,23 60:2,7,12, 18,25 61:6 62:8 64:6,17,22 65:10, 21 66:3 68:19 70:25 72:9 75:5 76:2,4 79:6,21 83:19 85:23,25 86:12 87:4 88:15 89:13 90:2

EPA'S 33:16

epidemic 61:23 74:6

epidemiology 17:15

episodic 62:12 75:13

essence 90:23

establish 14:15

established 14:6,21 32:18 35:4 74:12

establishes 32:22 33:5

establishing 16:4

estimated 67:7

estimating 49:25

estuaries 84:7

et al 37:19

European 17:22

eutrophication 37:7

evidence 10:18 15:10

exact 18:21 86:1

examination 4:5,8

examine 56:15

examined 4:6

examples 18:19 77:21 78:9

exceed 14:11 52:4 69:21

exceedance 62:10

exceedances 51:2 62:8 70:22

exceeded 52:24

exceeds 91:13

exception 91:10

excess 7:24 29:23 30:3,5 36:21 37:6,20 38:19 51:5 52:10 53:6 70:2 84:4,15 95:7

Exchange 81:20

exclude 51:13

exclusively 25:21

excuse 6:2 94:24

executive 39:22 40:1 96:2

exercise 64:17 76:18

exhibit 24:25 83:11, 93:16,19,21

exist 7:1

existing 88:17

exit 15:6

expansive 42:22

experience 14:8 57:1 79:13

expert 4:17,22 13:1 23:2 24:15 26:19 30:9,16 33:2 34:3,5 36:3 40:14 41:2 44:11 48:24 59:23 64:14,15 65:13,16,17,24 69:22 70:11 80:8 81:17

expertise 22:24 34:4 50:7 64:15, 16 92:5

experts 12:7 32:20 42:3 43:8 44:24 45:6 49:13 55:20 64:22 67:2

explore 35:4 59:3 62:22 64:19

explored 19:1

exposed 8:2 24:12 28:6,22 77:6

exposure 17:17 20:24 27:4 61:21 74:15,25 75:2,13 76:7,8,10 77:8 78:5

exposures 74:8,22

extent 24:1 53:9 56:5 59:13 60:14 67:24 78:25 88:10 95:9

exterior 27:23

extra 8:5



Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**extrapolated** 16:7

---

**F**

**F5** 87:8,25

**facilities** 79:14

**facing** 10:13

**fact** 13:23 27:11 30:17 39:16 45:12 51:21 53:12 55:1,18 56:1 66:23 69:20 73:21 87:11 88:6 91:21 93:18 94:14 95:23

**factor** 81:8

**factors** 76:14,19

**facts** 21:19

**fair** 24:16 71:4 80:10

**fairly** 5:7 41:2

**familiar** 14:3,12 38:3 72:10 78:6

**familiarity** 15:12 39:19

**families** 34:11 77:18

**farm** 59:5 79:14 93:11

**farming** 21:16

**fascinated** 16:17

**FDA** 14:15,23 46:8 98:20

**February** 33:25

**fecal** 78:18,24

**federal** 14:24 35:21 46:5 63:3

**feed** 87:15

**feeding** 78:16 91:25

**feedlot** 30:25

**feel** 40:24

**feeling** 24:8

**feels** 98:12

**feet** 58:16

**fellow** 37:22

**felt** 13:23 78:2

**fertilizer** 30:6 85:7

**fertilizers** 29:23 52:4 64:3 84:5

**fewer** 17:13

**field** 46:8 53:23 70:12

**fields** 52:6 57:14 67:9 71:12 87:18 92:3

**Fifty** 58:16

**figure** 35:17 71:10

**figures** 15:24,25

**fill** 81:13,15

**filter** 81:11

**filtering** 34:16

**final** 38:1 40:20 52:15 99:17

**find** 19:6 31:5 36:11,25 62:11 64:23 86:4 87:5,7,22 88:16 91:6 97:5 99:12

**finder** 66:23

**finding** 56:13

**findings** 33:17 93:25

**fine** 22:24

**finish** 16:18,20 38:17

**fish** 84:10

**flies** 30:22

**flow** 24:4 81:11

**flowing** 81:5

**flows** 12:2

**flurry** 13:1

**focus** 16:18 24:12 28:2 69:22

**focused** 26:2,24 68:19 92:21

**focuses** 50:23

**fodder** 54:10

**folks** 75:3 76:21

**follow** 17:16 58:10 60:16 96:20

**food** 6:7,10 25:4,9 35:6,8,13 40:7 78:17 96:6 98:8,23 99:17

**footnotes** 71:23

**forgive** 77:10

**form** 42:21 54:11

**formal** 50:7

**found** 11:7 27:22 31:17,22,23 32:3 46:11 71:1 75:6

**foundations** 35:21

**frame** 45:22 75:24

**Framework** 99:16

**front** 86:19 94:22

**Fry** 37:3

**full** 36:13

**funded** 35:19,20 36:8

**funding** 35:24

**funds** 36:14

**Future** 34:22 35:1 39:19 96:6

---

**G**

**gathered** 40:6

**gave** 54:14 77:21

**gender** 51:1

**general** 10:24 20:7 31:8 46:4 55:22 64:1 74:9 75:5 81:16 87:9, 25 91:24

**generally** 74:25 89:16

**generated** 32:19

**genes** 10:21,22

**geographic** 75:1,5 76:2 88:21

**geographically** 19:25

**geologist** 12:6 44:12

**giving** 64:13

**glass** 77:3

**global** 10:12

**good** 4:10,11 19:4 39:11 46:6 76:8 81:25 99:18

**governor** 40:9

**grade** 15:17

**grant** 35:21 39:17

**grants** 35:22

**grass** 54:10

**gray** 37:8

**great** 42:5

**greater** 46:2 62:22 88:13



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

grocery 35:18

ground 32:13

groundwater 6:4,15 7:24 11:1,7, 25 20:10,12 23:21 26:7 27:18 28:3,6,24 29:2,7,10 32:6,17 34:7, 9,16 42:18 48:20 55:1 82:14,21, 24 83:2 84:17,18,19 86:22 88:2,6, 17 91:21 92:4,7,15

