1  applied to agricultural fields after being pumped into a spray truck or the

2  settling basins. Ex. 6 to Snyder Decl. at 178:24-181:11.

3  52.    Adjacent to the Safety Debris Basin is another "stormwater catch

4  basin," as it was described to me during the October 2013 inspection of Cow

5  Palace Dairy. This stormwater catch basin is not part of the Cow Palace

6  DNMP and not identified as a lagoon for implementation of the AOC, even

7  though the basin had stored manure-contaminated water in the past. I have

8  not seen any information about the construction of this basin or its

9  dimensions, other than the information gained by personal observation.

10  53.    The photographs below depict the condition of the Safety Debris

11  Basin, adjacent storm water catch basin, and surrounding features as they

12  were during Plaintiffs' October 2013 and May 2014 inspections.

13

14

15

16

17

18

19

20

DECLARATION OF DAVID J. ERICKSON                                                    Page 32

Carter Declaration
Exhibit 11 - Page 695

1

2

3

4

5

6

7

8

9

10

11



Photo: View during October 2013 inspection of drop inlet near Safety
12  Debris Basin collecting silage leachate. Leachate was being conveyed
through a pipe and discharged into Safety Debris Basin.

13

14

15

16

17

18

19

20

DECLARATION OF DAVID J. ERICKSON                                    Page 33

Carter Declaration
Exhibit 11 - Page 696

1

2

3

4

5

6

7

8

9



10

Photo:  View during October 2013 inspection of Safety Debris Basin.  A

11    sample of silage leachate being discharged into the basin is being collected
at right.

12

13

14

15

16

17

18

19

20

DECLARATION OF DAVID J. ERICKSON                                              Page 34

1

2

3

4

5

6

7

8

9



10

11 Photo: View to south during May 2014 inspection. Safety Debris Basin visible at left and storm water catch basin at right.

12 54.    There is no question that Safety Debris Basin and the adjacent

13 stormwater catch basin discharge liquid into the ground.

14 55.    Cow Palace does not use liquid that leaks from the Safety Debris

15 Basin and the stormwater catch basin as fertilizer. Ex. 8 at 5-6. From my

16 observations, there are no crops in that immediate area that could use the

17 manure as fertilizer, especially considering that the Safety Debris Basin's

18 bottom depth is below crop rooting zones. As such, the manure that leaks

19 from the Safety Debris Basin has only one final destination: groundwater.

20 56.    My conclusions about the Safety Debris Basin are reinforced by

DECLARATION OF DAVID J. ERICKSON                                    Page 35

Carter Declaration
Exhibit 11 - Page 698

1  sampling accomplished by Plaintiffs during their October 2013 and May

2  2014 site visits of Cow Palace Dairy. During the 2013 visit, I oversaw the

3  collection of a sample of silage leachate that was being collected from the

4  base of a silage pile into a drop inlet with a grated manhole cover, conveyed

5  in a buried pipe, and discharged into the Basin. The sample contained

6  nitrate at a concentration of 29.5 ppm, ammonia at 574 ppm, and a total

7  nitrogen content of 2,850 ppm. Erosion can occur at pipe discharge

8  locations, especially when liquid falls some distance from the end of the pipe

9  to the discharge point (as depicted in the photographs above), and would

10  likely compromise any manure seal that would otherwise be present in the

11  basin.

12  57.    During the 2014 visit, I supervised the use of a Geoprobe hydraulic

13  probe to collect soil core samples from the dike between the Safety Debris

14  Basin and the stormwater catch basin. A table of the results is presented

15  below. Although perched groundwater was not encountered in this boring,

16  the lithology was observed to be a highly-layered depositional environment,

17  which is typically commensurate with discrete zones of perched water.

18  Several of the layers at depths up to 18 feet bgs exhibited elevated nitrate

19  concentrations, indicating that contaminated liquid had been in contact with

20  the subsurface soil.

