CHARLES M. TEBBUTT, WSBA #47255
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel. 541.344.3505

BRAD J. MOORE, WSBA #21802
Stritmatter Kessler Whelan
200 Second Avenue West
Seattle, WA 98119
Tel. 206.448.1777

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington Non-Profit Corporation<br>*and*<br>CENTER FOR FOOD SAFETY, INC., a Washington, D.C. Non-Profit Corporation,<br><br>                      Plaintiffs,<br>    v.<br><br>COW PALACE, LLC, a Washington Limited Liability Company, THE DOLSEN COMPANIES, a Washington Corporation, and THREE D PROPERTIES, LLC, a Washington Limited Liability Company,<br><br>                      Defendants.<br>-------------------------------------------------<br>COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington Non-Profit Corporation | NO. 13-CV-3016-TOR<br>NO. 13-CV-3017-TOR<br>NO. 13-CV-3019-TOR<br><br><br>STIPULATION RE: PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' AND EXPERTS' FEES AND COSTS |

*and*
CENTER FOR FOOD SAFETY, INC., a Washington D.C. Non-Profit Corporation,

        Plaintiffs,

    v.

GEORGE & MARGARET, LLC, a Washington Limited Liability Company,
    *and*
GEORGE DeRUYTER & SON DAIRY, LLC, a Washington Limited Liability Company,
    *and*
D&A DAIRY and D&A DAIRY LLC, a Washington Limited Liability Company,

        Defendants.

---------------------------------------------------

COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington Non-Profit Corporation
    *and*
CENTER FOR FOOD SAFETY, INC., a Washington, D.C. Non-Profit Corporation,

        Plaintiffs,

    *v.*

HENRY BOSMA DAIRY, a Washington Proprietorship, aka HANK BOSMA DAIRY, aka BOSMA DAIRY, LIBERTY DAIRY, LLC, a Washington Limited Liability Company, ARIZONA ACRES LIMITED PARTNERSHIP, a Washington limited partnership, LIBERTY ACRES, LLC, a Washington

Limited Liability Company, and MR. HENRY BOSMA, an individual,
                                    Defendants.

Plaintiffs and Defendants in the above-captioned cases hereby stipulate as follows:

1. Pursuant to the fee shifting paragraphs of the Consent Decrees entered in these cases, *see* ECF No. 396 at Para. 52 (Cow Palace docket), ECF No. 246 (Bosma docket), ECF No. 169 (DeRuyter docket), Plaintiffs intend on filing a Motion for an Award of Fees and Costs for the remainder of the fees with the Court in the near future. The Defendants do not contest Plaintiffs' eligibility to fees and costs pursuant to 42 U.S.C. § 6972(e). Although Defendants have yet to see any of Plaintiffs' billings or records, Defendants expect to register a number of objections to Plaintiffs' petition, including but not limited to objections about the hourly rates and hours expended by the various attorneys working on the case, as well as objections about duplication of effort and whether the expenditure of time was reasonable in light of the results in the three cases. In order to simplify the briefing process and to minimize the amount of time spent on the fee petition, the Parties have agreed that Plaintiffs may file one consolidated fee petition, along with supporting documentation, in all three dockets. Defendants shall not make any arguments that some particular time entry or one particular cost is only

STIPULATION RE: PLAINTIFFS' MOT. FOR AWARD OF ATTORNEYS FEES AND COSTS

3

attributable to a specific Defendant. Rather, Defendants agree that all reasonable costs and fees awarded in all three actions shall be combined together and then split evenly, one-third each to the Defendants in each case. Defendants reserve their right to make all other arguments about Plaintiffs' fee application.

2. In order to avoid the complexities and time involved in filing separate fee petitions in each case, Defendants stipulate that they will be jointly and severally liable for any award of fees and costs ordered by the Court.

DATED THIS 10th DAY OF JULY, 2015.


By: /s/ Brendan V. Monahan

Brendan V. Monahan (WSBA #22315)
On behalf of Attorneys for Defendants


By: /s/ Charles M. Tebbutt

Charles M. Tebbutt (WSBA #47255)
On behalf of Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015 I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically generate service to the following:

Debora K. Kristensen
Jeffrey C. Fereday
Preston N. Carter
Givens Pursley LLP
601 W. Bannock St.
Boise, ID  83702
dkk@givenspursley.com
jefffereday@givenspursley.com
prestoncarter@givenspursley.com

Ralph H. Palumbo
Summit Law Group
315 Fifth Avenue S., Suite 1000
Seattle, WA  98104
ralphp@summitlaw.com

C. Tom Arkoosh
Arkoosh Law Offices
802 W. Bannock St., Ste. 900
P.O. Box 2900
Boise, ID  83701
tom.arkoosh@arkoosh.com

Brendan V. Monahan
Sean A. Russel
Stokes Lawrence
120 N. Naches Avenue
Yakima, WA  98901
bvm@stokeslaw.com
sean.russel@stokeslaw.com

Mathew L. Harrington
Olivia Gonzalez
Stokes Lawrence
1420 Fifth Avenue
Seattle, WA  98101
MLH@stokeslaw.com
olivia.gonzalez@stokeslaw.com

/s/ Sarah A. Matsumoto
Sarah A. Matsumoto
Law Offices of Charles M. Tebbutt, P.C.