UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC, a Washington Non-Profit Corporation; and CENTER FOR FOOD SAFETY, INC., a Washington, D.C. Non-Profit Corporation<br><br>                      Plaintiffs,<br><br>     v.<br><br>COW PALACE, LLC, a Washington Limited Liability Company, et al.,<br><br>                      Defendants. | NO. 2:13-CV-3016-TOR<br><br>ORDER |

As the parties' stipulated Amended Consent Decree (ECF No. 459) has been approved by the Court,

**IT IS HEREBY ORDERED:**

The District Court Executive is directed to enter this Order, enter JUDGMENT in accordance with the agreed Amended Consent Decree, provide

ORDER ~ 1

copies to counsel and CLOSE the file.

The Court retains jurisdiction to enforce the Consent Decree. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381–82 (1994).

**DATED** February 18, 2021.



THOMAS O. RICE
United States District Judge

ORDER ~ 2