group 40:17

groups 4:15

grow 21:15 64:4

grown 54:10

guess 7:6 8:3 16:25 21:10 46:4 49:20,23,24 56:7 75:21 99:7

guidelines 17:2

Gulf 84:7 87:21

gun 48:1

### H

habit 77:25

half 20:4 49:18

halfway 96:23

hallway 96:9

hand 35:9,10 77:23

handed 86:10,11

handful 59:19 61:7

handing 93:18

hands 77:15

happen 43:19 75:14,15

happy 59:21

hard 56:10 68:16 83:2

harm 82:4,5,13

harmful 97:8

Harms 97:14

Harrah 70:7

Harvard 40:15

hat 36:4 66:20 74:6

hazard 14:11 23:12

hazardous 24:6

health 5:19,25 6:5,11,21 7:3,5,19 9:4,11,14,21 10:14 11:2,9 14:1,10 17:19,20 18:8,15 19:3 21:17, 22:21 23:2,6,12 24:9,11 26:10,16 27:2,3 28:4,9,12,17,22 30:9 34:5, 17,19 35:3,11 37:16,22 40:15 41:3 42:15,16 43:7,16,20 45:15 61:25 63:2,19 64:5 65:13,15,24, 25 69:22,24 70:22 71:18 72:10 73:1 76:25 77:14 80:9,11 81:4,8 82:5 84:14 89:9 96:7 97:14 98:1, 2,4,9

hear 73:10

hearing 39:9

Helen 47:8 54:12

helped 90:2

helpful 10:7

herds 30:2

high 18:20 31:2,6 32:5 60:9,12 63:18 73:7 87:16

higher 68:20 70:3,6 73:22

highest 60:13 61:3,12 78:23

highly 20:19,21

hire 39:21

hired 41:10

history 15:11 50:10

HIV 61:23,25

holes 20:9

homes 27:23 80:12

honestly 92:20

Hopkins 39:15

hormones 8:15,16,19 9:2 27:5

Horrigan 97:11

horse 41:19

hose 77:3

housed 35:2

household 33:20 75:11,12 77:9

households 27:14 82:9

human 10:23 11:2 42:15 50:25 64:5 81:8,12 89:9,15 97:14 98:4

humans 6:12

humidity 76:19

hundreds 51:21

Hunger 98:9

hydraulic 46:21 49:3,8 55:9

hydrological 29:3 56:1 58:23 66:5

hydrologist 21:6 43:14 44:12 46:16 56:21,24,25 57:2 59:23 62:6

hydrologists 48:19 55:4 56:8, 11,23

hydrology 29:8 63:22 69:10

hypothetical 21:19 50:5,20 54:1 69:18 70:20

### I

idea 39:11 79:17 82:19

identification 25:1 83:12 93:22

identified 9:2 19:24

identify 36:11 39:24 86:19 88:14 97:2,7 98:5

identifying 98:22

IFAP 78:16

IFAPS 94:4

immediately 42:16

imminent 5:19,25 7:2,19 8:4 9:3, 11,20 11:8 18:15 19:2 22:21 28:16 41:23 42:14 76:24 77:18 82:12 84:21 85:5 86:23 88:9,19 92:17

impact 35:7 37:15 38:2,6,20 41:4 79:21 80:25 98:4

impacted 35:8

impacts 27:4

implemented 42:16

Implications 98:1

importance 7:23

important 18:18 42:7 49:22



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                                    Robert Lawrence, M.D. 10/23/2014

impossible 51:18

impressive 19:14

improper 21:18

incapable 51:14

incident 88:16

inclined 5:1

include 8:10 27:3

included 41:14 52:22 72:24

includes 35:12 45:13

inclusive 8:14

incomplete 50:4,19 53:25 69:17
70:20

increasing 61:23

independent 56:20

indicator 85:6

individual 29:16

industrial 6:7,10 38:2,7,20 39:10
40:7 78:16 79:13 83:1 93:11
97:14

industrialization 35:8 97:9

industrialized 35:7

industry 37:5 87:13

inebriated 62:15

infection 7:8

infections 6:12

infectious 40:14

inferences 50:12

influence 35:11

Influents 90:7

information 18:22 37:25 40:7
50:12 62:11 64:8 93:2 94:14

ingestion 73:2 76:20 77:19 89:9

initially 39:6,20

inject 33:12

injurious 24:11

inorganic 79:4 90:5

inquire 12:8

inquiry 96:17

inside 27:22

insights 23:23

installation 80:12

installed 81:15 82:8

instances 78:17

Intelligence 74:6

intend 4:21

intended 79:18 99:1

interest 13:22

interests 39:10

interferes 84:14

intermediary 82:6

international 17:21

internationally 17:23

interpret 46:14 68:17

interpretation 45:25

interrelationships 35:5

interrupt 16:11

interviewed 47:14

introducing 92:14

investigator 38:25 39:1 93:13

invite 5:8,10 16:17

involved 7:22 14:24 36:1 39:4
40:10 41:8 81:9

involves 26:22

Ion 81:20

Ions 90:5

Iowa 39:7,10

issue 6:19 13:11,21 15:2 43:7
52:8 54:7 62:20 65:9

issued 40:21

issues 4:25 14:3 35:13 39:19
40:14 41:2 63:22 78:18 81:6

J

James 13:8 44:16

Jessica 25:17

Jillian 37:3

Joanne 72:3

job 16:1

John 40:8

Johns 39:15

join 45:11

journal 72:12 98:2,9

judge 15:13 33:25 48:24 64:15,
16 66:20,23

judgment 33:16,21 43:11 55:5
63:17 70:24 92:19

Justice 25:5,6,10,15,18

K

Kansas 40:9

Kellig 97:25

keys 62:16

kind 15:16 18:21 63:25 98:16

kitchen 77:4

knew 61:8,12

knowing 24:3 51:6 69:10

knowledge 25:6

L

labeled 91:14

lagoon 91:15,17

lagoons 49:4,9 56:2 58:25 71:11
82:18 90:6

laid 40:2

land 17:5 39:17 54:9,21

large 10:14 13:10,14 30:23,25
31:7 39:10 71:2 78:15

largely 17:14

larger 6:5 7:7

late 18:2

latrines 52:5



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

law 17:5

lawrence 4:4, 5:10,14 10:6 24:25
83:11 93:21 97:11,25 98:8

lawsuit 4:14

lawyer 63:12

lay 29:8

lays 15:3

leaches 27:18

leading 37:7

leaky 52:5

learn 22:1

leave 48:16

leaving 12:7

legitimate 62:2

letter 98:19 99:12

level 10:10,12 12:8 17:17 24:10
33:20 34:19 36:1 51:18 65:12
68:3 70:2 75:6 76:11,23 84:19
85:1 88:18 91:1 92:6

levels 10:25 11:6,24 14:6,10
18:24 27:13 30:18 31:6 42:4 48:8
51:23 53:13 60:4,23 63:18 67:23
69:21 73:8,14 76:3,18 80:13
82:11 86:1 88:7,24,25 89:1,11
90:24 91:2,8 92:15,23, 94:24
95:12