DECLARATION OF DAVID J. ERICKSON

Page 36

Carter Declaration
Exhibit 11 - Page 699

1

| Sample ID | Sample Date | Depth | pH, SU | Phosphorus, ppm | Nitrate, ppm | Ammoniu m-N, ppm |
|-----------|-------------|-------|--------|-----------------|--------------|-------------------|
| CP-SB-04C-8-10 | 5/22/2014 | 8-10 | 7.7 | 38 | 20.3 | 1.1 |
| CP-SB-04C-10-12 | 5/22/2014 | 10-12 | 7.7 | 5.1 | 18.2 | 0.9 |
| CP-SB-04C-13-15 | 5/22/2014 | 13-15 | 7.8 | 4.9 | 14.4 | 0.8 |
| CP-SB-04C-15-16 | 5/22/2014 | 15-16 | 7.7 | 5.9 | 27 | 1.2 |
| CP-SB-04-17.8-18.2 | 5/19/2014 | 17.8-18.2 | 7.2 | 10.7 | 22 | 4.4 |
| CP-SB-04-19.5-20 | 5/19/2014 | 19.5-20 | 8 | < 1.4 | 2.9 | 2 |
| CP-SB-04C-20-23 | 5/22/2014 | 20-23 | 7.8 | < 1.4 | 7.8 | 0.5 |
| CP-SB-04C-27-30 | 5/22/2014 | 27-30 | 7.6 | 2.1 | 6.1 | 0.6 |
| CP-SB-04C-45.5-47 | 5/22/2014 | 45.5-47 | 7.8 | < 1.4 | 1.2 | 7.5 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

58.    These results support my opinion that the Safety Debris Basin and the
stormwater catch basin leak liquid.  That nitrates, and ammonium, were
present deep in the soil shows that these lagoons are leaking liquid manure.

### Catch Basin NW

59.    The Catch Basin NW at Cow Palace Dairy is 135 ft. x 242 ft. by 25 ft.
deep, with a calculated storage capacity of approximately 3,100,100 gallons,
or 9.4 acre feet. Ex. 5 to Snyder Decl. at COWPAL000474.  The Basin does
not contain any type of geosynthetic liner, but was instead constructed into
the ground using a soil-lined bottom.

60.    The Catch Basin NW is designed to catch stormwater run-off from the
cow pens that are located nearby, to collect run-off from the compost area,
and to collect runoff and wastewater from the calf barn.  Ex. 6 to Snyder
Decl. at 192:22-193:5.  The liquid contained in the Basin can be pumped to
the settling basins, where it can later be applied to fields. *Id.* at 194:10-
195:5.

61.    When drilling monitoring well YVD-06 on August 17, 2013, Cow
Palace's contractors noticed that there was an "effervescing" in the nearby
Catch Basin NW.  The bubbling was noticed as the boring was advanced
from 100 ft. to 128 ft. bgs, where 20 feet of sandy gravel, a very permeable
soil type, was encountered.  The bubbling spot in the lagoon was 50 feet

DECLARATION OF DAVID J. ERICKSON

Carter Declaration
Exhibit 11 - Page 701

1   north of the edge of the lagoon toward the center of the impoundment. Cow

2   Palace confirmed that the bubbling was only noticed when the air rotary drill

3   was in operation. DAIRIES002890 and DAIRIES000038-41, attached

4   hereto as Exhibit 9. The air rotary drilling operation uses high pressure, high

5   volume air injection to remove the cuttings from the borehole. The air

6   injection is usually in the range of 900 cubic feet per minute at 300 pounds

7   per square inch. After starting and stopping the air injection, it was verified

8   that the air rotary drill was causing bubbling less than 50 feet away. This

9   bubbling demonstrates that both the subsurface is very permeable with

10  discrete vertical flowpaths and that Catch Basin NW liner was not a

11  significant barrier to fluid migration, likely discharging large amounts of

12  manure liquid to the ground and groundwater. The air injection also finds

13  the path of least resistance through the subsurface material, directly

14  indicating that the subsurface contains preferential flowpaths that can

15  transmit significant quantities of fluid to ground water. At the time, the

16  lagoon was approximately 35 percent full of material. Ex. 6 to Snyder Decl.

17  at 199:3-5 (Boivin Tr.). These data further indicate the likelihood that a

18  majority of the leakage in the lagoons occurs in discrete preferential

19  pathways within the footprint of the lagoon.

20  62.   Cow Palace drained the lagoon soon thereafter, re-sloping the sides

DECLARATION OF DAVID J. ERICKSON                                    Page 39

Carter Declaration
Exhibit 11 - Page 702

1   and re-compacting the soil liner. *Id.* at 198:5-12. No soil permeability tests

2   or core tests were taken at this time. *Id.* at 201:5-14. It is highly suspect

3   why Cow Palace decided not to take or report soil permeability tests for the

4   Catch Basin, considering it had been completely drawn down, re-sloped, and

5   re-compacted, and that it had an obligation under the AOC to demonstrate

6   that its lagoons met the NRCS WA 313 standard. In addition, when we

7   visited the lagoon in the fall of 2013, it had been emptied and a new soil

8   liner was placed and compacted. Visual observation of the liner and

9   physical inspection (including rubbing some of the material between my

10  fingers to determine silt, sand and clay concentration), indicated it was a fine

11  sand to silt texture, not a compacted clay liner. At that time, wastewater

12  from the calf pens was running into a small impoundment in the northwest

13  corner of the lagoon at a rate of 5 to 10 gallons per minute. The small

14  impoundment was less than 10' by 10' and 2' deep. During our two day

15  tour, the flow was fairly constant and the small holding area never

16  overflowed, indicating that infiltration was taking place at a rate roughly

17  equal to the rate of flow into the bermed area minus a small evaporation

18  component.