light's 62:18

limitations 16:1

limited 77:19

Limpopo 81:23

lines 30:21 36:16 43:1

liquid 54:11

list 48:16

listed 52:19

listening 67:1

liter 76:17 82:2 90:12,14

literature 37:9,10

liters 76:17

live 20:18 76:21

Liveable 34:22 35:1 39:18 96:5

liver 87:16

living 34:11

load 91:22

loading 28:23 29:19 31:10 33:9
34:15 37:6 51:5 52:14

local 58:1,3

locate 90:2

located 53:3 54:8 56:3 57:13
95:20

location 75:1

long 12:6 80:1 82:23 93:24

long-term 80:25

looked 20:10 63:24 97:1

loop 92:12

lose 62:17 71:6

lost 62:16,17

lot 11:12 12:5 19:15 41:8 68:14
70:11 73:10 76:14,19 97:22

lots 27:16

low 10:19 18:21 92:22,24

lower 5:17,24 7:1,20 9:2,9,19
18:24 19:7 28:21 52:13 60:4
61:12 68:18 75:4 85:12 86:13,22

**M**

M.D. 72:4

made 30:24 33:21

major 40:22 52:13 77:7 90:5
98:16

majority 54:21

make 18:12 22:25 30:7 31:24
35:18 53:1 55:16 60:17 83:15
93:18 96:17

makes 14:24 43:11 56:21 62:6

making 7:5 31:8 57:5 91:20
93:16

male 51:1

Mall 13:13

management 41:22 42:13 43:5,
13 66:11 91:17

manner 48:20 76:21

manure 7:25 28:1,23 29:18,24
30:3,13 33:9 34:15 41:22 42:12
43:5,13 47:25 52:5,6,7 54:4,10,
71:11

map 67:6,8 69:6 71:7,9

March 86:14

Marion 40:16

marked 25:1 83:12 93:22

Martin 96:2

Maryland 37:5,22

material 24:6

materials 14:14 22:2 78:14
95:24

math 22:14

matter 25:14 33:6 54:25 55:19,21
76:4

Maul 13:8 44:16

Mckenzie 97:25 98:8

MCL 14:6,11,21 16:15 17:12
18:20 22:12,15 23:11,22 34:9
51:3 52:24 62:9 69:21 70:22 89:4,
7 95:12

MCLS 16:4 18:7,14

meaning 29:3 42:12 62:25 75:8

means 22:14 55:15 79:17 81:3

meant 29:20 95:6

measurable 83:5

measure 81:2

measurements 72:22

measures 82:2

measuring 80:22

meat 98:1,4

medical 14:11 18:13 28:14 45:18
67:2 70:11 72:25 73:5 74:1 88:8

medicine 7:23 80:14,24

meet 47:21 66:7


DECLARATION OF CHARLES M. TEBBUTT - 408

Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

meeting 47:18

meetings 40:3

Melvin 44:15

members 14:2 27:12 47:3

men 51:13 61:24

met 23:2 47:19

metabolize 87:15

method 80:3

methodology 62:2

methods 43:10

Mexico 84:7 87:21

midwest 64:4 87:20

mile 20:3

milligrams 82:2 90:12,14

million 6:13 57:11 68:4 69:16
89:19 90:25 91:13 95:7

mind 59:24 89:20

mine 85:8

minimize 80:25

minimum 23:5

Minnesota 40:6

Minor 90:5

minute 10:1 86:3

minutes 10:6 87:3

mischaracterization 69:8

mischaracterizes 24:2 53:10
56:6 59:14 60:15 67:25 69:4
88:11

missing 27:8

Mississippi 87:20

Misstates 26:19

mitigating 82:15

model 14:15 35:7 98:23

modeling 66:4 68:24

molecule 79:4

Monahan 4:9,12 5:8 10:2,4,5
11:12 12:17,19 16:16 24:17,20,21
25:2,13,19, 31:24 32:2,7,11,14

33:1 41:17 43:21,23,24 44:1,7,9,
10 65:2,5,7 83:13,17 86:6,8,9,24
87:1,2 89:24,25 93:5,9,23 99:19

money 35:22

months 39:24 75:25 76:5

morning 4:10,11 91:10

mountains 75:15

mouth 78:4

move 41:18 48:20,25

movement 55:1,22 63:23 79:2

Moxee 70:6

MSMS 61:24

multiparameter 61:1

multiphase 99:2

multiple 73:10 74:22 77:6

mutation 10:22

## N

naive 77:11

narrative 94:12

narrow 10:8 36:9

national 6:16,19 99:7

nature 81:12 92:23

nearby 30:13 54:3

necessarily 5:9 52:11

Neff 98:7

Nestle 40:16

neural 73:18,22 74:2,9

news 81:25 82:1

nice 21:22

nitrate 14:21 16:4,8 23:5 28:2,23
29:21 30:4,11,18 31:6,9 32:23
33:12 34:2,9,13,14,16,18 42:4
48:8 51:2,18,23 52:2,16,23 53:6
60:4,22 63:18 69:19 70:2 71:19
73:2,7,14 78:7,23 79:25 81:5,19
82:3 86:12 88:24 89:1 91:2,6

nitrates 5:16 11:18,24 12:12
15:14 16:19 19:6 20:22,25 21:3

23:23,25 27:4 29:14 31:15,17
32:6 33:7 43:6 45:14 46:11 48:25
53:13 57:12 60:9,12 61:3 66:12
67:1,23 68:11 70:14 74:4,19 75:6
76:3,23 77:16,23 79:4 80:2,10,13
82:11,13,21,25 89:11 94:24 95:2,
8

nitrogen 36:17,21 37:6,20 38:19
51:5 52:10,13 54:4 64:3 71:10
81:19 87:10 88:22 89:17

nonetheless 16:10

nonhydrologist 67:5

nonpoint 29:22

north 40:5 67:19

northeast 55:23

number 17:3 18:10 22:5,6 52:22
55:9 61:23 62:5 69:20 71:18,22
74:15 86:4 93:21

numbers 23:13

nutrients 36:21 38:19 87:10

Nutrition 98:2,10

nutritionist 40:15

NYU 40:16

## O

objection 21:18 23:8,16 24:1
26:18 29:4 32:24 45:1 50:4,19
51:25 53:9,15,25 55:11 56:5 58:8
59:13 60:14 61:10,14 66:16 67:24
68:5 69:3,17 70:19 78:25 83:7
88:10 95:9

objective 57:2,6

observation 91:24

observed 9:18 47:24 74:2

obtained 11:23

obtaining 50:21

occupational 75:2

occupied 54:9

occurred 33:17 62:10

occurring 85:11

odd 49:18



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**offer** 4:21 5:3,22 7:16 8:25 9:7,17 11:5 22:19 26:14 28:13 30:16 42:1 46:9 49:6 54:23 57:7 88:5