19

20

DECLARATION OF DAVID J. ERICKSON                                                    Page 40

Carter Declaration
Exhibit 11 - Page 703

1
2
3
4
5
6
7
8



9   Photo. View of NW Catchment Basin during October site visit. New liner

10   with significant erosion from infall pipes is shown.

11

12
13
14
15
16
17
18
19



20   Photo. View of NW Catchment Basin. Outfall from calf pens with liquid

DECLARATION OF DAVID J. ERICKSON                                    Page 41

Carter Declaration
Exhibit 11 - Page 704

1 | infiltrating is shown.

2 | 63.  The photos above represent the condition of the Catch Basin NW as it

3 | was at the time of Plaintiffs' October 2013 inspection.  As is evident from

4 | the photographs, Cow Palace had recently completed re-sloping the sides

5 | and compacting the soil liner.

6 | 64.  There is no question that the Catch Basin NW discharges liquid waste

7 | and manure into the ground, especially considering that operation of an air

8 | rotary drill 50 feet away provided sufficient air pressure to penetrate the

9 | liner of the impoundment, even at 35% capacity.  Assuming that the Lagoon

10 | has a soil liner that is one foot thick and contains liquid during at least six

11 | month per year, the Basin leaks between 831 and 8,314 gallons of manure

12 | per day, or between 160,000 and 1.6 million gallons/year depending on the

13 | specific permeability of the soil.  Given, however, that the soil types in the

14 | area are of moderate to high permeability, and that Cow Palace has not

15 | maintained its manure seal properly, the specific discharge amounts are

16 | likely on the high end of my calculations.

17 | 65.  Given the location of this Basin and the depth of the bottom of the

18 | lagoon, once the liquid seeps from the lagoon, there is no opportunity for

19 | plant uptake of nutrients.  The leakage will migrate through the soil under

20 | gravity drainage conditions until it encounters a perched water table or the

* NUMBERS
DIFFER BY
ORDER OF
MAGNITUDE
FROM EXPERT
KLINE.
A 93

DECLARATION OF DAVID J. ERICKSON                    Page 42

1   ground water table where it will contaminate the ground water.

2                               **Catch Basin NE**

3   66.     The Catch Basin NE at Cow Palace Dairy is 130 ft. x 175 ft. by 8 ft.

4   deep, with a calculated storage capacity of approximately 1,100,000 gallons,

5   or 3.4 acre feet. Ex. 5 to Snyder Decl. at COWPAL000474. The Basin does

6   not contain any type of geosynthetic liner, but was instead constructed into

7   the ground using a soil-lined bottom.

8   67.     The Catch Basin NE is designed to catch stormwater run-off from the

9   cow pens that are located nearby, to collect run-off from the truck wash

10   station, and to collect runoff from the silage area. Ex. 6 to Snyder Decl. at

11   185:4-7. The liquid contained in the Basin can be pumped to the settling

12   basins, where it can later be applied to fields. *Id*. at 185:17-25.

13   68.     The photos below represent the condition of the Catch Basin NE as it

14   was at the time of Plaintiffs' October 2013 inspection.

15

16

17

18

19

20

DECLARATION OF DAVID J. ERICKSON                                   Page 43

Carter Declaration
Exhibit 11 - Page 706

1

2

3

4

5

6

7

8



9  Photo. View of NE Catchment Basin. Note erosion from inflow and lack of manure seal.

10

69.    Based on observations, this basin contains liquid during most of the

11  year. Assuming the basin has 4 feet of liquid, and the manure seal provides

12  a one order of magnitude seal, the following table summarizes the suspected

13  leakage from the basin.