**offered** 5:12 42:23 44:12

**offering** 5:15 6:24 12:10 18:12 31:14 32:21 33:2 34:4 45:10,11 55:16 56:20 64:11 65:17 66:6 76:9

**office** 25:12

**officer** 39:13

**one-tenth** 90:25 91:13

**ongoing** 8:17

**oozing** 47:25

**open** 52:6 91:14

**operate** 30:2 34:25 69:14

**operating** 11:18 50:13

**operation** 28:2 67:9

**operations** 11:22 20:15 21:3 28:15 30:1,13,14,17,25 31:1,8 36:23 42:4 52:12 54:3,15 56:2 59:5 66:12 92:1,13

**opined** 43:14

**opinion** 5:15,23 6:24 9:1,8,17 11:5 12:10 18:12 22:19 28:14 30:8,12,17 31:8,14 32:21 33:2 34:12 41:2,20 42:1,11,23 43:2,10, 12 45:10,12 49:6 54:24 56:16,21 59:23 63:17 64:11,12,19 65:9 66:6 69:16 70:21 72:7 73:25 76:9, 24 77:19 83:20,25 84:20 85:3,18 86:5,21 88:5,14 92:15 93:3

**opinions** 4:20 5:2,10 8:22 26:2, 3,14,25 27:3 68:10

**opportunity** 7:16 88:12

**opposed** 74:11 75:13 77:3

**optimal** 17:3

**oral** 78:10

**orchard** 54:14

**orchardist** 54:13

**orchards** 54:13

**order** 31:23 33:5,16,22 43:19 55:25 70:12 88:19

**ordering** 99:25

**organic** 36:16 83:1

**organisms** 35:16

**organization** 17:19,20 25:5 34:25

**organize** 39:7

**organizing** 82:7

**original** 34:2

**originally** 19:19

**osmosis** 33:19 80:5,12 81:1,7,20

**outlier** 68:16

**outset** 90:19

**overapplication** 64:2,3 84:4,13 85:7

**oversample** 62:4

**oversampling** 62:1

**oversee** 39:8

**overseeing** 62:7

**owned** 54:9,21

**oxygen** 84:8

**oxygen-dependent** 84:10

---

## P

**p.m.** 93:8

**Palace** 4:13,16 10:11 11:22 12:14 26:15 28:16 32:22 33:7,10, 18 34:6,15 43:12 44:13 46:25 49:4,9 58:24 59:6,9 66:11,25 67:9,20 70:5,14 82:17

**Palace's** 42:3 92:13

**Palmer** 98:7

**panacea** 82:4

**Pap** 80:21

**paper** 37:18,24 38:13 72:21 97:11 98:8

**papers** 37:10 97:1,2,7,23 98:5

**paragraph** 25:25 27:3 28:20 29:18 32:15,16 36:7 41:18 42:10, 20 71:5,16, 73:17 96:21 97:3

**parse** 65:19

**part** 6:5 7:7 11:21 13:10,14 28:9 38:1,8 42:7 51:3 52:13 69:15 79:11 83:15 84:2 87:12 89:19 90:25 91:13

**participate** 99:10

**participated** 27:12

**participation** 36:2

**parties** 33:22

**partly** 87:13

**parts** 24:7 57:11 68:4 95:7

**pass** 78:8

**past** 35:25 65:11 74:7

**pathogens** 27:5 28:17

**pathway** 27:17 34:15

**pathways** 26:3 27:7,9,17,20 79:2

**patience** 99:20

**Paul** 13:6

**pause** 25:9

**pear** 54:14

**peer-reviewed** 37:10 72:14,16 81:18

**pending** 44:3

**pens** 82:19

**people** 8:2 13:24 19:3 20:18,22 24:11 28:5 34:19 35:12,14,17 40:10,12 41:2 46:7 75:1 76:16 77:2,6 78:3 80:20

**percent** 6:9

**perfect** 10:20 34:21

**perfectly** 62:2

**performed** 72:19 94:21

**period** 17:16 76:12

**periodically** 21:24

**person** 14:10 24:9 29:8 34:14 62:15 76:1 77:25 81:4,8,13

**persons** 95:13,24

**perspective** 7:6 21:17,21 23:6, 22 28:4 43:7,16 45:15 55:2 81:7 82:12 92:4



DECLARATION OF CHARLES M. TEBBUTT - 410

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                                    Robert Lawrence, M.D. 10/23/2014

Perspectives 72:10

persuasive 56:22

pertain 97:10

Pew 30:24 38:8,10,23 39:5,14,23 47:14 48:7,11 78:12 93:11, 95:18 96:3 97:6 98:17

Ph.d. 37:3

pharmaceutical 13:11

pharmaceuticals 5:23 6:4 7:1 8:9,10 9:18 10:11,15 11:7 13:16

Phase 90:4 98:19 99:1,6,8,10

phases 99:4

philosophy 40:12

phosphate 84:4,20,22 85:3,8,21 86:1,20

phosphates 84:5,13,15,16 85:19

phosphorus 9:9 36:22 37:6 86:19,21 87:6,10,12,16,17 88:2,6, 16,17,18,23,25 89:4,7,16 90:3,10, 20,22 91:12,16,19,22 92:2,9,14

phrase 7:12 37:14

phrased 8:8 41:20

physician 70:10 72:4 73:1,6

pick 68:24

picking 69:8

picture 28:9 43:11

piles 71:11

pilot 52:17

pit 53:18

place 60:20 81:15 95:22

places 6:20 62:10 70:9

plaintiff 56:25

plaintiffs' 32:20 34:3

Plant 90:6

plants 84:11

plausible 45:25

play 23:13

playing 77:4

plays 86:5

pleasure 11:14

Pleus 13:6,20 14:3,18

Pleus' 15:3

plot 20:9

point 85:23 88:13 89:16

points 17:3,13 45:24 69:12,16

policeman 62:16

policy 40:10 72:14 96:6,25 97:2, 7,22,24 98:5

political 14:23 40:11

pollutants 83:1

pollution 85:10

pools 77:5

population 10:24 17:16 50:25 51:1 73:4 80:22

pose 23:1 76:23 77:17 92:16

posed 82:13

posing 34:17

position 48:18,23 49:6 54:23

positive 52:22,23 53:2

pot 81:14

potato 77:15 78:7

potential 8:16 18:7 26:3,16 27:7, 9 51:2 78:5 86:13 88:1

poultry 31:1 37:5 87:13,14

practical 81:25

practices 41:22 42:13,19 43:5 64:1 89:18

precise 94:25

precisely 4:20 50:1 98:11

predisposition 63:11

predominant 75:10

predominantly 35:20 75:10

pregnancy 50:24 51:13

pregnant 51:15

premise 11:18

prepared 5:2,22 7:10,13 8:25 9:7,16 11:5 12:4 19:2 22:19 25:4, 12 26:14 28:13 30:16 42:24 70:23 92:12