14

|  |  | $Q = KiA$ |
|---|---|---|
| K= | 0.000001 | cm/sec |
| i= | 4 | ft |
| A= | 22750 | ft2 |
|  |  |  |
| Q= | 1,930 | Gallons/day |
|  | 57,892 | Gallons/month |
|  | 704,351 | Gallons/year |

15

16

17

18

19  There is no question that the Catch Basin NE discharges liquid manure and

20

DECLARATION OF DAVID J. ERICKSON                                                Page 44

Carter Declaration
Exhibit 11 - Page 707

1    other liquid wastes into the ground. Even assuming that the lagoon has a soil

2    liner that is one foot thick, and a liner permeability of $1 \times 10^{-7}$ cm/sec while

3    maintaining the lagoon under half-full conditions, the Catch Basin NE leaks

4    193 gallons per day, assuming that the pond is half-full at least 4 months of

5    the year. Given, however, that the soil types in the area are of moderate to

6    high permeability, and that Cow Palace has not maintained its manure seal

7    properly, I believe that the specific discharge amounts are likely on the high

8    end of my calculations.

9    ***Stormwater Pumpback Pond / Tailwater Pond / "Tailwater Catching Pond"***

10    70.    Cow Palace uses three tailwater recovery ponds located to the south of

11    the Dairy and to the south of most of its application fields. Ex. 7 at

12    DAIRIES000915. These ponds are designed to catch run-off from the

13    Dairy's application fields, and contain manure nutrients from manure

14    application runoff. Ex. 6 to Snyder Decl. at 218:23-219:11. The ponds do

15    not contain any type of geosynthetic liner, but were instead constructed into

16    the ground using a soil-lined bottom. *Id.* at 225:3-5.

17    71.    Plaintiffs sampled one of the tailwater recovery ponds during their

18    October Rule 34 inspection of Cow Palace Dairy. The recovery pond that

19    was sampled is located just off Knowles Road, in the southwest corner of

20

*Numbers differ by order of magnitude PYB of expert report*

1   one of Cow Palace's application fields.  Nitrogen (Ammonia as N) was

2   observed at 90 mg/L; Total Kjeldahl Nitrogen was 128 mg/L; phosphorus

3   was 12 mg/L; calcium was reported at 104 mg/L; magnesium at 51 mg/L;

4   potassium at 257 mg/L; and sodium at 107 mg/L.  These results confirm that

5   the tailwater recovery pond contains substantial amounts of manure related

6   nutrients from manure runoff.

7   72.   Plaintiffs also sampled a tailwater recovery pond at the southwest

8   corner of Cow Palace Field 2.  That pond had lower concentrations of

9   manure-related contaminants.  Given that the pond has no liner, however,

10   these contaminants will contribute, though less than other sources, to the

11   contamination of the groundwater.

12   73.   Cow Palace pumps the water that is recovered in these ponds back

13   into their applications fields once the ponds are approximately two-thirds

14   full. No manure nutrient sampling is conducted before applying liquids

15   from these ponds. *Id.* at 222:12-15.

16   74.   There is no question that the tailwater recovery ponds discharge

17   manure-contaminated water into the ground.  The concentration of the

18   discharge is, of course, dependent on the water quality in the tailwater pond,

19   but the amount of discharge would still occur.  There was no evidence of

20   construction of a liner and since the water is runoff from fields, it does not

DECLARATION OF DAVID J. ERICKSON                                      Page 46

Carter Declaration
Exhibit 11 - Page 709

1   contain the same volume of manure solids as the other process lagoons. As

2   a result, assuming that a manure seal would form is not correct. These

3   ponds appeared to be constructed by placing a berm or dike across the

4   downgradient side of the natural drainage, most likely without any

5   construction of a liner. Assuming that the recovery ponds have a soil liner

6   that is one foot thick that reduce the permeability to 1x10-6 and the ponds

7   contain water during most of the year, then the total pond leakage from these

8   three ponds is at least 6,777 gallons per day, or 2.47 million gallons/year

9   depending on the specific permeability of the soil.  Given, however, that the

10   soil types in the area are of moderate to high permeability, and that there are

11   no manure seals on these recovery ponds, the specific discharge amounts are

12   likely higher.

### *Haak Dairy Lagoon Cores*

14   75.    While there is some range of uncertainty in the calculations outlined

15   *supra*, as stated above, I believe to a reasonable degree of scientific certainty

16   that Cow Palace's lagoons are and have been seeping manure into the

17   ground and groundwater since each came into active operational use.  I

18   further believe that the specific discharge rate for each lagoon likely falls

19   into the higher range of my estimates, because of the lagoon construction

20   methods, the permeable soil beneath the lagoons, the lack of an actual liner,

DECLARATION OF DAVID J. ERICKSON                                                Page 47

Carter Declaration
Exhibit 11 - Page 710

1  the observation of coarse-grained material in the liner footprint, the erosional

2  features observed, the soil sampling results near the lagoons, and an industry

3  standard that allows significant seepage.