preparing 92:21

presence 6:3,14 7:6 32:5 80:9 82:13,20 83:19 90:3,20 91:12,21

present 6:17 7:2 9:20 30:4 78:24 84:23

presented 11:23 28:12 95:24

presents 7:18 22:21

Press 99:7

pressure 80:22

presumption 63:12

presumptive 46:2

presymptomatic 80:21

pretty 20:11

prevalence 50:24 69:25 70:3,16

prevent 85:9

prevention 80:15,20 81:2,3 82:7

preventive 80:14

previous 15:8

primarily 25:9 26:24 27:6

primary 41:9 80:15,17 81:3 82:7

principal 14:2

principle 38:25 39:1

prior 48:6,12 69:4

private 21:23 22:2 35:21

privy 53:18

probable 98:15

problem 6:5,12,16 7:7 29:21 34:13 43:12,18 61:22 62:3,21 64:4 71:1 80:17 84:12 85:6 87:19, 20

problems 6:6 10:14 28:8 37:19 92:24

proceed 39:12

process 14:23 46:5 79:20 82:23

processes 43:13



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**produced** 36:22

**production** 6:8,11 35:6 38:2,7,
20 40:7 78:17 79:14 81:5 93:12
98:1,4

**products** 89:17 98:24

**professional** 34:5 43:16

**professionalism** 46:7

**professor** 37:21 40:12

**program** 21:22 39:5,13,14 52:17
62:1 96:7

**project** 38:24 39:1,4 41:11 62:7
99:2

**projects** 36:10,12

**proper** 13:23 14:20 21:4

**property** 53:18

**protect** 42:15 58:1 83:2

**protection** 91:24

**provide** 40:25 58:6

**provided** 12:22 13:4,5 43:15
94:14 95:13

**Province** 81:23

**proving** 63:3

**public** 5:19,25 6:5,11,21 7:3,5,19
9:4,11,13 14:1,10 16:6 18:15
21:17,21 23:1,6 24:9 25:5,6,10,
15,18 28:4,17 30:9 34:4 35:11
37:16,22 40:15 41:3 42:16 43:6,
16,20 45:15 52:16 63:1,2,19
65:13,15,22,24,25 69:22,24 70:22
80:9 81:4,8 82:5 96:6 97:25 98:2,
9

**publication** 38:6

**publications** 72:15

**published** 37:24 38:14 72:11
99:6

**pumpage** 55:8

**purchases** 35:18

**purpose** 11:4 20:17 21:10,12
79:18

**purposes** 14:18 26:13 60:1
64:21 65:15,17 72:20

**purview** 23:15

**pushing** 56:10

**put** 75:24

**putting** 66:20 74:5

**Q**

**quacks** 30:22

**qualified** 23:1 57:7,9

**quality** 21:24 35:9 38:3,7,21
81:22

**question** 8:8 10:9 16:14 18:19
20:1 21:10 32:7 33:23 38:17 44:2,
45:3 54:15 55:13,14 60:16 66:18
77:10 83:4

**questions** 12:5 13:13 17:8 23:1
26:23 43:25 99:20

**quickly** 99:12

**quiz** 98:12

**quote** 47:15,23,24 97:1

**R**

**raise** 17:8

**raised** 10:20 14:3 36:22

**raises** 74:9

**raising** 18:8,19

**random** 21:13 50:22 51:12 59:3
61:17 63:6,7,14 69:9

**randomized** 20:9

**range** 4:25 36:8 40:9 74:24 90:16

**rank** 98:23

**ranking** 14:15

**rate** 51:13

**RCRA** 26:21

**reach** 40:19 50:11 58:7

**reached** 45:7 72:20 79:22

**reaching** 42:17

**read** 4:24 11:16 13:22 14:13
15:20 19:9,15 42:10 44:11,15,16,
21 52:15,20 67:15 73:10 78:12,13

79:11 98:19 99:14

**reading** 22:1 59:23 97:16

**readings** 78:23

**ready** 65:5

**real** 61:22

**reality** 69:13

**realm** 7:11

**reason** 71:3 89:7

**reasonable** 5:3,15 6:1,24 7:13,
18 9:1,8,19 11:5 12:11 18:13
20:14 21:12 22:7,20 28:14 33:3,
34:6 45:12,13,18 48:14 52:9
65:17 66:10 70:13 74:1 83:20
88:8 92:16

**reasons** 51:4

**rebuttal** 13:5,7,10

**recall** 17:25 47:17,23 48:4 49:18,
25 53:11 61:7 72:21 74:16 98:11

**receive** 15:17

**recent** 18:2 72:12

**recess** 24:18,19 65:3,4 93:7,8

**recognize** 6:16 44:18 78:14

**recognized** 55:25

**recognizing** 15:7 81:8

**recollection** 60:2 68:7

**recommend** 81:4

**recommendations** 40:22 41:12
94:3 97:24

**record** 5:12 10:1,3,4,7 11:4
12:17,18 24:17,20 25:14,22,23
31:21 41:15,16 43:21,22,23 44:5,
6,8,9 53:10 59:14 60:15 62:24,25
65:2 67:25 71:6 83:10,15 86:6,7,
8,24,25 87:1 89:22,23,24 93:5,6,
15

**recorded** 96:14

**recordings** 95:16,24

**records** 56:6

**recruit** 39:21

**Reddout** 47:8 54:12 94:9,13,15,
21 95:14,25



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                          Robert Lawrence, M.D. 10/23/2014