4  76.    The opinions expressed above concerning discharges from Cow

5  Palace's lagoons, basins, and recovery ponds are reinforced by the data

6  results obtained by Plaintiffs' from the Haak Dairy's manure storage lagoon.



15  Photo.  Collecting Geoprobe samples in the Bottom of Haak Lagoon.

16  77.    On May 23, 2014, I supervised the use of the Geoprobe hydraulic drill

17  within Haak Dairy's large manure storage lagoon, which had been

18  previously emptied some 7 months earlier in October 2013; mechanically

19  excavated and scraped in November, 2013, which removed any type of

20  "manure seal" that would have been present, and any other remaining solid

DECLARATION OF DAVID J. ERICKSON                                   Page 48

Carter Declaration
Exhibit 11 - Page 711

1  manure; and then taken out of active service.

2  78.    From my observations, the Haak lagoon that was tested is, most

3  likely, very similar to the lagoons at Cow Palace Dairy, given the age of the

4  facility and the similar manure handling processes.  The Haak lagoon has no

5  geosynthetic liners, but rather was constructed into the ground using native

6  soils with no evidence of construction of a soil liner, just like the Cow

7  Palace impoundments. When investigating the lagoon, limited areas of a 2-

8  inch thick manure "seal" were visible.  Immediately beneath the seal was

9  native soil with no evidence of soil different from the native or mechanical

10  compaction.  The native soils in the area are nearly identical to the soils

11  found at Cow Palace; underlying the Haak Dairy, the predominant soils

12  appear to be Warden silt loam, which is also similar to Cow Palace.

13  Excerpts from the Haak DNMP which identify the underlying soil types at

14  Haak Dairy are attached hereto as Exhibit 10.  Accordingly, I believe that a

15  core sampling within the Haak Dairy lagoon provides a good approximation

16  of what one would expect to find if the same tests were conducted in any one

17  of Cow Palace's lagoons.

18  79.    The photographs below depict the Haak lagoon that was tested as of

19  the date of Plaintiffs' testing.

20

DECLARATION OF DAVID J. ERICKSON                                                Page 49

Carter Declaration
Exhibit 11 - Page 712

1
2
3
4
5
6
7
8



9  Photo: Side of Haak Lagoon with manure cake and native soil exposed.
   Note gravel and cobbles.

10



11
12
13
14
15
16
17

18  Photo. Bottom of Haak lagoon with native soil and wire.

19  80.    The analytical results of Plaintiffs' sampling of the Haak Lagoon are

20

DECLARATION OF DAVID J. ERICKSON                                        Page 50

1 | contained in the chart below.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF DAVID J. ERICKSON                                                Page 51

Case 2:13-cv-03016-TOR   Document 212 ***NOT ON PUBLIC DOCKET***   Filed 11/17/14

| Sample ID | Sample Date | Depth | pH, SU | Phosphorus, ppm | Nitrate, ppm | Ammonium-N, ppm | Total Nitrogen/Solid, mg/kg |
|---|---|---|---|---|---|---|---|
| HD-SB-01-0-1 | 5/23/2014 | 0-1 | 8.1 | 69.7 | 94.5 | 750 | 1310 |
| HD-SB-01-1-2 | 5/23/2014 | 1-2 | 8.4 | 12.7 | 8.4 | 300 | 428 |
| HD-SB-01-2-3 | 5/23/2014 | 2-3 | 8.1 | 8.1 | 1.4 | 16 | 131 |
| HD-SB-01-3-4 | 5/23/2014 | 3-4 | 7.8 | 6.8 | 1.5 | 6.2 | 124 |
| HD-SB-01-4-5 | 5/23/2014 | 4-5 | 7.4 | 3.6 | 0.8 | 16 | < 100 |
| HD-SB-01-5-6 | 5/23/2014 | 5-6 | 7 | 5.5 | 1.2 | 52 | 163 |
| HD-SB-01-6-7 | 5/23/2014 | 6-7 | 7.2 | 4.6 | 1.7 | 33 | 172 |
| HD-SB-01-7-8 | 5/23/2014 | 7-8 | 7.1 | 4.5 | 1.4 | 4.9 | 105 |
| HD-SB-01-8-9 | 5/23/2014 | 8-9 | 7.4 | 2.5 J | 16.1 | 2.1 | 115 |
| HD-SB-01-9-10 | 5/23/2014 | 9-10 | 7.6 | 3 | 3.7 | 2.6 | < 100 |
| HD-SB-01-10-11 | 5/23/2014 | 10-11 | 7.4 | 4.5 | 1.7 | 1.8 | < 100 |