**Reddout's** 95:1

**redefining** 84:2

**reduce** 81:9 82:11

**reduction** 82:4,6 83:5

**refer** 27:11

**reference** 71:22 73:17 87:8,24, 25 98:10

**referenced** 17:10 74:14

**references** 38:1 73:11 87:5 94:20

**referring** 71:7

**reflecting** 87:11

**reframe** 91:23

**refuge** 16:23

**refuted** 15:9

**regard** 15:2 16:4 37:5 69:7

**region** 20:23

**regulation** 18:1

**regulatory** 14:24 46:5

**relate** 38:18

**related** 11:21 25:8 30:12 37:11, 15,19 73:2,7,13 74:3 76:18 84:12 87:14

**relating** 78:18

**relation** 53:14 57:13 86:12

**relationship** 27:13 33:17 71:2 74:12

**released** 94:18

**relevant** 67:3

**reliability** 63:8 65:10 72:7

**reliable** 21:13 44:25 45:8,19 46:12 56:14 64:23

**relied** 59:11

**rely** 23:10 65:14,16,23 70:24 82:5

**relying** 15:7,14 55:4

**remediate** 42:18

**remediation** 33:19

**remember** 47:15 53:5 78:16 86:1

**remind** 63:16

**Removal** 81:19

**render** 63:17 70:21,23 72:7 93:2

**rendering** 73:25

**repeat** 26:20 45:3 50:6

**repeated** 62:13 74:22 82:2

**rephrase** 11:3 46:19

**report** 4:24 11:17,20,21 12:20,21 13:7,20 14:19 15:13,21 16:14,19 17:5,9,24 19:6,8,11,18 21:20 22:9 24:2,22 25:3,15 26:1,19 27:10 31:5 34:2 38:6,9,10 40:20 41:7 42:2,21 44:15,24 45:12,19 46:10, 14 47:16 48:7 52:15,19 53:1 59:11,20,24 60:2,7,18 63:8 64:17, 21 65:10,21,22 66:4 67:15 68:1, 19 71:13,14,16,23 72:6,16 73:18 74:15 75:5 76:2,4 78:13 79:6,21 80:4 81:17 85:25 86:12,15 87:4, 22 88:15 90:2 91:3 92:22 93:12, 94:18,20,21 95:5 96:18,21 97:6 98:17,19 99:6,8,13,17

**reported** 70:25 76:4

**REPORTER** 99:23

**reports** 6:13 11:20 13:1,4,6 18:10 34:3 38:14 44:11,17,21 56:12,14 57:7 70:24 72:19 97:15

**repository** 96:12

**require** 24:14 55:7

**research** 16:24 18:23 36:9,12,15 46:20 56:4 74:11

**reserve** 92:19

**residences** 78:23

**resident** 7:9

**residential** 5:17,18,24 9:3,10 11:19 19:7 20:6 26:24 30:11,19 77:17

**residents** 28:21

**resistance** 6:6 8:1 10:21,22

**resistant** 6:12 7:8 35:15 82:25

**resources** 16:2

**respect** 6:18 75:3 94:4

**respective** 57:7

**respiratory** 27:15

**respond** 15:20

**response** 56:7 92:25

**responses** 91:23

**responsibility** 33:18 41:9

**responsibly** 63:2

**rest** 63:24

**restate** 42:6 49:7

**Restoration** 47:4

**restricting** 52:11

**result** 79:25 85:23

**resulting** 28:23

**results** 28:10 30:11 52:23 53:2,6 61:8 79:20 83:19 86:20 90:2,4

**retained** 4:16 44:12

**revealed** 94:25

**reverse** 33:19 80:5,12 81:1,6,19

**review** 38:15 73:12 87:4

**reviewed** 34:1,2,3

**revisit** 32:12

**Rhubart** 97:25

**ring** 22:6

**rinse** 78:3

**rinsing** 77:25

**risk** 13:23,25 14:2,4,9,15,20,25 15:5,12,17 16:9 18:24 20:13,24 21:4 27:2 34:17,19 50:11 77:24 81:10 99:15

**risks** 26:10,16 27:4 28:5,9,12,22 65:15,25 77:14 80:9 98:23

**rivers** 84:6

**RO** 81:14,24 82:3,6,8

**Robert** 4:4 96:2

**robust** 44:23 45:2

**role** 25:6,15 41:6

**roll** 22:24

**rolling** 66:2



Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

round 65:8,9

routine 10:19

rugged 81:24

run 96:9

running 77:5

runs 87:18

rural 41:4 81:21

---

**S**

S-a-p-k-o-t-a 38:12

safe 18:25 85:18,21 89:13

Safety 25:4,9

salt 58:17

sample 16:7,9 17:3 20:11 50:13, 18,22 62:13 64:7 69:9

samples 45:23 59:25

sampling 20:8 21:14 45:22 50:3, 21,23 51:8,13 59:3 61:18,19 63:6, 7,14 69:5

Sapkota 37:18 38:11,12,13

satisfactory 81:2

saved 11:12

scale 10:15 81:19

scattered 20:6

school 14:1 37:22 40:15 80:18

science 6:19 45:20 46:12 64:17

Sciences 35:3

scientific 5:3,16 6:2,25 7:11,14, 18 8:19 9:1,8,20 11:6 12:11 15:9 17:7 22:20 28:15 33:3, 34:6 41:9 65:18 66:7,10 67:2 70:13 72:7 83:21 88:8 92:16

scientifically 8:18 21:12 43:17 45:8,25

scientists 35:15,16

scope 39:3

scoundrel 16:24

scraped 82:19

screen 80:20

screening 57:25

secondary 80:15,20

section 79:6 97:23

sections 97:23

seed 87:15

sees 79:24

Selah 70:6

selected 19:24,25 60:12,19,25 61:11 63:10,11

selection 50:16

senior 41:2

sense 6:14 8:3,13 22:25 62:7 63:25

sentence 26:1 36:13 38:1

September 12:23,25

septic 53:22 57:13

series 35:20 60:8 72:22

serve 40:19 79:18

served 38:24

Service 74:6

Services 52:16

set 15:22

sex 61:24

shallow 29:9 34:10 53:17 58:13, 15

shifted 35:6

Shore 37:5 87:13

short-term 83:6

show 24:6 33:24

shower 77:15

Showering 78:3

showing 11:24

shown 29:21

shows 67:8

shut 16:13

shuttered 82:17

side 35:13,14 40:11

signal 6:15 7:25

significance 78:22

significant 6:4,11 23:12 28:22 50:18 71:1 81:6 87:19,20 92:6

similar 16:5 72:9

simply 17:12 56:10 64:20

single 68:17

sink 77:4

sir 26:1 33:2 45:10 97:18

sit 97:6

site 30:24 40:4 54:16,18 83:1

sites 16:7,9

situation 76:6

size 30:1 50:13,18

sizes 17:3

skin 77:24

sleeves 22:25 66:2

slow 81:12 82:23

small 79:4 81:19

smears 80:21

smelled 47:25

smoke 80:19

so-called 84:9

soak 84:8

social 35:16

soil 12:3 21:9 24:4 26:7,17,23 27:1,16,17 28:7 48:25 51:5 59:9 79:3 84:16

sold 6:9

solid 26:22

someplace 95:17

sort 15:6 16:23 41:19

sound 43:10,17 72:15

sounds 7:14 22:7 48:14

source 7:24 24:5 28:24 29:10,15, 22 30:5 31:9 34:10 46:2 53:19 58:7 66:12,25 68:10 70:14 75:10