DECLARATION OF DAVID J. ERICKSON

Carter Declaration
Exhibit 11 - Page 715

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HD-SB-01-11-12 | 5/23/2014 | 11-12 | 7.4 | 3.8 | 1.8 | 1.3 | <100 |
| HD-SB-01-12-13 | 5/23/2014 | 12-13 | 7.2 | 4.7 | 1.6 | 2.7 | <100 |
| HD-SB-01-13-14 | 5/23/2014 | 13-14 | 7.2 | 3.8 | 1.5 | 1.6 | <100 |
| HD-SB-01-14-15 | 5/23/2014 | 14-15 | 7.6 | 5.9 | 1.7 | 1.5 | <100 |
| HD-SB-01-15-18 | 5/23/2014 | 15-18 | 7.3 | 4.9 | 1.6 | 1.7 | <100 |
| HD-SB-01-18-20 | 5/23/2014 | 18-20 | 7.6 | 4.9 | 1.7 | 1.3 | 113 |
| HD-SB-01-20-22 | 5/23/2014 | 20-22 | 7.5 | 5.7 | 1.9 | 1.3 | <100 |
| HD-SB-01-22-24 | 5/23/2014 | 22-24 | 7.5 | 4 | 2.2 | 1.5 | <100 |
| HD-SB-01-26-28.5 | 5/23/2014 | 26-28.5 | 7.5 | 4.7 | 2.8 | 1.5 | <100 |
| HD-SB-01-30-32 | 5/23/2014 | 30-32 | 7.2 | 5 | 2.3 | 2.6 | <100 |

DECLARATION OF DAVID J. ERICKSON

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HD-SB-01-34-37 | 5/23/2014 | 34-37 | 7.2 | 5.2 | 3.1 | 2.6 | 106 |
| HD-SB-01-41-43 | 5/23/2014 | 41-43 | 7.2 | 3.9 | 2.1 | 1.7 | < 100 |
| HD-SB-01-43-45 | 5/23/2014 | 43-45 | 7.3 | 3.6 | 3.1 | 3.9 | 108 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

DECLARATION OF DAVID J. ERICKSON

1  81.    In total, Plaintiffs probed 45 ft. into the soil below the bottom of the

2  Haak lagoon. Soil samples were collected throughout the soil profile and

3  ground water samples were collected from one of the two perched zones

4  beneath the lagoon.   The other zone, though saturated, did not produce

5  enough water to sample within the few hour time we were allowed to be

6  present. These perched zones are direct evidence of preferential pathways

7  beneath the lagoons that transmit water or seepage from the lagoon into the

8  subsurface, which eventually will encounter the ground water table.

9  82.    There were substantial concentrations of nitrate, phosphorus, and

10  ammonium in the first foot underlying the Haak Lagoon.  Nitrate was

11  observed at 94.5 ppm, phosphorus at 69.7 ppm, and Ammonium at 750 ppm.

12  This is highly indicative that liquid manure was seeping through the bottom

13  of the Haak Lagoon.

14  83.    In the second foot, both phosphorus and nitrate concentrations

15  dropped to 12.7 ppm and 8.4 ppm, respectively.  The phosphorus is adsorbed

16  to the soil and only continues to migrate as the capacity of the soil is

17  saturated.

18  84.    More interesting is the conversion from Ammonium to Nitrate that

19  occurs as the liquid seeps into the more oxygen rich soil.  Once nitrate is

20  formed, it is both highly soluble and highly mobile in the soil moisture.

1   With a partitioning coefficient near zero, nitrate migrates in the water and is

2   flushed through the soil very quickly with little attenuation. The

3   concentration of nitrate in the soil is more related to soil moisture conditions

4   than soil absorption capacities.

5   85.    When a permeable flowpath is encountered near the bottom of the

6   lagoon, this leachate is transmitted along that flowpath and migrates deeper

7   into the subsurface. The soil data shows evidence of this migration in the 5-

8   6' zone, where the ammonium concentration increases.

9   86.    While levels of nitrate and phosphorus drop off after the first two feet,

10   the fact that they are present in the soils underlying the lagoon, and

11   considering that there are no other immediate nitrate or phosphorus sources,

12   demonstrate that the Haak Lagoon, and lagoons of a similar construction, are

13   sources of nitrate contamination. Under unsaturated flow conditions,

14   seepage will find the more permeable sand and gravel zones and a majority

15   of the liquid discharge will migrate in a few locations.