DECLARATION OF CHARLES M. TEBBUTT - 414

Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**77:**1,7 78:5 85:9 88:14

**sources** 21:2,3 52:2 66:14 67:4, 11 86:13 98:15

**south** 23:19 56:3 81:18 83:14

**southwest** 55:23

**speak** 81:7 96:2

**speaks** 17:23

**specialize** 13:24

**species** 84:10

**specific** 5:10 17:15 20:9 58:4 66:3,7 72:25 87:22 88:21

**specifically** 42:8 50:24

**speculating** 82:22

**speculation** 52:1 53:16 58:9 61:15 79:1 83:8 95:10

**spend** 18:5,6

**spent** 39:24 70:11

**spirited** 45:6

**spoken** 47:3 93:10

**spontaneous** 10:22

**spray** 48:1 52:6 82:18

**sprayer** 77:5

**spread** 10:24

**square** 68:7

**staff** 14:2 27:12 37:2

**standard** 66:7

**standards** 17:2

**standpoint** 20:13 21:11

**start** 5:6 25:25 33:1 92:7

**starting** 36:13 90:3

**starts** 43:12

**state** 21:19,23 32:16 35:24 39:7 40:13 96:25

**stated** 52:2 63:21

**statement** 34:12 87:9 88:1 94:8

**States** 6:10,21 10:13 84:4

**statistical** 21:11 50:12,22 51:8 62:2 66:4 68:24 69:13

**statistically** 50:3,13,17 73:22

**statistics** 50:8

**stature** 64:14,16

**status** 61:25

**step** 82:7,10,15 97:23

**Steven's** 44:16,18

**Stewart** 44:15

**sticks** 59:24

**stop** 80:17 81:4

**store** 35:18

**story** 94:12

**straightforward** 5:7

**stratification** 51:8

**stratified** 50:22 51:12 59:3 63:6 69:9

**stratify** 51:1

**stream** 75:16

**streams** 37:7

**streetlight** 62:16

**strikes** 45:21

**studied** 91:9

**studies** 17:23 28:11 36:12,24,25 71:18 84:16,17

**study** 17:21 19:8 27:12,21 38:4,5 74:10 82:9 83:14

**stuff** 19:15

**submitting** 81:17

**subsequent** 48:8 86:17 94:25 99:4

**substantial** 5:18,25 7:2,19 9:4, 11,21 11:8 18:14 22:21 28:16 41:23 42:14 69:20,23 76:24 77:17 82:13 84:21 85:4 86:23 88:9,19 92:2,17

**substantive** 19:14

**sufficient** 62:5

**suggest** 63:4

**suggesting** 19:13 31:25 32:1,8, 10 51:17

**suggests** 81:12

**sum** 43:18

**summary** 46:13

**summer** 76:13

**supervised** 36:8

**supervises** 36:14

**supplies** 16:6

**supply** 35:8,13 75:11,12 77:8 90:13

**support** 35:14

**supported** 27:11

**supposed** 29:2

**surface** 84:6 88:2

**surprise** 69:11 78:21 79:5 91:16

**surprised** 98:7

**surrounded** 13:24

**surrounding** 30:10,19

**surveillance** 21:22 62:1

**suspect** 20:16 77:12 87:11 98:3

**Sustainable** 97:13

**swallow** 78:4

**swine** 31:1

**sworn** 4:6

**syndrome** 73:11

**syndromes** 73:13

**synthetic** 29:23 30:6 64:3 84:5

**system** 35:14 96:6

**systemic** 84:12

**systems** 80:5 98:8

---

**T**

**table** 90:4 91:6 92:8

**takes** 78:7

**taking** 4:13 77:15 78:1

**talk** 8:5 11:15 12:20 19:5,17 26:1 27:16 28:7 29:18 38:23 63:5 71:17 74:18,25 80:4,14

---



Case 2:13-cv-03016-TOR   Document 205-3   Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**talked** 96:8

**talking** 12:2 18:7 34:13,18 65:11 89:8 90:24 95:12

**tank** 53:22

**tanks** 57:13

**tap** 81:13

**target** 21:14

**targeted** 61:19 63:6

**task** 14:7 34:8

**teaches** 14:2

**Tebbutt** 5:13 9:25 11:14 15:18 16:11 21:18 23:8,16 24:1 25:4,8, 11,17,22 26:18 29:4 31:21 32:1,4, 9,24 41:15 44:2 45:1 49:22 50:4, 19 51:25 53:9,15,25 55:11 56:5 58:8 59:13 60:14 61:10,14 66:16 67:24 68:5 69:3,17 70:19 78:25 83:7 86:15 88:10 89:22 90:1 95:9 96:18,20 99:24

**telephone** 47:16

**tells** 23:7,10 64:15,16

**ten** 82:21 95:7 97:12,19

**tend** 72:14

**term** 29:2,6,7,19,20 50:21 55:3, 14,15 74:14,16,21 95:6

**terms** 10:12 21:1 40:18 53:2 57:5 66:2 73:4 85:21 91:24 92:5

**tertiary** 80:15,24 81:2

**test** 23:22 52:23 53:6 69:15 83:19 85:23 86:20 90:2

**tested** 19:19 21:25 22:11,14 33:8 49:5,10,16 54:25 55:17 57:11 60:9,11,22 67:23

**testified** 4:7 83:18

**testifying** 80:8

**testimonials** 95:13

**testimony** 9:16 13:12 65:17 69:4 88:11

**testing** 9:2,18 12:13 23:4 34:1 43:14 50:25 60:13,20 61:1,12 94:20

**tests** 9:9 11:19 12:13 30:11,19

46:11 60:3 75:7 87:5 89:12 94:25

**thesis** 37:3,8

**thing** 8:5 49:22 56:11 64:22 96:1

**things** 7:16 40:23 55:8 62:13 66:5 77:14

**thirsty** 78:2

**thought** 32:8 59:18,19 85:20 93:15 94:8

**thoughts** 23:3

**thousands** 51:22

**threat** 5:19,25 6:5 7:2,19 8:1, 9:4, 11,21 11:2,9 19:2 22:21 28:16 43:20 63:19 70:23 76:24 77:18 83:22 84:21 85:5 86:23 88:9,20 89:2 90:23 91:20 92:17