16   87.    Overall, the data obtained from the Haak Lagoon boring further

17   supports my conclusions that the lagoons at Cow Palace Dairy are leaking

18   liquid manure into the ground and groundwater, and are therefore an

19   additional source of the nitrate contamination observed in monitoring wells

20   downgradient.

DECLARATION OF DAVID J. ERICKSON                                          Page 56

Carter Declaration
Exhibit 11 - Page 719

1    **COW PALACE'S COMPOSTING OPERATIONS ARE ANOTHER**
     **SOURCE OF THE NITRATE CONTAMINATION OBSERVED IN**
2    **THE GROUNDWATER**

3    88.    Another source of nitrate loading to groundwater is Cow Palace's

4    composting area. I have personally observed the composting area at Cow

5    Palace twice, in October 2013 and in May 2014. From my observations,

6    solid manure is composted at Cow Palace on bare soil, without any concrete

7    pads or other less permeable surfaces. The photographs below fairly depict

8    the composting area as I observed it in October 2013 and May 2014.

9

10

11

12

13

14

15

16



17    Photo. Cow Palace compost processing area.

18

19

20

DECLARATION OF DAVID J. ERICKSON                                        Page 57

1

2

3

4

5

6

7

8



9  Photo. Soil sample collection in Compost Area.

10  89.    Plaintiffs obtained one boring sample using a Geoprobe from Cow

11  Palace's composting area, CP-SB-12, in May 2014. The map below shows

12  the approximate location where the boring occurred. The results of

13  Plaintiffs' sampling are depicted in the table below:

14

15

16

17

18

19

20

DECLARATION OF DAVID J. ERICKSON                                    Page 58

Case 2:13-cv-03016-TOR    Document 212 ***NOT ON PUBLIC DOCKET***    Filed 11/17/14

| Sample ID | Sample Date | Depth | pH, SU | Phosphorus ppm | Nitrate ppm | Ammonium-N, ppm | Total Nitrogen/Solid, mg/kg |
|---|---|---|---|---|---|---|---|
| CP-SB-12-0-1 | 5/19/2014 | 0-1 | 8.9 | 330 | 12.3 | 100 | 2170 |
| CP-SB-12-1-2 | 5/19/2014 | 1-2 | 8 | 270 | 5.5 | 70 | 1680 |
| CP-SB-12-2-3 | 5/19/2014 | 2-3 | 7.6 | 51.6 | 1 | 20 | 869 |
| CP-SB-12-3-4 | 5/19/2014 | 3-4 | 7.6 | 59.4 | 0.9 | 14 | 8210 |
| CP-SB-12-4-5 | 5/19/2014 | 4-5 | 7.5 | 35.3 | 49.6 | 4.5 | 602 |
| CP-SB-12-5-6 | 5/19/2014 | 5-6 | 7.7 | 20.2 | 1.6 | 12 | 450 |
| CP-SB-12-6-7 | 5/19/2014 | 6-7 | 7.7 | 26.4 | 1 | 100 | 818 |
| CP-SB-12-7-8 | 5/19/2014 | 7-8 | 8.6 | 462 | 0.9 | 95 | 2600 |
| CP-SB-12-8-9 | 5/19/2014 | 8-9 | 8.7 | 1970 | 6.8 | 180 | 5720 |
| CP-SB-12-10-11 | 5/19/2014 | 10-11 | 8 | 161 | 1.6 | 83 | 1930 |
| CP-SB-12-11-12 | 5/19/2014 | 11-12 | 8.2 | 65.2 | 4.2 | 19 | 832 |
| CP-SB-12-12-13 | 5/19/2014 | 12-13 | 7.6 | 5.1 | 8.4 | 5.9 | 276 |
| CP-SB-12-15-16 | 5/19/2014 | 15-16 | 8.1 | 7.2 | 5.1 | 5.2 | 133 |
| CP-SB-12-16-17 | 5/19/2014 | 16-17 | 7.9 | 2.9 | 2.1 | 3.5 | < 100 |
| CP-SB-12-17-18 | 5/19/2014 | 17-18 | 7.8 | 1.5 | 4.3 | 2.5 | < 100 |

DECLARATION OF DAVID J. ERICKSON

1    90.    These results show that Cow Palace's composting area is another significant

2    source of nitrate loading to soil and groundwater from the Dairy.  Observations in

3    the area indicate both high liquid content in the compost piles and infiltration of

4    any precipitation that falls on the compost area.  Subsurface data indicates vertical

5    migration of nitrates, ammonium and phosphorus and accumulation in the 8-9'

6    sample that again indicates the potential for perched zones and migration along

7    preferential pathways. The high nitrate result of 49.6 ppm observed at the 4-5 foot

8    depth, combined with the high ammonium levels observed at the 6-7 foot depth

9    (100 ppm) and the 8-9 foot depth (180 ppm), and the high overall nitrogen content

10    of, e.g., 5720 ppm at 8-9 foot depth, are highly indicative of manure leachate

11    infiltrating into the ground from the composting area.  The high phosphorus result

12    obtained in the 9-10 foot depth further corroborates that contamination is seeping

13    through the soil in the composting area.  There, phosphorus was observed at 1970

14    ppm, an exceptionally high number for that deep in the soil. In addition, the high

15    organic nitrogen content indicated a source for continued decomposition and the

16    production of ammonium beneath the composting area.