**threats** 10:14

**threshold** 22:12,15 23:5,22 52:24 57:12 85:19,21 89:19

**tight** 72:13

**time** 11:13 17:16,25 18:5,6 62:13 70:11 74:22,23 99:19

**times** 74:15 89:12

**timetable** 40:3

**timing** 17:24

**titled** 86:12

**today** 4:14,20 5:1 7:2 8:6 9:16 18:12 19:2 28:14 42:23 48:17 83:15 92:13 93:1 97:7 99:21

**told** 48:11 94:12

**tomorrow** 7:9 82:18

**topics** 5:2 32:20 36:15 64:11

**topography** 55:8

**total** 43:18 90:10

**totality** 30:10

**totally** 62:23 77:21

**touches** 4:25

**toxicological** 14:20

**toxin** 17:18

**trace** 85:9 90:5

**tracing** 34:14

**track** 63:1

**traditionally** 65:14,23

**training** 50:8

**Trainor** 44:20 67:15 68:1

**traveled** 47:21

**traveling** 75:14

**treating** 80:23

**treatment** 33:19 52:16 90:6

**tremendous** 64:18

**trends** 89:16

**trial** 4:21 42:25

**trigger** 88:19

**triggers** 84:21

**tripping** 30:8

**true** 33:21 64:20

**Trust** 38:24 39:6,14,23

**Trusts** 95:19

**trusty** 90:1

**tube** 73:19,22 74:2,9

**two-year** 40:3

**type** 38:6 59:5 63:6 65:22

**types** 29:13

## U

**ultimately** 39:21 64:5

**Um-hmm** 18:9 56:17 97:4

**unable** 97:5

**underfunded** 17:1

**understand** 4:16 5:7,14 6:18,19 7:4 9:16 10:10 11:16 14:17 16:13 19:18 23:15 26:6,11 28:10 30:9 31:11,24 33:15 41:25 43:4 44:23 45:5 55:6,15,19 60:7,17 65:21 75:18 88:4 89:10 98:13

**understanding** 19:21,23 29:25 54:7

**Understood** 74:13



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                    Robert Lawrence, M.D. 10/23/2014

**undertaken** 15:13

**unfamiliar** 17:9

**uninformed** 77:11

**United** 6:10,21 10:13 84:3

**Units** 81:20

**university** 35:2 37:21 39:7,17

**unregulated** 50:2,17

**unusual** 74:7

**updated** 86:14

**updates** 19:11,16

**upgradient** 45:23 46:1 49:16
59:5,9,12,16,25 60:3 61:8 67:6,
19,22 68:12,17 90:11,18,20 92:9

**upstream** 75:17

**uptake** 52:4

**urging** 37:9

**usage** 10:10

**USDA** 35:22

---

**V**

**vague** 15:18 23:8,16 26:18 29:4
32:24 50:5,20 55:11 66:16 68:5
70:19

**valid** 43:17 45:8,13,19,25 46:12
50:3,11, 56:13 64:17,23

**validity** 72:8

**valley** 5:17,24 6:15 7:1,9,20 9:3,
10,19 11:1 16:14,19 19:3, 20:7
21:9,14 22:3 27:14 28:21 30:1
34:11 46:21,23 48:21 49:1 50:3,
17 51:3,22 52:13 53:14 54:6
61:13 63:25 64:8 73:15,19,23
75:4 85:12 86:14,22 87:21 88:7
91:22 92:14

**values** 90:17

**varying** 71:19

**verbiage** 94:23

**verifies** 32:5

**versus** 7:9 63:6

**vicinity** 20:15

**visit** 40:5

**visits** 30:25

**volunteering** 45:11

---

**W**

**wading** 77:5

**wait** 44:3 81:14

**walk** 24:22 59:21

**Walker** 97:11,24

**wall** 27:24

**wanted** 40:24 66:9 95:23

**washing** 77:14,23

**Washington** 21:23 47:20 70:6,7
73:23 85:16 86:14 95:21

**waste** 29:24 31:3 64:2 88:1

**wastes** 26:22 36:16,22

**wastewater** 58:25 90:6 91:17

**water** 5:17 12:2 16:6 20:22 21:24
26:17,23 27:6,18,20 28:25 29:9,
15 33:13 34:10,20 38:3,7,20
45:22 49:10 55:22 58:7,24 62:9
71:11 72:22 73:7,14 74:3,19 75:9,
11 76:3,11,20,22 77:2,4,7,8,17,20
78:1,4,7,10 79:3,7,8,15 80:2
81:12,21 84:3,6,23 85:4,8,19
86:13 88:2 90:23 94:20 97:10

**waters** 37:7 84:3

**ways** 77:6

**wearing** 36:4

**weeks** 74:24 75:21

**weight** 64:18

**welfare** 40:14 41:3

**well-being** 28:23

**wells** 5:18,24 9:3,10,19 19:7,19,
24 20:6,14,19 22:3,14 23:4,11,19
26:24 31:6,18 33:7 34:10 49:5,16
50:2,17 51:7,22 54:7,16,18,19,24
55:17 56:3 57:10,13,16,18,21
58:1,12,13 59:16 60:8,11,13,19
61:7,8,11,12 63:10 64:7 67:6
68:18,20,25 69:15,20 70:1,2,4,17
71:11 75:7 81:5 86:13 90:6,18,20

**west** 23:20 47:19 56:3

**whatsoever** 79:21

**whomever** 66:24

**wide** 4:25 36:8

**widely** 40:13

**Williams** 27:22

**windborne** 27:25

**window** 47:25 48:1

**winter** 76:13

**wiser** 35:18

**withdraw** 39:12

**work** 7:21 14:23 15:8 25:20 32:4
39:18 46:8 70:25 76:18 83:2

**worked** 36:10

**working** 35:12,15 37:10 77:2

**works** 96:5

**world** 17:19,20 69:13

**worrying** 92:7

**writer** 41:10

**written** 40:13 41:20 42:21

**wrong** 15:6 48:19,24

**wrote** 12:21,22 98:20

---

**Y**

**Yakima** 5:17,24 6:15,17,20 7:1,8,
20 9:3,10,19 11:1,8 16:14,19
19:3, 20:7 21:9 22:3 27:14 28:21
30:1 34:11 46:21,23 48:21,25
50:3,17 51:22 52:13,16 53:14
54:6 63:24 64:8 68:15 73:4,14,19,
22 74:2 75:4 85:12 86:13,22 88:6
91:22 92:14

**yard** 77:2

**year** 7:9

**years** 7:10 72:12 74:24 75:22,25
82:21 97:12 99:8,9

**young** 61:23



Case 2:13-cv-03016-TOR    Document 205-3    Filed 11/17/14

CARE vs. Cow Palace                                    Robert Lawrence, M.D. 10/23/2014

## Z

**zones** 84:9 85:14