17    91.    The only present source of the nitrate observed in this boring is the

18    composting area located on the surface.  Importantly, because there are no crops

19    planted in the composting area or nearby that could make use of the nitrate as

20    fertilizer, and given that the soils underlying Cow Palace are not suitable for

DECLARATION OF DAVID J. ERICKSON        Page 60

Carter Declaration
Exhibit 11 - Page 723

1   denitrification, as discussed *supra,* the only destination for the nitrates observed in

2   the soil boring is dissolution into soil moisture, and migration along preferential

3   pathways with a final destination into the area groundwater.

4   92.    In conclusion, these boring results show that Cow Palace's composting area

5   is a source of nitrate loading to groundwater from the Dairy.   The excess manure

6   constituents, such as nitrate, ammonium, total nitrogen and phosphorus, observed

7   beneath the composting area demonstrate that Cow Palace's composting operations

8   are causing manure and its associated constituents to leach through the permeable

9   soils.  They thereafter move deeper into the ground where they cannot be used as

10  fertilizer, either by Cow Palace or the recipients of Cow Palace's exported

11  compost.  They will eventually reach groundwater with further precipitation and

12  continued moisture addition from the composted material.

13  93.    Based on the data collected by the plaintiffs and investigation directed by the

14  EPA, the widespread ground water contamination beneath and downgradient from

15  the Cow Palace is directly sourced from both the cow pens, lagoons, compost area

16  and application fields. All facilities show contamination of soil and liquid handling

17  facilities are designed to allow seepage.

18  94.    Additional detailed investigation is required to characterize the extent and

19  magnitude each source area contributes to the overall contaminant plume.  The

20  investigations should include characterization of the vadose zone and ground

DECLARATION OF DAVID J. ERICKSON                                    Page 61

Carter Declaration
Exhibit 11 - Page 724

1    water, in a level of detail consistent with the present state-of-the-industry

2    investigation techniques.

3    95.    Given both the size and concentration of the ground water impacts, it is

4    unreasonable that the ground water contamination is a result of anything but the

5    Dairy operations.

6    ///

7

8

9

10

11

12

13

14

15

16

17

18

19

20

1 | Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury the foregoing is

2 | true and correct.

3 |

4 | Dated: November 17, 2014

5 | David J. Erickson

6 | President and Hydrogeologist
  | Water & Environmental Technologies,

7 | PC

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 | DECLARATION OF DAVID J. ERICKSON                          Page 63

1

## CERTIFICATE OF MAILING

2    I hereby certify that on November 17, 2014 I filed a true and correct copy of
     the foregoing document under seal with the Clerk of Court using the CM/ECF
3    system. Pursuant to the procedures for filing under seal, service will be
     accomplished by other means to the following:

4

5   Debora K. Kristensen                    Brendan V. Monahan
    Jeffrey C. Fereday                      Sean A. Russel
6   Preston N. Carter                       Stokes Lawrence
    Givens Pursley LLP                      120 N. Naches Avenue
7   601 W. Bannock St.                      Yakima, WA 98901
    Boise, ID 83702                         bvm@stokeslaw.com
8   dkk@givenspursley.com                   sean.russel@stokeslaw.com
    jefffereday@givenspursley.com
9   prestoncarter@givenspursley.com         Mathew L. Harrington
                                            Olivia Gonzalez
10  Ralph H. Palumbo                        Stokes Lawrence
    Summit Law Group                        1420 Fifth Avenue
11  315 Fifth Avenue S., Suite 1000         Seattle, WA 98101
    Seattle, WA 98104                       MLH@stokeslaw.com
12  ralphp@summitlaw.com                    olivia.gonzalez@stokeslaw.com

13

14

15                              /s/ Sarah A. Matsumoto
                                Sarah A. Matsumoto
16                              Law Offices of Charles M. Tebbutt, P.C.

17

18

19

20

    DECLARATION OF DAVID J. ERICKSON